IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-0037C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the United States, respectfully requests leave to file its answer to the plaintiff's complaint in this case. Defendant's answer is being submitted to the Court concurrently with this motion. Counsel for plaintiffs, Brad Fagg, has represented that plaintiffs, Carolina Power & Light Company and Florida Power Corporation, do not oppose this motion.

This case is one of 66 cases pending in this Court in which plaintiffs are seeking damages arising from the Department of Energy's alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" published at 10 C.F.R. § 961.11. During January 2004, 44 new Standard Contract cases, including this one, were filed in the Court of Federal Claims. Defendant's response to the plaintiffs' complaint in this particular case was due to be filed on March 15, 2004. Unfortunately, in calendaring the due dates for responses to the 44 new complaints, we miscalculated the due date

for the response to plaintiffs' complaint in this one. Our error was inadvertent and unintentional. We respectfully request permission to rectify this error and to file our answer, two days out of time. This error should not cause any prejudice to the plaintiffs.

For the foregoing reasons, we respectfully request that the Court grant us leave to file our answer to the plaintiffs' complaint in this case.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 17, 2004

CERTIFICATE OF FILING

I hereby certify that on this 17th day of March 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.