# In the United States Court of Federal Claims

No. 04-37C

(E-Filed: March 18, 2004)

CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it Defendant's Unopposed Motion for Leave to File Defendant's Answer to Plaintiff[s'] Complaint. Based on the representations contained therein, defendant's motions is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge