# In the United States Court of Federal Claims

No. 04-37C
(E-Filed: August 3, 2004)

CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Plaintiffs' Report in Response to Notice of Pre-Discovery Conference in New SNF Cases and Motion for Temporary Stay (Pl.'s Mot.) and Defendant's Report in Response to Notice of Pre-Discovery Conference to Be Convened on April 30, 2004 (Def.'s Resp.), both filed on April 23, 2004. Plaintiff requests that "a temporary stay be entered, and that the parties be directed to file a status report in six months regarding the desirability of a continued stay or, if appropriate, recommendations for further proceedings." Pl.'s Mot. at 3. Defendant requests that a stay be entered until March 1, 2005. Def.'s Resp. at 7. Because the parties agree that a stay should be entered and only disagree regarding the length of the stay, the court GRANTS defendant's motion to stay this case. This case is STAYED until further order of the court.

The parties shall file with the court a joint status report, or separate status reports if they cannot agree, on or before Friday, December 31, 2004 addressing whether the stay should continue and suggesting further proceedings in this case. During the stay, the court will entertain motions to lift or continue the stay or to take any other action, on its own motion or upon the motion of the parties, as justice may require.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge