# In the United States Court of Federal Claims

No. 04-37C
(E-Filed: January 4, 2005)

CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report, filed on December 29, 2004. The Joint Status Report requests a continuation of the current stay of all proceedings in this case, and for the reasons contained therein, the court GRANTS a continuance of the stay. This case is STAYED until Friday, June 24, 2005, when the court shall hold a status conference at 10:00 a.m. EST in the National Courts Building in Washington, D.C.

During the stay, the court will entertain motions to lift or continue the stay or to take any other action, on its own motion or upon the motion of the parties, as justice may require.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge