# In the United States Court of Federal Claims

No. 04-37C
(E-Filed: April 19, 2005)

| | |
|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Further to an informal telephonic conference with the parties on April 5, 2005, the court hereby AMENDS its Order of January 4, 2005 to RESCHEDULE the status conference set for June 24, 2005 to be held on Tuesday, July 19, 2005 at 2:00 p.m. EDT in the National Courts Building in Washington, D.C. The court's Order of January 4, 2005 shall otherwise remain in full force and effect.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge