# In the United States Court of Federal Claims

No. 04-37C
(E-Filed: July 19, 2005)

CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to a status conference with the parties on July 19, 2005, this case is STAYED until further order of the court. On or before Thursday, December 15, 2005, the parties shall file a joint status report, or separate reports if they cannot agree, addressing whether the stay should continue and suggesting further proceedings in this case. During the stay, the court will entertain motions to lift or continue the stay or to take any other action, on its own motion or upon the motion of the parties, as justice may require.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge