# In the United States Court of Federal Claims

No. 04-37C

(Filed: January 5, 2006)

---

CAROLINA POWER & LIGHT CO.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## SCHEDULING ORDER

A status hearing will be held at the Court on January 12, 2006 at 2:00 PM in this matter. The Court requests counsel for the parties to confer in advance as needed, and to be prepared to address the following subjects:

1. The extent to which the relevant facts in this case are similar to, or different from, the facts of other spent nuclear fuel (SNF) cases cited in the parties' December 15, 2005 joint status report.

2. The specific issues that the parties expect to be decided in other pending cases that potentially would be controlling in this case, the identification of the case(s) where each issue is pending, and the parties' estimate of when those issues may be resolved.

3. The extent to which the Federal Circuit's decision in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005) resolved or clarified any issues that exist in this case.

4. Whether the parties foresee any prejudice in the preservation of relevant evidence that may result from the continuation of a stay of proceedings.

5. A schedule of discovery and pre-trial activities that would be mutually agreeable to the parties if the proceedings in this case are not further stayed.

6. An assessment of the likelihood of reaching a settlement of this matter.

7. Any other matter that counsel for either party may wish to raise regarding the scheduling or possible stay of proceedings.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge