# In the United States Court of Federal Claims

No. 04-37C

(Filed: January 18, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
CAROLINA POWER & LIGHT CO. *
and FLORIDA POWER CO., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 12, 2006, the Court conducted a status conference with counsel for the parties to discuss their joint request to extend the stay of this case until June 30, 2006. This case has been stayed pursuant to previous Orders since August 3, 2004. In considering the parties' arguments for continuing the stay, the Court is not convinced that helpful precedent from other similar cases could reasonably be expected between now and June 30, 2006. Even if one or more decisions were issued in other cases pending before this Court, it is likely that the non-prevailing party would exercise its right to appeal to the U.S. Court of Appeals for the Federal Circuit. The timetable for resolution of other similar cases is too distant to forecast, and is not sufficient justification to continue the stay in this case.

The Court is persuaded, however, that some advance notice of when the stay will expire would allow the parties to plan for the effective use of their resources. By giving the parties approximately 8 weeks to develop an efficient discovery plan, and to assemble their necessary resources, the Court presumes that this case may proceed in a reasonable manner. The parties will be expected to work cooperatively so that depositions and other discovery are not repeated from other cases. The parties also will consider how best to narrow the various damages issues for trial.

Accordingly:

1. The stay of this matter is extended until Friday, March 17, 2006.

2. On or before March 17, 2006, the parties shall file their Joint Preliminary Status Report in accordance with Appendix A to the Court's Rules. The proposed discovery plan shall include information as to the estimated number of interrogatories, document requests, depositions, and requests for admissions desired by each party. The proposed means of conducting the pretrial damages portion of the case also shall be addressed, along with any other discovery or pretrial information that either party may wish to include.

3. A scheduling conference will be held at the Court on Wednesday, March 22, 2006 at 2:00 PM.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge