*Carolina Power & Light Company, Florida Power Corporation v. United States,*
No. 04-37C (Fed. Cl.) (Wheeler, J.)

EXHIBIT A TO JOINT PRELIMINARY STATUS REPORT:
PLAINTIFFS' PROPOSED PRE-TRIAL SCHEDULE

| | |
|---|---|
| Dispositive motions. | ***April 19, 2006*** |
| Plaintiffs' damage schedules, commencement of fact discovery. | ***August 21, 2006*** |
| Plaintiffs' expert reports. | ***January 23, 2007*** |
| Defendant's expert reports and response to Plaintiffs'damage schedules. | ***May 22, 2007*** |
| Close of all discovery. | ***July 15, 2007*** |
| Exchange of exhibits, witness lists. | ***August 15, 2007*** |
| Plaintiffs' pre-trial memorandum. | ***September 1, 2007*** |
| Defendant's pre-trial memorandum. | ***October 1, 2007*** |
| Pre-trial conference, trial. | ***as soon thereafter as possible*** |