# In the United States Court of Federal Claims

No. 04-0037C

(Filed: March 23, 2006)

```
****************************************
                                       *
CAROLINA POWER & LIGHT COMPANY,        *
FLORIDA POWER CORPORATION,             *
                                       *
                     Plaintiffs,       *
                                       *
        v.                             *
                                       *
THE UNITED STATES,                     *
                                       *
                     Defendant.        *
                                       *
****************************************
```

SCHEDULING ORDER

On March 22, 2006, the Court conducted a preliminary scheduling conference with counsel for the parties, pursuant to Appendix A, paragraph 7, of the Court's Rules. The Court has considered the information provided in the parties' March 17, 2006 Joint Preliminary Status Report ("JPSR"), as well as the presentations of counsel during the scheduling conference. Discovery may begin upon the issuance of this Order, which is filed in conjunction with the Pretrial Order on Damages. The discovery schedule for this case shall be as follows:

1. Plaintiff's expert reports shall be due on or before January 23, 2007;

2. Defendant's expert reports shall be due on or before May 22, 2007;

3. Discovery shall close on July 15, 2007.

With regard to other matters addressed in the JPSR, such as the potential filing of dispositive motions, the availability of deposition transcripts from Defendant, and reasonable limits on depositions and written discovery, the Court will withhold any ruling at this time,

allowing the parties to work cooperatively without the Court's involvement. Any issue that cannot be resolved amicably between the parties may be presented to the Court at any time. Dispositive motions, if any, should be filed reasonably in advance of trial, and will not serve as a basis to delay trial.

Trial is anticipated in late 2007. The Court will confer with counsel again in early 2007 to establish pretrial procedures and to set a trial date.

Counsel are invited to submit to the Court mutually agreeable protective orders that they wish to apply in this case.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge