IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PRODUCE EXPERT REPORTS AND STATEMENT REGARDING COST SUMMARIES AND SCHEDULES

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of 55 days, to and including July 16, 2007, to produce its expert reports and its statement regarding plaintiffs' cost summaries and schedules, as contemplated by the Court's pretrial order on damages dated March 23, 2006. This is our first request for an enlargement of time for this purpose. Currently, the deadline for producing these materials is May 22, 2007. This enlargement would not affect the other pretrial deadlines set by the Court. Counsel for plaintiffs has stated that plaintiffs do not oppose this request.

The request for an enlargement is necessary because the preparation of expert reports and the preparation of the Government's statement regarding plaintiffs' cost summaries and schedules are dependent upon the substantial completion of deposition discovery, which is in turn dependent upon the plaintiff's production of documents pursuant to the discovery process and the audit process contemplated by the Court's pretrial orders. Late last month, plaintiffs produced the last large batch of documents (approximately 75,000 pages) responsive to our

discovery requests and, although we are still awaiting responses to a large number of the inquiries posed by our accounting experts during the audit process, we are in the process of scheduling a large number of depositions in several locations during the next 90 days. Enlarging the time to complete our expert reports and our response to plaintiffs' cost schedules and summaries would enable us and our technical and accounting experts to use the information gleaned in the discovery process (potentially leading to a stipulation to the amount of some of the components of damage claimed by plaintiffs) and would obviate the need to amend these reports and responses upon the discovery of additional information.

For the foregoing reasons, defendant respectfully requests that the Court grant our request for an enlargement of time of 55 days, to and including July 16, 2007, within which to provide our expert reports and our statement regarding plaintiffs' cost summaries and schedules.

PETER D. KEISLER

Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

March 27, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO PRODUCE EXPERT REPORTS AND STATEMENT REGARDING COST SUMMARIES AND SCHEDULES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach