IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | No. 04-37C |
| v. | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO ADJUST DISCOVERY AND PRETRIAL DEADLINES

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims ("RCFC"), plaintiffs, Carolina Power and Light Company and Florida Power Corporation, and defendant, the United States, respectfully request an adjustment of the deadlines to complete fact and expert discovery schedule and to submit pretrial materials, as set forth in the Court's Scheduling Order of March 23, 2006, and Pretrial Order of January 30, 2007 (as amended by order dated March 27, 2007). The requested adjustments will not affect the trial date. Defendant previously filed, and the Court granted, an unopposed motion to enlarge the time to complete expert discovery and file a response to plaintiff's cost summaries and schedules from May 22, 2007 to July 15, 2007.

The parties have worked diligently to complete the discovery commensurate with the issues presented by this case. To date, the Government has conducted ten depositions in Raleigh, North Carolina, and an additional four depositions of fact witnesses have been noticed or are in the planning stage, including one in Florida and one in Idaho. In addition, the Government has noticed a deposition pursuant to RCFC 30(b)(6) on a variety of subject matters, and the earliest possible date to conduct that deposition is July 23, 2007 (the parties intend to conduct that

deposition the following day). The Government expects that its expert reports will depend in substantial part upon the information obtained at this deposition. Further, the Government's technical experts are also scheduled to tour two of the nuclear power plants at issue in this case on July 5 and 6, 2007.

Accordingly, the parties request the following alterations to the pretrial schedule, which they believe will provide the Government with ample time to complete fact discovery and prepare its expert submissions and responses to plaintiff's cost summaries and will allow plaintiffs ample opportunity, in light of the proposed enlargements, to prepare its pretrial submissions. As noted above, the schedule will not affect the trial date.

| | From | To |
|---|---|---|
| **Completion of fact discovery**: | July 15, 2007 | August 1, 2007 |
| **Deadline for submission of Government's expert reports and response to plaintiff's cost summaries** | July 15, 2007 | August 1, 2007 |
| **Plaintiff's pretrial filings** | September 5, 2007 | September 10, 2007 |
| **Defendant's pretrial filings** | October 5, 2007 | October 10, 2007 |
| **Meeting of counsel** | October 8-12, 2007 | October 11-15, 2007 |
| **Stipulations and objections** | October 17, 2007 | October 19, 2007 |

For the foregoing reasons, the parties respectfully request that the Court grant their joint motion to alter the pretrial schedule, as reflected in the schedule set forth above.

Respectfully submitted,

s/Brad Fagg
BRAD FAGG
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tele: (202) 739-5191
Fax: (202) 739-3001

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-2118

Attorneys for Defendant

June 22, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2007, a copy of the foregoing "JOINT MOTION TO ADJUST DISCOVERY AND PRETRIAL DEADLINES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach