# In the United States Court of Federal Claims

No. 04-037C

(Filed: June 22, 2007)

```
*************************************     *
                                          *
CAROLINA POWER & LIGHT COMPANY, and       *
FLORIDA POWER CORPORATION,                *
                                          *
                    Plaintiffs,           *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
*************************************     *
```

**AMENDED SCHEDULING ORDER**

On June 22, 2007, the parties submitted a joint motion seeking to adjust the discovery and pretrial deadlines set forth in the Court's March 23, 2006 Scheduling Order and the January 30, 2007 Pretrial Order. For good cause shown, the motion is GRANTED. The schedule for this case is amended as follows:

1. Fact discovery shall close on August 1, 2007;

2. Defendant shall submit its expert reports and response to Plaintiff's cost summaries on or before August 1, 2007;

3. Plaintiff shall submit its pretrial filings on or before September 10, 2007;

4. Defendant shall submit its pretrial filings on or before October 10, 2007;

5. The meeting of counsel described in paragraph 4 of the Pretrial Order shall take place during October 11-15, 2007; and

6. The parties shall submit stipulations and objections required by paragraph 5 of the Pretrial Order on or before October 19, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge