IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' UNOPPOSED MOTION TO ADJUST PRETRIAL DEADLINE

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims ("RCFC"), plaintiffs, Carolina Power and Light Company and Florida Power Corporation respectfully request an adjustment of the deadline to submit their pretrial materials, as set forth in the Court's Pretrial Order of January 30, 2007 (as amended by order dated June 22, 2007). The requested adjustment will not affect defendant's deadline to submit pretrial materials, meeting of counsel, filing of stipulations, or the trial date. Counsel for defendant has stated that defendant does not oppose this request.

Defendant previously filed, and the Court granted, an unopposed motion to enlarge the time to complete expert discovery and file a response to plaintiff's cost summaries and schedules from May 22, 2007 to July 15, 2007. And on June 22, 2007, the parties filed, and the Court granted, a joint motion seeking to adjust the discovery and pretrial deadlines to give defendant more time to submit expert reports.

The parties have worked diligently to complete discovery in a timely fashion. To date, defendant has conducted sixteen depositions and served plaintiffs with reports from its two experts. One expert is scheduled to be deposed on September 6, 2007. The second expert, however, is not available at a mutually convenient date until September 10, 2007, the deadline

for plaintiffs' pretrial filings. Plaintiffs expect that the expert depositions will likely inform plaintiffs' pretrial filings.

Accordingly, plaintiffs request the deadline for their pretrial filing to be moved from September 10, 2007 to September 12, 2007, which will allow plaintiffs an opportunity, in light of the expert deposition on the existing deadline, to finalize its pretrial submissions. As noted above, the schedule will not affect any other deadline or the trial date.

For the foregoing reasons, plaintiffs respectfully request that the Court grant their unopposed motion to adjust their pretrial deadline, as reflected above.

Respectfully submitted,

s/Brad Fagg
BRAD FAGG
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tele: (202) 739-5191
Fax: (202) 739-3001

Attorneys for Plaintiffs

August 28, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2007, a copy of the foregoing "JOINT MOTION TO ADJUST PLAINTIFFS'_PRETRIAL DEADLINE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David M. Kerr