**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROLINA POWER & LIGHT COMPANY, et al.** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-37C<br>(Judge Wheeler) |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

**LIST OF WITNESSES**

Pursuant to the Court's January 30, 2007 Pretrial Order (as amended by the Court's June 22, 2007 and August 29, 2007 Orders), and Appendix A, ¶15(a) of the Rules of the United States Court of Federal Claims, Plaintiffs Carolina Power & Light Company ("CP&L") and Florida Power Corporation ("FPC") (collectively for these purposes, "Progress Energy") respectfully submit the following list of witnesses to be called for their case-in-chief at trial.

Those witnesses marked with an asterisk (*) are witnesses Plaintiffs currently expect to present at trial, and the others Plaintiffs may call if the need arises. Plaintiffs reserve the right to call witnesses not listed below for impeachment or rebuttal if the need arises. Plaintiffs also reserve the right to call any witness listed on Defendant's witness list. Finally, Plaintiffs anticipate moving, pursuant to Paragraph 15(b) of Appendix A of the Rules, for leave to present certain limited substantive evidence by way of deposition testimony, and respectfully reserve the right to seek supplementation of this list should such leave be denied, or if additional witnesses are necessary to overcome government objections to the admission of government documents.

Lake H. Barrett*

Mr. Barrett will testify to issues related to his work for the Department of Energy. Mr. Barrett will testify to issues related to his understanding of the obligations imposed on the federal government under the Nuclear Waste Policy Act and the Standard Contract. Mr. Barrett also will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the development of an acceptance rate schedule for that program. Mr. Barrett is expected to testify on direct examination for approximately one hour.

Alan Brownstein

Mr. Brownstein will testify to issues related to the Department of Energy's spent nuclear fuel disposal program. Specifically, Mr. Brownstein will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the federal government's obligations and duties under the Nuclear Waste Policy Act and the Standard Contract. Mr. Brownstein also will testify to issues related to the development of a spent fuel acceptance schedule under the Standard Contract. Mr. Brownstein is expected to testify on direct examination for approximately one hour.

Michael J. Calvello*

Mr. Calvello is Manager of Nuclear Generation Group Business Services at Progress Energy. He will testify about how financial records are kept at Progress Energy and how the financial data underlying Progress Energy's Initial Disclosure of Claimed Damages was compiled. Mr. Calvello will also testify about specific costs disputed by the government. Mr. Calvello is expected to testify on direct examination for approximately two hours.

Billy M. Cole*

Mr. Cole will testify to issues related to his work as a technician and engineer with Pacific Northwest Laboratory and his duties for the Department of Energy. Specifically, Mr. Cole will testify to issues related to the development of the acceptance rate schedule for the Monitored Retrievable Storage facility and the spent nuclear fuel disposal program. Mr. Cole also will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program. Mr. Cole is expected to testify on direct examination for approximately one and a half hours.

Michael Culver*

Mr. Culver is a lead reactor engineer at the Crystal River nuclear power plant. Mr. Culver will testify about the decision to re-rack the spent nuclear pool at Crystal River Unit 3. Mr. Culver is expected to testify on direct examination for approximately one hour.

Robert Steven Edwards*

Mr. Edwards is supervisor of Spent Fuel Management at Progress Energy. Mr. Edwards will testify about management of spent nuclear fuel at Progress Energy including the projects underlying Progress Energy's damages claim. He will also testify how DOE's breach affected Progress Energy's management of spent fuel. Mr. Edwards is expected to testify on direct examination for approximately five hours.

Robert Kunita*

Mr. Kunita is retired from Progress Energy. Mr. Kunita will testify about Progress Energy's management of spent nuclear fuel, and the company's intent when it contracted with DOE for disposal of spent nuclear fuel and high level waste. Mr. Kunita is expected to testify on direct examination for approximately one and a half hours.

Michael J. Lawrence*

Mr. Lawrence will testify to issues related to his duties and responsibilities as former Director of the Office of Civilian Radioactive Waste Management. Mr. Lawrence will testify to issues related to his understanding of the obligation imposed on the federal government under the Nuclear Waste Policy Act and the Standard Contract. Mr. Lawrence will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program. Mr. Lawrence is expected to testify on direct examination for approximately one hour.

Thomas Lehmann

Mr. Lehman left the employment of Progress Energy in 2001. Mr. Lehman will testify about the decision to re-rack the spent nuclear fuel pool at Crystal River Unit 3. He is expected to testify on direct examination for approximately one hour.

Louis H. Martin*

Mr. Martin is retired from Progress Energy. Mr. Martin will testify about Progress Energy's intent when it contracted with DOE for the disposal of its spent nuclear fuel. Mr. Martin is expected to testify on direct examination for approximately one hour.

Patrick McDuffie

Mr. McDuffie will testify to issues related to his work and duties as a technician and engineer with Battelle. Specifically, Mr. McDuffie will testify to issues related to the development of the acceptance rate schedule for the spent nuclear fuel disposal program. Mr. McDuffie also will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program. Mr. McDuffie is expected to testify on direct examination for approximately one hour.

Loring Mills

Mr. Mills will testify to issues related to his duties and responsibilities as a former Vice President of the Edison Electric Institute. Mr. Mills will testify to issues regarding the development of the Standard Contract, and about the understanding and intentions of the contracting utilities regarding the pace and schedule of spent nuclear fuel acceptance. Mr. Mills is expected to testify on direct examination for approximately one hour.

Ron Milner

Mr. Milner will testify to issues related to the Department of Energy's spent nuclear fuel disposal program. Specifically, Mr. Milner will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the federal government's obligations and duties under the Nuclear Waste Policy Act and the Standard Contract. Mr. Milner also will testify to issues related to the development of a spent fuel acceptance schedule under the Standard Contract. Mr. Milner is expected to testify on direct examination for approximately one hour.

Robert L. Morgan*

Mr. Morgan will testify to issues related to his duties and responsibilities as former Director of the Office of Civilian Radioactive Waste Management. Mr. Morgan will testify to issues related to his understanding of the obligation imposed on the federal government under the Nuclear Waste Policy Act and the Standard Contract. Mr. Morgan will testify to issues related to the development of the DOE's Mission Plan, and issues related to the primary objectives and goals of the spent nuclear fuel disposal program. Mr. Morgan is expected to testify on direct examination for approximately one and a half hours.

Thomas E. Pollog

Mr. Pollog will testify to issues related to his duties as an engineer in the Office of Waste Management within the Office of Civilian Radioactive Waste Management. Mr. Pollog will testify to issues related to his understanding of the obligations imposed on the federal government by the Nuclear Waste Policy Act and the Standard Contract. Mr. Pollog will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the development of an acceptance rate schedule for that program. Mr. Pollog is expected to testify on direct examination for approximately one hour.

Robert Roselli

Mr. Roselli will testify to issues related to the Department of Energy's spent nuclear fuel disposal program. Specifically, Mr. Roselli will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the federal government's obligations and duties under the Nuclear Waste Policy Act and the Standard Contract. Mr. Roselli also will testify to issues related to the development of a spent fuel acceptance schedule under the Standard Contract. Mr. Roselli is expected to testify on direct examination for approximately one hour.

Dean Tibbits*

Mr. Tibbitts is lead engineer in Pressurized Water Reactor Fuel Engineering Unit in Nuclear Fuel Management & Safety Analysis Section at Progress Energy. Mr. Tibbitts will testify about the activation of the Harris C & D pools. Mr. Tibbitts is expected to testify on direct examination for approximately one hour.

Victor W. Trebules, Jr.

Mr. Treblues will testify to issues related to his understanding of the obligation imposed on the federal government under the Nuclear Waste Policy Act and the Standard Contract. Mr.

Treblues will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the development of an acceptance rate schedule for that program. Mr. Trebules is expected to testify on direct examination for approximately one and a half hours.

Scott Vance

Mr. Vance will testify to issues regarding his duties and responsibilities at Pacific Northwest National Laboratory. Specifically, Mr. Vance will testify to issues related to the development of the acceptance rate schedule for the spent nuclear fuel disposal program. Mr. Vance also will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program. Mr. Vance is expected to testify on direct examination for approximately one hour.

Ted Williams*

Mr. Williams is Superintendent of Major Projects at Progress Energy. Mr. Williams will testify about the re-rack of the spent nuclear fuel pool at Crystal River Unit 3. Mr. Williams is expected to testify on direct examination for approximately one hour.

Wayne Worthington*

Mr. Worthington is Lead Engineer of the Spent Fuel Management Unit. Mr. Worthington will testify about the handling and storage of spent nuclear fuel at Progress Energy. He will also testify about the impact DOE's breach had on storage of spent nuclear fuel. Mr. Worthington is expected to testify on direct examination for approximately three hours.

David K. Zabransky*

Mr. Zabransky will testify to issues related to his duties as a nuclear utility specialist in the Office of Waste Management within the Office of Civilian Radioactive Waste Management. Mr. Zabransky will testify to issues related to the primary objectives and goals of the spent nuclear fuel disposal program, and the development of an acceptance rate schedule for that

program. Mr. Zabransky is expected to testify on direct examination for approximately one hour.

Respectfully submitted,

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Attorneys for Plaintiffs

Of Counsel:

Paul M. Bessette
David M. Kerr
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Telephone: (202) 739-3000
Facsimile: (202) 729-3001

September 12, 2007

CERTIFICATE OF FILING

I hereby certify that on this 12th day of September 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brad Fagg