IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED LIST OF EXHIBITS TO BE OFFERED IN EVIDENCE AT TRIAL

Pursuant to Rule 7(b)(1) of the United States Court of Federal Claims, plaintiffs, Carolina Power and Light Company and Florida Power Corporation respectfully request leave to file the attached Amended List of Exhibits to Be Offered At Trial. The amended list contains six additional exhibits that are either more legible copies of documents on the initial list or were inadvertently left off the initial list. Defendant will suffer no prejudice if the Court grants plaintiffs' motion for leave. All six documents are already in the government's possession, either on its own production website or produced in this case by plaintiffs. And Counsel for defendant has stated that defendant does not oppose this request.

Pursuant to the Court's January 30, 2007 Pretrial Order (as amended by the Court's June 22, 2007 and August 29, 2007 Orders), plaintiffs timely filed their List of Exhibits to be Offered in Evidence at Trial on September 12, 2007. Trial is scheduled to begin November 5, 2007. The requested leave to file an Amended List of Exhibits to Be Offered At Trial Amended will in no way impede the parties' other pre-trial filings or preparations.

For the foregoing reasons, plaintiffs respectfully request that the Court grant their unopposed motion for leave to file an Amended List of Exhibits to Be Offered At Trial.

Respectfully submitted,

s/Brad Fagg

BRAD FAGG
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tele: (202) 739-5191
Fax: (202) 739-3001

Attorneys for Plaintiffs

October 9, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 9th of October, 2007, a copy of the foregoing Plaintiffs' Unopposed Motion for Leave to File Amended List Of Exhibits To Be Offered In Evidence At Trial with plaintiffs' Amended List of Exhibits attached was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brad Fagg