IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CAROLINA POWER & LIGHT COMPANY, et al.**<br>Plaintiff,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | ) | No. 04-37C<br>(Judge Wheeler) |

**AMENDED LIST OF EXHIBITS TO BE OFFERED IN EVIDENCE AT TRIAL**

Pursuant to the Court's January 30, 2007 Pretrial Order (as amended by the Court's June 22, 2007 and August 29, 2007 Orders), and Appendix A, ¶16 of the Rules of the United States Court of Federal Claims, Plaintiffs Carolina Power & Light Company ("CP&L") and Florida Power Corporation ("FPC") (collectively for these purposes, "Progress Energy") respectfully submit the following list of exhibits. Those exhibits Progress Energy expects to offer in evidence are marked with an asterisk (*) to the left of the number column. Exhibits Progress Energy may offer if the need arises contain no asterisk.

The exhibits identified (in the date column) as "summaries" reflect data supporting Progress Energy's Initial Disclosure of Claimed Damages provided to the government pursuant to the March 23, 2006 Pretrial Order on Damages (the "Court's Order"). During the audit and examination period provided under the Court's Order, Progress Energy responded to voluminous audit requests from the government and made personnel available on several occasions to provide information and explanations required for verifications of the items and figures summarized in Plaintiffs' Disclosure. The government has confirmed that, aside from a small

number of discrete identified items, it does not dispute the accuracy or admissibility of these schedules and summaries. Plaintiffs, however, reserve the right to use any of the materials produced in support of its damages disclosures, as summarized in the listed exhibits, should it become necessary to do so.

The summaries marked with a cross (†) represent costs that, as of the date of this filing, the government apparently still challenges on the basis of accuracy and admissibility. The exhibits identified (in the date column) as "support" for these summaries are documents produced by Plaintiffs in an attempt to resolve the remaining disputes as to accuracy and admissibility of Plaintiffs' cost data. As the government has not yet responded to this production, Plaintiffs reserve the right to supplement its exhibit list should the government continue to dispute the accuracy and admissibility of any portion of its cost data.

Finally, the following list does not include demonstrative materials or other aids or summaries that plaintiffs may use at trial, but which need not be offered or admitted into evidence.

| | Exhibit Number | Date of Exhibit | Description |
|---|---|---|---|
| | 1 | 12/23/77 | A Spent Fuel Management Strategy for Florida Power Corporation *(marked as CP_FP000148073 through 8172)* |
| | 2 | 5/23/80 | Memorandum to various listed from A.B. Cutter regarding Report on Feasibility and Recommendation for Spent Fuel Storage Expansions at Brunswick Units 1 and 2 and H.B. Robinson Unit 2 *(marked as CP_FP000184831-868)* |
| | 3 | October 1980 | Department of Energy, Report on Fee for Spent Nuclear Fuel Storage and Disposal Services *(marked as CP_FP000122378-396)* |
| | 4 | September 1982 | Financing Radioactive Waste Disposal *(marked as* |

| | | | |
|---|---|---|---|
| | | | *CP_FP000062945 through 3001)* |
| * | 5 | 1/28/83 | Memorandum from Robert Morgan to All Nuclear Waste Policy Act Project Office Personnel regarding Implementation of Nuclear Waste Policy Act of 1982 *(marked as EDB030855-56 HQZ 19870303.6486.0001 through 002).* |
| * | 6 | 3/3/83 | Correspondence to Robert Morgan regarding Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste *(marked as Ex. 9 in Kunita deposition, ADM002.0433 through .0435 and ARC001 0488 through 0490)* |
| * | 7 | 5/2/83 | Statement of Robert Morgan before Senate Subcommittee on Energy Research and Development *(marked as EDB-002-0463 through 0481)* |
| * | 8 | June 1983 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste *(marked as CP_FP000062783-838)* |
| * | 9 | 6/2/83 | Memorandum to E.E. Utley from James Davis regarding DOE Contract for Disposal of Spent Nuclear Fuel *(marked as CP_FP000063729-30 and as Ex. 12 in Martin deposition)* |
| * | 10 | 6/3/83 | U.S. Department of Energy Contract No. DE-CR01-83NE44481; Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste with Carolina Power & Light Company. *(marked as CP_FP000026841-908 and Ex. 10 in Martin Deposition)* and March 24, 1989 Modification Number MOO1 *(marked at CP_FP000110846)* |
| * | 11 | 6/30/83 | U.S. Department of Energy Contract No. DE-CR01-83NE44382; Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste with Florida Power Corporation. *(marked as CP_FP000031305-367)* |
| | 12 | 6/13/83 | Correspondence to DOE from L. Martin regarding Contract for Radioactive Waste Disposal Services *(marked as CP_FP000063726-28, Ex. 13 in Martin deposition and Ex. 11 in Edwards deposition)* |

| | | | |
|---|---|---|---|
| * | 13 | 6/17/83 | Letter from Robert Morgan to John J. Kearney *(marked as ZAB-001-1462)* |
| * | 14 | July 1983 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste *(marked as CP_FP000062726-781)* |
| * | 15 | 9/15/83 | U.S. Department of Energy Memorandum regarding Mission Plan Strategy *(marked as PNL-173-1282 through 1288)* |
| * | 16 | 12/2/83 | Letter from Department of Energy regarding FY 1984 Program Guidance for Nuclear Waste Fund (NWF) Evaluations *(marked as PNL-021-0233 through 0243)* |
| * | 17 | 12/20/83 | Draft Civilian Radioactive Waste Management Program Mission Plan *(marked as SN045167 through 187)* |
| | 18 | 1/24/84 | Memorandum from J.F. Fletcher to R. J. Hall regarding Revised Waste Acceptance Schedule from Draft Mission Plan *(marked as PNL-023-0176)* |
| * | 19 | February 1984 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983 *(marked as Ex. 24 in Edwards deposition and SN069588 through 600)* |
| * | 20 | 2/1/84 | Memorandum to B. Mays from L. Martin regarding Nuclear Waste Policy Act *(marked as CP_FP000060725-29 and as Ex. 16 in Martin deposition)* |
| * | 21 | 2/22/84 | Statement of Michael J. Lawrence *(marked as PNL 173-0225 through 0264)* |
| * | 22 | April 1984 | Mission Plan for the Civilian Radioactive Waste Management Program (Draft) *(marked as 1139 through 1161)* |
| * | 23 | 4/27/84 | Final Draft of Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program *(marked as PNL-020-1491 through 1514)* |

| | | | |
|---|---|---|---|
| * | 24 | July 1984 | Nuclear Waste Fund Fee Adequacy Assessment *(PNL-021-1190 through 1198)* |
| * | 25 | 7/9/84 | Correspondence to Charles Head from L. Martin regarding Waste Management Program (Draft, April 1984) *(marked as Ex. 19 in Martin deposition and YMP-001-1828 through 1830)* |
| * | 26 | 7/23/84 | Letter from Michael J. Lawrence to Ben. C. Rusche regarding Richland Operations Office Comments on Draft Mission Plan Dated April 1984 *(marked as 1199 through 1202)* |
| * | 27 | February 1985 | Nuclear Waste Fund Fee Adequacy: An Assessment *(marked as CP_FP000062660-674)* |
| | 28 | 3/18/85 | Memorandum in Support of Petition for Rulemaking *(marked as Ex. 13 in Kunita deposition and SMUD-0014889 through 914)* |
| | 29 | April 1985 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program *(marked as PA-176451 through 474)* |
| * | 30 | April 1985 | The Need for and Feasibility of Monitored Retrievable Storage – A Preliminary Analysis *(marked as CP_FP000052383-432)* |
| * | 31 | June 1985 | Mission Plan for the Civilian Radioactive Waste Management Program *(marked as CP_FP000047828-912)* |
| | 32 | 6/28/85 | Spent Fuel Management Plan, July 1985 to June 1986 *(marked as CP_FP000062507-516, marked as Ex. 60 in Kunita Deposition and marked as Ex. 17 in Martin Deposition)* |
| * | 33 | March 1986 | Nuclear Waste Fund Fee Adequacy: An Assessment *(marked as CP_FP000062639-658)* |
| | 34 | April 1986 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program *(marked as 1313 through 1344)* |
| | 35 | 8/22/86 | Spent Fuel Management Plan, June 1986 *(marked as* |

| | | | |
|---|---|---|---|
| | | | *CP_FP000062529-568, marked as Ex. 61 in Kunita Deposition and marked as Ex. 18 in Martin Deposition)* |
| | 36 | March 1987 | Monitored Retrievable Storage Submission to Congress *(marked as CP_FP000039634-72)* |
| | 37 | June 1987 | OCRWM Mission Plan Amendment *(marked as CP_FP000038325-328)* |
| | 38 | June 1987 | Annual Capacity Report *(marked as CP_FP0000122151-245)* |
| | 39 | June 1987 | OCRWM Mission Plan Amendment *(marked as PA-142069 through 138)* |
| | 40 | 8/03/87 | Memorandum to L. H. Martin from R. Kunita regarding 1987 CP&L Spent Fuel Management Plan *(marked as CP_FP000062607 and marked as Ex. 62 in Kunita Deposition)* |
| | 41 | 10/2/87 | Letter from Christopher T. Jedrey to S. P. Kraft *(marked as PNL-028-1142 through 1146)* |
| | 42 | 5/13/88 | Spent Fuel Management Plan, May 1988 *(marked as CP_FP000062570-606 and marked as Ex. 63 in Kunita Deposition)* |
| | 43 | 5/13/88 | Spent Fuel Management Plan, May 1988 *(marked as CP_FP000184918-963)* |
| | 44 | June 1988 | Annual Capacity Report *(marked as CP_FP0000147078-173)* |
| | 45 | June 1988 | Draft 1988 Mission Plan Amendment *(marked as 1519 through 1547)* |
| | 46 | 8/22/88 | Spent Fuel Management Plan Executive Committee Briefing *(marked as CP_FP000184966-978)* |
| | 47 | 10/31/89 | Letter from Gary Boldt to Nuclear Regulatory Commission *(marked as CP_FP000149019 through 9025)* |
| | 48 | 4/9/90 | Letter from R. B. Van Metre to C. Blessing regarding Pool "B" spent fuel rack layout evaluation *(marked* |

| | | | |
|---|---|---|---|
| | | | *as CP_FP000128956 through 58)* |
| | 49 | November 1990 | Comment Response Document for The Secretary of Energy's Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program *(marked as HQR-036-2077 through 2095)* |
| | 50 | December 1990 | Preliminary Estimates of the Total-System Cost for the Restructured Program *(marked as FOI-004-4063 through 4127)* |
| | 51 | December 1990 | Annual Capacity Report *(marked as 1625 through 1647)* |
| | 52 | 4/2/90 | Spent Fuel Management Plan, March 1990 *(marked as CP_FP000184979-5045 and marked as Ex. 64 in Kunita Deposition)* |
| | 53 | December 1991 | Annual Capacity Report *(marked as Ex. 5 in Kunita deposition, HQ0003588-650 and HQR-002-0797 through 0859)* |
| | 54 | March 1993 | Spent Fuel Management Plan *(marked as CP_FP000185050-5138 and Ex. 14 in Kunita deposition)* |
| | 55 | 6/15/93 | Letter to S.R. Zimmerman from Beth Tomasoni with copies of the 1992 Acceptance Priority Ranking and the Annual Capacity Report *(marked as CP_FP000111090-099, Ex. 12 in Polteralski deposition and Ex. 9 in Siphers deposition)* |
| | 56 | 9/29/93 | Correspondence to Beth Tomasoni from Sherwood Zimmerman regarding Delivery Commitment Schedule *(marked as CP_FP000111080-089 and Ex. 15 in Kunita deposition)* |
| | 57 | 4/12/94 | Memorandum from R. Kunita regarding Spent Fuel Management Plan *(marked as CP_FP000185139-230 and marked as Ex. 65 in Kunita Deposition)* |
| | 58 | 2/16/95 | DOE Memorandum from Ronald A. Milner to Director of OCRWM regarding Total System Life Cycle Cost Assumptions Package *(HQR-057-1493 through 1494)* |

| | | | |
|---|---|---|---|
| | 59 | February 1995 | Total System Life Cycle Cost Assumptions Package *(HQR-057-1495 through 1524)* |
| | 60 | March 1995 | Acceptance Priority Ranking & Annual Capacity Report, U.S. Department of Energy *(marked as CP_FP000027505-575 and Ex. 8 in Williams deposition)* |
| | 61 | September 1995 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program *(PA-176202 through 220)* |
| | 62 | 11/17/95 | Spent Fuel Management Plan, November 1995 *(marked as CP_FP000185249-354 and marked as Ex. 66 in Kunita Deposition)* |
| * | 63 | 12/4/95 | Boraflex Degradation Action Team – December Status Report *(marked as CP_FP000150815-816 and Ex. 1 in Lehmann deposition)* |
| | 64 | 12/14/95 | Memo to various listed from Bob Kunita regarding Spent Fuel Management Plan *(marked as CP_FP000185231-248)* |
| * | 65 | 1/4/96 | Interoffice Correspondence regarding Boraflex Team January Status Report *(marked as CP_FP000139569-570 and Ex. 2 in Culver deposition)* |
| * | 66 | 3/29/96 | Boraflex Assessment Report (Phase I) *(marked as CP_FP000137589-768, Ex. 5 in Culver deposition, Ex. 2 in Williams deposition and Ex. 3 in Lehmann deposition)* |
| | 67 | 4/2/96 | Interoffice Correspondence regarding Boraflex Team April Status Report *(marked at CP_FP000137770)* |
| * | 68 | 6/4/96 | Boraflex/Silica Team June Status Report *(marked as CP_FP000137769)* |
| | 69 | 7/11/96 | Spent Fuel Storage Team Meeting Notes of July 8, 1996 *(marked as CP_FP000150883-884 and Ex. 4 in Lehmann deposition)* |
| | 70 | September 1996 | 1995 Acceptance Priority Ranking and Annual Capacity Report *(marked as Ex. 19 in Kunita deposition, DB0000246-298 and EDB-001-0249* |

| | | | |
|---|---|---|---|
| | | | *through 0301)* |
| | 71 | 10/22/96 | Response to Generic Letter 96-04, "Boraflex Degradation in Spent Fuel Storage Racks" *(marked as CP_FP000150905-923, Ex. 3 in Williams deposition and Ex. 6 in Lehmann deposition)* |
| * | 72 | 11/27/96 | Silica Assessment Report (Phase II) *(marked as CP_FP00193332-401, Ex. 6 in Culver deposition, Ex. 4 in Williams deposition and Ex. 7 in Lehmann deposition)* |
| | 73 | 12/17/96 | Letter from B. Tomasoni to D. Poteralski regarding CP&L Contract *(marked as CP_FP000122607)* |
| | 74 | 12/17/96 | DOE News: Department of Energy Notifies Utilities of Anticipated Delay in Accepting Commercial Spent Nuclear Fuel *(marked as HQR-039-0789)* |
| | 75 | 12/19/96 | Spent Fuel Management Plan for December, 1996 *(marked as CP_FP000185371-478)* |
| | 76 | 2/05/97 | Memorandum from B. Kunita regarding Spent Fuel Management Plan *(marked as CP_FP000185355-370 and marked as Ex. 67 in Kunita Deposition)* |
| | 77 | 3/06/97 | Interoffice Correspondence regarding Westinghouse Response to FPC Boraflex Demand Letter *(marked as CP_FP000150924-926 and Ex. 24 in Lehmann deposition)* |
| * | 78 | 3/13/97 | Cover letter to D.C. Poteralski from Beth Tomasoni regarding receipt of the Delivery Commitment Schedule *(marked as CP_FP000027674 and Ex. 25 of Kunita deposition)* |
| | 79 | 3/13/97 | Letter to Beth Tomasoni from William Orser regarding CP&L response to DOE Letter dated December 17, 1996 *(marked as CP_FP000027739-742)* |
| | 80 | 5/12/97 | Letter to Beth Tomasoni from D.C. Poteralski regarding Delivery Commitment Schedule *(marked as CP_FP000027675-76) and Ex. 8 in Poteralski deposition)* |

| | | | |
|---|---|---|---|
| | 81 | 6/3/97 | Letter to D.C. Poteralski from Beth Tomasoni regarding follow up to letter dated dated December 17, 1996 *(marked as CP_FP000027752-754)* |
| | 82 | 8/15/97 | An Assessment and Evaluation of Spent Fuel Storage Capacity Expansion Options for Crystal River Unit 3 (C-97061) *(marked as CP_FP000152010-164 and Ex. 8 in Lehmann deposition)* |
| * | 83 | 9/18/97 | Florida Power Corporation Interoffice Correspondence regarding Long Term Spent Fuel Storage Strategic Plan *(marked as CP_FP000151055)* |
| * | 84 | 9/19/97 | Long Term Spent Fuel Storage Strategic Plan *(marked as CP_FP000112259-289, Ex. 9 in Culver deposition and Ex. 5 in Williams deposition)* |
| | 85 | 10/7/97 | Review of Options for Startup/Licensing of Spent Fuel Pools C & D *(marked as CP_FP000110692-94 and Ex. 19 in Worthington deposition, Ex. 19 in Edwards deposition and Ex. 2 in Tibbitts deposition)* |
| | 86 | 1/8/98 | HNP Spent Fuel Pool “C” and “D” Activation Project *(marked as CP_FP000030784-92 and as Ex. 11 in Edwards deposition)* |
| | 87 | 1/21/98 | Memorandum of Agreement between FPC and WEC *(marked as CP_FP00193532-533 and Ex. 11 in Lehmann deposition)* |
| | 88 | 1/28/98 | Correspondence to Beth Tomasoni from B.H. Clark regarding Final Delivery Schedule *(marked as CP_FP000111311-318)* |
| | 89 | 4/13/98 | Engineering Service Request *(marked as CP_FP000114801-810 and Ex. 25 in Edwards deposition)* |
| | 90 | 4/14/98 | HNP Spent Fuel Pool “C” and “D” Activation *(marked as CP_FP000029216-239)* |
| | 91 | 6/16/98 | Rerack Project Engineering Kick Off Meeting *(marked as CP_FP000024578 and Ex. 18 in Culver deposition)* |

| | | | |
|---|---|---|---|
| | 92 | 6/25/98 | Correspondence from K. Altman to S. Taylor regarding Contract Work Authorization 9803H and Sargent & Lundy Proposal No. 00624-351 dated June 11, 1998 *(marked as CP_FP000188081-163)* |
| | 93 | 7/8/98 | Interoffice Correspondence regarding Project Summary for Enhanced Spent Fuel Storage Project WN2476 *(marked as CP_FP000024532)* |
| | 94 | 10/27/98 | Spent Fuel Pools C and D Activation Project Thermal-Hydraulic Analysis *(marked as CP_FP000127116-151 and as Ex. 8 in Tibbitts deposition)* |
| | 95 | November 1998 | CP&L Shearon Harris Nuclear Plant Spent Fuel Pool Activation Project *(marked as CP_FP000030793 through 794)* |
| * | 96 | 11/6/98 | Interoffice Correspondence regarding Pre-R11 Recommendation for Reducing Silica in Spent Fuel Pools *(marked as CP_FP000151703-705, Ex. 13 in Williams deposition and Ex. 14 in Lehmann deposition)* |
| | 97 | December 1998 | Viability Assessment of a Repository at Yucca Mountain, Volume 2 *(1930 through 1969)* |
| | 98 | December 1998 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program *(marked as HQR-036-0006 through 0037 and SCE003178 through 3227)* |
| | 99 | 12/22/98 | Correspondence to Thomas Lehmann regarding the December 7, 1998 Status Meeting Minutes *(marked as CP_FP000151774-843, Ex. 17 in Culver deposition, Ex. 14 in Williams deposition and Ex. 17 in Lehmann deposition)* |
| * | 100 | 12/23/98 | Correspondence to U.S. Nuclear Regulatory Commission regarding Shearon Harris Nuclear Power Plan Request for License Amendment *(marked as CP_FP000031977-986, Ex. 20 in Edwards deposition and Ex. 3 in Tibbitts deposition)* |
| | 101 | 5/1/99 | Engineering Disposition *(marked as CP_FP000114863-64, Ex. 21 in Worthington* |

| | | | |
|---|---|---|---|
| | | | *deposition and Ex. 26 in Edwads deposition)* |
| * | 102 | 5/06/99 | Interoffice Correspondence regarding Enchanced Spent Fuel Storage Project WN 2476 *(marked as CP_FP000152533-618)* |
| * | 103 | June 1999 | Design Report for Enhanced Spent Fuel Storage at Crystal River Unit 3 *(marked as CP_FP000152913-3073)* |
| | 104 | 6/14/99 | Memorandum from J. Scarola regarding 1999 Spent Fuel Management Plan *(marked as CP_FP000185479-600, Ex. 1 in Worthington deposition and Ex. 10 in Edwards deposition)* |
| * | 105 | 9/16/99 | License Amendment Request #239, Revision 0 – Enhanced Spent Fuel Storage *(marked as CP_FP000153867-4079 and Ex. 15 in Williams deposition)* |
| * | 106 | 1/24/00 | EMAR Design Activity Description *(marked as CP_FP000114683-738 and Ex. 16 in Culver deposition, Ex. 12 in Williams deposition and Ex. 10 in Lehmann deposition)* |
| | 107 | 7/25/00 | Oracle Accounts Payable System Voucher Jacket *(marked as CP_FP000010988-94 and as Ex. 57 in Kunita deposition)* |
| * | 108 | 9/05/00 | Crystal River Unit 3 Environmental Assessment and Finding of No Significant Impact of the Enhanced Spent Fuel Storage Modification *(marked as CP_FP000152705-716)* |
| * | 109 | 10/4/00 | Correspondence regarding Shearon Harris Nuclear Power Plan Steam Generator Replacement Technical Specification Amendment Application *(marked as Ex. 22 in Edwards deposition and Ex. 5 in Tibbitts deposition)* |
| | 110 | 10/4/00 | Enclosure 7 to Steam Generator Replacement – Balance of Plant (BOP) Licensing Report *(marked as Ex. 23 in Edwards deposition and Ex. 7 in Tibbitts deposition)* |
| | 111 | 12/21/00 | Harris License Amendment No. 103 |

| | | | |
|---|---|---|---|
| | 112 | May 2001 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program *(marked as 2010 through 2032)* |
| | 113 | 10/21/01 | Harris License Amendment No. 107 |
| | 114 | January 2002 | Civilian Radioactive Waste Management System, Waste Acceptance System Requirements Document, Rev. 4 *(marked as 2050 through 2062)* |
| | 115 | 4/26/02 | Spent Fuel Pools C and D Activation Project Thermal-Hydraulic Analysis *(marked as CP_FP00190637-68 and as Ex. 9 in Tibbitts deposition)* |
| | 116 | 6/4/02 | Harris Fuel Pool Heatup Calculation *(marked as CP_FP00191753-772)* |
| * | 117 | 6/7/02 | Robinson Spent Fuel Storage Feasibility Study Update *(marked as CP_FP000034617-631 and Ex. 17 in Worthington deposition)* |
| | 118 | 10/25/02 | Memo to Steve Edwards from Dean Tibbitts regarding History of Harris Nuclear Plant Fuel Pool Storage *(marked as CP_FP00193507-531)* |
| * | 119 | 2/14/03 | Correspondence regarding Shearon Harris Nuclear Power Plant, Unit No. 1 Request for License Amendment Technical Specification 5.6.3.d *(marked as Ex. 24 in Edwards deposition and Exs. 6 and 43 in Tibbitts deposition)* |
| | 120 | 3/21/03 | Spent Fuel Management Power Point Items *(marked as CP_FP000034978-89 and as Ex. 4 in Wilson deposition)* |
| | 121 | 5/2/03 | Power Uprate Spent Fuel Pool Heatload Scoping Study *(marked as CP_FP000115696-722 and as Ex. 39 in Kunita deposition)* |
| | 122 | 5/19/03 | HNP Pool A + B Heat Load Report *(marked as CP_FP000116706-741 and Ex. 42 in Kunita deposition)* |
| | 123 | 7/16/03 | Engineering Change Cask Loading Floor Leveling |

| | | | |
|---|---|---|---|
| | | | Folder *(marked as CP_FP000115134-141 and Ex. 14 in Edwards deposition)* |
| * | 124 | 8/21/03 | BNP Dry Storage/Re-rack Study 20037459 Requesting Study Phase Authorization of $200,000 Capital *(marked as CP_FP000029170-176, Ex. 4 in Tripp deposition and Ex. 7 in Kunita deposition)* |
| | 125 | 1/30/04 | NGG Business Plan Strategic Initiative/Action Plan *(marked as CP_FP000172385-391, Ex. 3 in Tripp deposition and Ex. 6 in Kunita deposition)* |
| * | 126 | 2/4/04 | E-mail from S. Edwards regarding Strategic Initiative Action Plan – Spent Fuel Management *(marked as CP_FP000172384-91 and Ex. 6 in Edwards deposition)* |
| | 127 | 2/18/04 | RNP Enercon Crane Structure Analysis Proposal *(marked as CP_FP000162347-59 and Ex. 8 in Worthington deposition)* |
| | 128 | July 2004 | Acceptance Priority Ranking and Annual Capacity Report *(marked as KRGNSP03596-676 and as Ex. 18 in Poteralski deposition)* |
| | 129 | 5/18/04 | Brunswick Shipping and Dry Fuel Storage, Meeting Minutes *(marked as CP_FP000029177-179, Ex. 5 in Tripp deposition and Ex. 7 in Edwards deposition)* |
| | 130 | 11/4/04 | E-mail and attachment from D. Poteralski regarding Spent Fuel Management Organization Charter *(marked as CP_FP000172376-383 and as Ex. 15 in Poteralski deposition)* |
| | 131 | Undated | Cost Allocation Methodologies *(marked as CP_FP00005592-6000 and as Ex. 14 in Calvello deposition)* |
| | 132 | Undated | AFUDC Calculation Overview *(marked as CP_FP000182993-995)* |
| | 133 | Undated | Cask Preparation Area Modifications *(marked as CP_FP000029741-773 and as Ex. 16 in Edwards deposition)* |
| * | 134 | Undated | Robinson Dry Fuel Storage Project *(marked as* |

| | | | |
|---|---|---|---|
| | | | *CP_FP000160389-432)* |
| | 135 | Undated | NGG Capital Indirects *(marked as CP_FP00193732-739)* |
| | 136 | Undated | CP&L Correspondence to U.S. Nuclear Regulatory Commission submitting an application to amend the Harris Nuclear Plant (HNP) Technical Specifications *(marked as CP_FP001888867-943)* |
| * | 137 | Summary | Summary of Spent Fuel Discharge and Storage Data *(marked as CP_FP000188809-821, Ex. 6 in Worthington deposition and as Ex. 12 in Edwards deposition)* (Plaintiff may use demonstrative derivations of this summary exhibit for convenience) |
| * | 138 | Support | Electronic data *(marked as CP_FP000104334)* and FSAR reports (*marked as CP_FP00191774-3241)* (Plaintiff may use demonstrative derivations or excerpts of this exhibit for convenience) |
| * | 139 | Summary | Summary of Damages Spreadsheet *(marked as CP_FP000000001-02, Ex.16 in Edwards 30(b)(6) deposition, Ex.29 in Edwards deposition, Ex. 23 in Calvello deposition)* |
| * | 140 | Support | Transaction Journal *(marked as CP_FP000000003-995)* |
| * | 141 | Summary† | Summary of Not Supported – Manual Entries *(marked as CXP006 0298 through 0299)* and Audit Request #3 – Manual Adjustments *(marked as Ex. 2 in Calvello deposition)* |
| * | 142 | Support† | Support for Manual Adjustments *(marked as CP_FP000182996-4054, CP_FP00197004-7078)* |
| * | 143 | Summary† | Summary of Not Supported – Labor & Benefits Charges *(marked as CXP006 0302 through 0324)* |
| * | 144 | Support† | Support for Labor & Benefits Charges *(marked as CP_FP00197079-7532)* |
| * | 145 | Summary† | Summary of Not Supported – Other Costs *(marked as CXP006 0327 through 0329)* |

| | | | |
|---|---|---|---|
| * | 146 | Support† | Support for Other Costs *(marked as CP_FP00197533-7619)* |
| * | 147 | Summary | Summary of AFUDC *(marked as CXP006 0126 through 0130)* |
| * | 148 | Summary | Summary of Stores Overheads *(marked as CXP006 0083 through 0116)* |
| * | 149 | Summary | Summary of Indirect Overheads *(marked as CXP006 0119 through 0123)* |
| * | 150 | Summary | Summary of Claimed Labor Costs *(marked as CXP006 0131 through 0132)* |
| | 151 | Summary | Summary of labor charges by year *(marked as CXP006 0215 through 0228)* |
| * | 152 | Summary | Summary of Railroad Track Maintenance *(marked as CXP006 0003)* |
| * | 153 | Photographs | *(marked as CP_FP00197620-28)* |
| | 154 | January 1987 | Draft Mission Plan Amendment *(marked as HQR-025-5141 through 5159)* |
| | 155 | November 1990 | Comment Response Document for The Secretary of Energy's "Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program" *(marked as HQR-036-2077 through 2099)* |
| | 156 | September 1991 | United States General Accounting Office, Report to Congressional Requesters, Nuclear Waste: Operation of Monitored Retrievable Storage Facility Is Unlikely by 1998 *(marked as HQR-043-3296 through 3329)* |
| | 157 | May 1987 (Revised June 1987) | Nuclear Assurance Corporation, Survey Of Utility Perceptions Related To At-Reactor Spent-Fuel/Waste Management As Part Of The Federal Waste-Management System *(marked as CP_FP000039408 through CP_FP000039441)* |
| | 158 | 12/20/83 | Letter from Robert L. Morgan, Acting Director, Office of Civilian Radioactive Waste Management to Russell E. L. Stanford, Program Manager Utility, Nuclear Waste Management Group, Edison Electric |

| | | | |
|---|---|---|---|
| | | | Institute *(marked as SN045165 through 66)* |
| | 159 | 5/2/83 | Statement of Robert L. Morgan, Project Director, Nuclear Waste Policy Act Project Office, Department of Energy, Before the Subcommittee on Energy research and Development, Committee on Energy and Natural Resources, United States Senate *(marked as as CP_FP000062867 through CP_FP000062885)* |
| | | | Any exhibit that appears on the Government's list of exhibits. |
| | | | Any exhibits necessary for impeachment or rebuttal. |

Respectfully submitted,

s/ Brad Fagg

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Attorneys for Plaintiffs

Of Counsel:

Paul M. Bessette
David M. Kerr
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Telephone: (202) 739-3000
Facsimile: (202) 729-3001

October 9, 2007