# In the United States Court of Federal Claims

No. 04-037C

(Filed: October 10, 2007)

| | |
|---|---|
| ************************************* | * |
| | * |
| CAROLINA POWER & LIGHT COMPANY, and FLORIDA POWER CORPORATION, | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | * |

**ORDER**

On October 9, 2007, Plaintiffs submitted an unopposed motion requesting leave to file an Amended List of Exhibits to Be Offered At Trial. For good cause shown, Plaintiffs' motion is GRANTED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge