IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Court's order dated January 30, 2007, and as subsequently amended, defendant, the United States, provides the following list of trial witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections asserted by plaintiffs, in response to the exhibit lists served in this case. Defendant also reserves the right to amend this list as described in the Court's rules. Defendant reserves the right to call all witnesses listed on the witness list provided by plaintiffs.

The Government expects to call those witnesses designated with an asterix. The Government may call the remaining witnesses should the need arise.

# FACT WITNESSES

## Government Employees (Present and Former)

**1. Alan Brownstein**
**Chief Operating Officer**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Brownstein may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the Annual Capacity Report ("ACR"), the issuance and content of the Acceptance Priority Ranking ("APR") report, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated length of direct examination: 1 hour.

***2. Christopher Kouts**
**Director, Office of Systems Analysis and Strategy Development**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Kouts is expected to testify concerning the plans by the Department of Energy ("DOE") to accept spent nuclear fuel at a geologic repository and a Monitored Retrievable Storage ("MRS") facility, the reasons for the delays in the Yucca Mountain project, DOE's ability to accept utility spent nuclear fuel ("SNF"), budgetary issues, and other relevant matters.

Estimated length of direct examination: 2.5 hours.

**3. Ronald Milner**
**15102 Carlbern Drive**
**Centreville, VA 20120**

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management ("OCRWM"), may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the Annual Capacity Report ("ACR"), the issuance and content of the Acceptance Priority Ranking ("APR") report, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated length of direct examination: 1 hour.

***4. Robert L. Morgan**
**P. O. Box 2584**
**Monument, Colorado 80132**

Mr. Morgan, former Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office, is expected testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

Estimated length of direct examination: 1.5 hours.

**5. Thomas Pollog**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Pollog may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant

matters. Mr. Pollog also may testify concerning the DOE database built upon the Form RW-859 data submitted by the utilities and used to develop fuel acceptance allocations and other relevant matters.

Estimated length of direct examination: 1.5 hours.

***6. David Zabransky**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, and schedule negotiations. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE, and other relevant matters.

Estimated length of direct examination: 1.5 hours.

**Plaintiff's Employees (Present and Former)**

**1. Allen Wayne Britt**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Britt may testify concerning the manner in which costs have been assigned in Progress Energy's accounting system to projects for which plaintiffs claim damages.

Estimated length of direct examination: 1 hour.

2. **Michael Calvello**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Calvello may testify concerning the manner in which costs have been assigned in Progress Energy's accounting system to projects for which plaintiffs claim damages.

Estimated length of direct examination: 1.5 hours.

3. **Erdal Caba**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Caba may testify concerning the modifications to CP&L's Robinson plant performed to load casks to its dry storage facility.

Estimated length of direct examination: 0.5 hours.

4. **Michael Culver**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Culver may testify concerning the decision to perform a rerack of the spent fuel pool at Florida Power Corporation's Crystal River Plant.

Estimated length of direct examination: 1.5 hours.

***5. R. Steven Edwards**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Edwards is expected to concerning the need for and the costs associated with projects at the Brunswick, Robinson, and Harris nuclear plants that plaintiffs claim are traceable to DOE's delay in performance. Mr. Edwards will also testify concerning the steps plaintiffs would have taken, and the cost associated with such steps had DOE commenced accepting fuel in 1998.

Estimated length of direct examination: 2.5 hours.

***6. Robert Kunita**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Kunita will testify concerning the need for and the costs associated with projects at the Brunswick, Robinson, and Harris nuclear plants that plaintiffs claim are traceable to DOE's delay in performance, and Carolina Power & Light's management of spent fuel. Mr. Kunita also is expected to testify about his role in the events leading up to the execution of the Standard Contract, CP&L's understanding of the Standard Contract, his activities for trade associations that commented upon and sought to amend the Standard Contract, and his role in helping to administer the Standard Contract.

Estimated length of direct examination: 2 hours.

***7 Thomas Lehmann**
**765 Sanctuary Cove Drive**
**North Palm Beach, Florida 33410**

Mr. Lehmann is expected to testify concerning the decision to perform a rerack of the spent fuel pool at Florida Power Corporation's Crystal River Plant.

Estimated length of direct examination: 1.5 hours.

***8. Louis Martin**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Martin is expected to testify concerning about his role in the events leading up to the execution of the Standard Contract, CP&L's understanding of the Standard Contract, his activities for trade associations that commented upon and sought to amend the Standard Contract, and his role in helping to administer the Standard Contract.

Estimated length of direct examination: 1 hour.

**9. Daniel Poteralski**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Poteralski may testify concerning his role in helping to administer the Standard Contract.

Estimated length of direct examination: 1 hour.

**10. Dean Tibbits**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Tibbits may testify about the activation of the "C" and "D" pools at Harris and the upgrade of the component cooling water system undertaken contemporaneously with this project.

Estimated length of direct examination: 1 hour.

**11. Ted Williams**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Williams may testify concerning the decision to perform a rerack of the spent fuel pool at Florida Power Corporation's Crystal River Plant.

Estimated length of direct examination: 1.5 hours.

**12. Louis Wilson**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Wilson may testify concerning the modifications to CP&L's Robinson plant performed to load casks to its dry storage facility.

Estimated length of direct examination: 0.5 hours.

**13. Alva Wayne Worthington**
**Progress Energy, Inc.**
**410 S. Wilmington Street**
**Raleigh, NC 27601**

Mr. Worthington may testify concerning the need for and the costs associated with projects at the Brunswick, Robinson, and Harris nuclear plants that plaintiffs claim are traceable to DOE's delay in performance. Mr. Worthington may also testify concerning the steps plaintiffs would have taken, and the cost associated with such steps, had DOE commenced accepting fuel in 1998.

Estimated length of direct examination: 1.5 hours.

**14. Sherwood Zimmerman**
**3590 Charleston Circle**
**Idaho Falls, Idaho 83404**

Mr. Zimmerman may testify concerning his role in helping to administer the Standard Contract.

Estimated length of direct examination: 1 hour.

**Third Party Witnesses**

1. **Loring E. Mills**
**132 Eareckson Lane**
**Stevensville, MD 21666**

Mr. Mills, formerly with the Edison Electric Institute, a utility trade association, from 1976 to 1993, may testify concerning the authentication of documents regarding the development of the Standard Contract, the utilities' understanding regarding the rate and schedule of spent nuclear fuel acceptance by DOE, and EEI's efforts EEI's to, and attempt to amend, the Standard Contract

Estimated length of direct examination: 1.5 hours.

2. **Jay Silberg**
**Pillsbury Winthrop Shaw Pittman LLP**
**2300 N Street, NW**
**Washington, DC 20037-1122**

Mr. Silberg, an attorney for EEI and the Utility Nuclear Waste Management Group ("UNWMG"), may testify concerning the authentication of documents regarding the development of the Standard Contract, the industry's understanding of the terms of the proposed Standard Contract, and EEI's and UNWMG's comments to, and attempt to amend, the Standard Contract.

Estimated length of direct examination: 1 hour.

**3. John Buchheit**
**Senior Engineer, Nuclear Fuels**
**Duke Engineering and Services**
**400 Donald Lynch Boulevard**
**Marlboro, MA 01752**

Mr. Buchheit, a former employee of Yankee Atomic Electric Company ("Yankee Atomic"), will be called to authenticate Yankee Atomic documents that the Government has placed upon its exhibit list.

Estimated length of direct examination: 0.5 hours.

**4. Thomas L. Hayslett**
**910 Red Fox Lane**
**Hixson, Tennessee 37343**

Mr. Hayslett, a retired employee of Tennessee Valley Authority ("TVA"), will be called to authenticate TVA documents that the Government has placed upon its witness list.

Estimated length of direct examination: 0.5 hours.

**Government Expert Witnesses**

***1. R. Larry Johnson**
**Veris Consulting, LLC**
**11710 Plaza America Drive**
**Suite 300**
**Reston, VA 20190**

Mr. Johnson is expected to testify as an expert concerning the calculation of plaintiffs' damages, adjustments to plaintiff's damages because certain claimed costs were non-incremental to the partial breach, and the monetization of expert opinions offered by Mr. Maret. Mr. Johnson's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Johnson's expert witness report.

Estimated length of direct examination: 3.0 hours.

***2. Gregory A. Maret**
**c/o ABZ, Inc.**
**4451 Brookfield Corp. Drive**
**Chantilly, Virginia**

Mr. Maret will testify as an expert concerning technical issues related to plaintiffs' damages claim, as well as activities that would have occurred at plaintiffs' reactor sites in the absence of DOE's delay in performance under the Standard Contract. Mr. Maret's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Maret's expert witness report.

Estimated length of direct examination: 2.5 hours.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-0527
Tel: (202) 305-2118

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
CHRISTOPHER J. CARNEY
LISA L. DONAHUE
STEPHEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

October 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 10th day of October, 2007, a copy of the foregoing "DEFENDANT'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach