IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY, and FLORIDA POWER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0037C<br>(Judge Wheeler) |

DEFENDANT'S OBJECTIONS TO PLAINTIFFS' LIST OF EXHIBITS

Pursuant to the Court's January 30, 2007 pretrial scheduling order, as amended, defendant, the United States, submits the following objections to the Amended List Of Exhibits To Be Offered In Evidence At Trial, filed by plaintiffs on October 9, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
CHRISTOPHER J. CARNEY
LISA L. DONAHUE
STEVEN FINN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

October 19, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of October, 2007, a copy of the foregoing "DEFENDANT'S OBJECTIONS TO PLAINTIFFS LIST OF EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | 0001 | A Spent Fuel Management Strategy for Florida Power Corporation (marked as CP_FP000148073 through 8172) | 12/23/1977 | Authentication (Rule 901)<br>Relevance (Rule 402) |
| | 0002 | Memorandum to various listed from A.B. Cutter regarding Report on Feasibility and Recommendation for Spent Fuel Storage Expansions at Brunswick Units 1 and 2 and H.B. Robinson Unit 2 (marked as CP_FP000184831-868) | 5/23/1980 | Hearsay (Marginalia)(Rules 801, 802)<br>Authentication (Marginalia)(Rule 901)<br>Relevance (Rule 402) |
| | 0003 | Department of Energy, Report on Fee for Spent Nuclear Fuel Storage and Disposal Services (marked as CP_FP000122378-396) | Oct-80 | Relevance (Rule 402) |
| | 0004 | Financing Radioactive Waste Disposal (marked as CP_FP000062945 through 3001) | Sep-82 | Authentication (Rule 901)<br>Relevance (Rule 402) |
| | 0005 | Memorandum from Robert Morgan to All Nuclear Waste Policy Act Project Office Personnel regarding Implementation of Nuclear Waste Policy Act of 1982 (marked as EDB030855-56 HQZ 19870303.6486.0001 through 002). | 1/28/1983 | Completeness<br>Relevance (Rule 402) |
| | 0006 | Correspondence to Robert Morgan regarding Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (marked as Ex. 9 in Kunita deposition, ADM002.0433 through .0435 and ARC001 0488 through 0490) | 3/3/1983 | Completeness<br>(Complete Exhibit at DX 25) |
| | 0007 | Statement of Robert Morgan before Senate Subcommittee on Energy Research and Development (marked as EDB-002-0463 through 0481) | 5/2/1983 | Hearsay (Marginalia)(Rules 801, 802)<br>Authentication (Marginalia) (Rule 901) |
| | 0008 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste (marked as CP_FP000062783-838) | Jun-83 | Relevance (Rule 402) |
| | 0009 | Memorandum to E.E. Utley from James Davis regarding DOE Contract for Disposal of Spent Nuclear Fuel (marked as CP_FP000063729-30 and as Ex. 12 in Martin deposition) | 6/2/1983 | |
| | 0010 | U. S. Department of Energy Contract No. DE-CR01-83NE44481; Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste with Carolina Power & Light Company. March 24, 1989 Modification Number MOO1. | 6/3/1983 | |
| | 0011 | U.S. Department of Energy Contract No. DE-CR01-83NE44382; Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste with Florida Power Corporation. (marked as CP_FP000031305-367) | 6/3/1983 | |
| | 0012 | Correspondence to DOE from L. Martin regarding Contract for Radioactive Waste Disposal Services (marked as CP_FP000063726-28, Ex. 13 in Martin | 6/13/1983 | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | ** | deposition and Ex. 11 in Edwards deposition) | ** | ** |
| | 0013 | Letter from Robert Morgan to John J. Kearney (marked as ZAB-001-1462) | 6/17/1983 | |
| | 0014 | Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste (marked as CP_FP000062726-781) | Jul-83 | Relevance (Rule 402) |
| | 0015 | U.S. Department of Energy Memorandum regarding Mission Plan Strategy (marked as PNL-173-1282 through 1288) | 9/15/1983 | Foundation (Rule 901)<br>Relevance (Rule 402) |
| | 0016 | Letter from Department of Energy regarding FY 1984 Program Guidance for Nuclear Waste Fund (NWF) Evaluations (marked as PNL-021-0233 through 0243) | 12/2/1983 | Foundation (Rule 901)<br>Relevance (Rule 402) |
| | 0017 | Draft Civilian Radioactive Waste Management Program Mission Plan (marked as SN045167 through 187) | 12/20/1983 | Relevance (Rule 402) |
| | 0018 | Memorandum from J.F. Fletcher to R. J. Hall regarding Revised Waste Acceptance Schedule from Draft Mission Plan (marked as PNL-023-0176) | 1/24/1984 | Completeness<br>Foundation (Rule 901)<br>Relevance (Rule 402) |
| | 0019 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983 (marked as Ex. 24 in Edwards deposition and SN069588 through 600) | Feb-84 | Completeness (Complete Exhibit at DX 41) |
| | 0020 | Memorandum to B. Mays from L. Martin regarding Nuclear Waste Policy Act (marked as CP_FP000060725-29 and as Ex. 16 in Martin deposition) | 2/1/1984 | |
| | 0021 | Statement of Michael J. Lawrence (marked as PNL 173-0225 through 0264) | 2/22/1984 | Foundation (Rule 901)<br>Relevance (Rule 402) |
| | 0022 | Mission Plan for the Civilian Radioactive Waste Management Program (Draft) (marked as 1139 through 1161) | Apr-84 | Completeness<br>Relevance (Rule 402) |
| | 0023 | Final Draft of Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program (marked as PNL-020-1491 through 1514) | 4/27/1984 | Completeness<br>Relevance (Rule 402) |
| | 0024 | Nuclear Waste Fund Fee Adequacy Assessment (PNL-021-1190 through 1198) | Jul-84 | Relevance (Rule 402) |
| | 0025 | Correspondence to Charles Head from L. Martin regarding Waste | 7/9/1984 | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | ** | Management Program (Draft, April 1984) (marked as Ex. 19 in Martin deposition and YMP-001-1828 through 1830) | ** | ** |
| | 0026 | Letter from Michael J. Lawrence to Ben. C. Rusche regarding Richland Operations Office Comments on Draft Mission Plan Dated April 1984 (marked as 1199 through 1202) | 7/23/1984 | Foundation (Rule 901) |
| | 0027 | Nuclear Waste Fund Fee Adequacy: An Assessment (marked as CP_FP000062660-674) | Feb-85 | Relevance (Rule 402) |
| | 0028 | Memorandum in Support of Petition for Rulemaking (marked as Ex. 13 in Kunita deposition and SMUD-0014889 through 914) | 3/18/1985 | |
| | 0029 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (marked as PA-176451 through 474) | Apr-85 | Completeness<br>Relevance (Rule 402) |
| | 0030 | The Need for and Feasibility of Monitored Retrievable Storage – A Preliminary Analysis (marked as CP_FP000052383-432) | Apr-85 | Hearsay (Marginalia)(Rules 801, 802)<br>Authentication (Marginalia)(Rule 901) |
| | 0031 | Mission Plan for the Civilian Radioactive Waste Management Program (marked as CP_FP000047828-912) | Jun-85 | Completeness (Complete Exhibit at DX 49) |
| | 0032 | Spent Fuel Management Plan, July 1985 to June 1986 (marked as CP_FP000062507-516, marked as Ex. 60 in Kunita Deposition and marked as Ex. 17 in Martin Deposition) | 6/28/1985 | |
| | 0033 | Nuclear Waste Fund Fee Adequacy: An Assessment (marked as CP_FP000062639-658) | Mar-86 | Relevance (Rule 402) |
| | 0034 | Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program (marked as 1313 through 1344) | Apr-86 | Completeness<br>Relevance (Rule 402) |
| | 0035 | Spent Fuel Management Plan, June 1986 (marked as CP_FP000062529-568, marked as Ex. 61 in Kunita Deposition and marked as Ex. 18 in Martin Deposition) | 8/22/1986 | |
| | 0036 | Monitored Retrievable Storage Submission to Congress (marked as CP_FP000039634-72) | Mar-87 | |
| | 0037 | OCRWM Mission Plan Amendment (marked as CP_FP000038325-328) | Jun-87 | Completeness (Complete Exhibit at DX 59) |
| | 0038 | Annual Capacity Report (marked as CP_FP0000122151-245) | Jun-87 | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | 0039 | OCRWM Mission Plan Amendment (marked as PA-142069 through 138) | Jun-87 | Completeness (Complete Exhibit at DX 59) |
| | 0040 | Memorandum to L. H. Martin from R. Kunita regarding 1987 CP&L Spent Fuel Management Plan (marked as CP_FP000062607 and marked as Ex. 62 in Kunita Deposition) | 8/3/1987 | |
| | 0041 | Letter from Christopher T. Jedrey to S. P. Kraft (marked as PNL-028-1142 through 1146) | 10/2/1987 | |
| | 0042 | Spent Fuel Management Plan, May 1988 (marked as CP_FP000062570-606 and marked as Ex. 63 in Kunita Deposition) | 5/13/1988 | |
| | 0043 | Spent Fuel Management Plan, May 1988 (marked as CP_FP000184918-963) | 5/13/1988 | |
| | 0044 | Annual Capacity Report (marked as CP_FP0000147078-173) | Jun-88 | |
| | 0045 | Draft 1988 Mission Plan Amendment (marked as 1519 through 1547) | Jun-98 | Completeness |
| | 0046 | Spent Fuel Management Plan Executive Committee Briefing (marked as CP_FP000184966-978) | 8/22/1988 | |
| | 0047 | Letter from Gary Boldt to Nuclear Regulatory Commission (marked as CP_FP000149019 through 9025) | 10/31/1989 | |
| | 0048 | Letter from R. B. Van Metre to C. Blessing regarding Pool "B" spent fuel rack layout evaluation (marked as CP_FP000128956 through 58) | 4/9/1990 | Hearsay (Rules 801, 802)<br>Relevance (Rule 402) |
| | 0049 | Comment Response Document for The Secretary of Energy's Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program (marked as HQR-036-2077 through 2095) | Nov-90 | Hearsay (Marginalia)(Rules 801, 802)<br>Authentication (Marginalia)(Rule 901)<br>Completeness |
| | 0050 | Preliminary Estimates of the Total-System Cost for the Restructured Program (marked as FOI-004-4063 through 4127) | Dec-90 | Completeness (Also DX 81) |
| | 0051 | Annual Capacity Report (marked as 1625 through 1647) | Dec-90 | Completeness |
| | 0052 | Spent Fuel Management Plan, March 1990 (marked as CP_FP000184979-5045 and marked as Ex. 64 in Kunita Deposition) | 4/2/1990 | |
| | 0053 | Annual Capacity Report (marked as Ex. 5 in Kunita deposition, HQ0003588-650 and HQR-002-0797 through 0859) | Dec-91 | |
| | 0054 | Spent Fuel Management Plan (marked as CP_FP000185050-5138 and Ex. 14 | Mar-93 | |

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | ** | in Kunita deposition) | ** | ** |
| | 0055 | Letter to S.R. Zimmerman from Beth Tomasoni with copies of the 1992 Acceptance Priority Ranking and the Annual Capacity Report (marked as CP_FP000111090-099, Ex. 12 in Polteralski deposition and Ex. 9 in Siphers deposition) | 6/15/1993 | |
| | 0056 | Correspondence to Beth Tomasoni from Sherwood Zimmerman regarding Delivery Commitment Schedule (marked as CP_FP000111080-089 and marked as Ex. 15 in Kunita deposition) | 9/29/83 | Hearsay (Rules 801, 802)<br>Foundation/Authentication (Rule 901)<br>(Objections to To Pages 1083-1089) |
| | 0057 | Memorandum from R. Kunita regarding Spent Fuel Management Plan (marked as CP_FP000185139-230 and marked as Ex. 65 in Kunita Deposition) | 4/12/1994 | |
| | 0058 | DOE Memorandum from Ronald A. Milner to Director of OCRWM regarding Total System Life Cycle Cost Assumptions Package (HQR-057-1493 through 1494) | 2/16/1995 | Relevance (Rule 402) |
| | 0059 | Total System Life Cycle Cost Assumptions Package (HQR-057-1495 through 1524) | Feb-95 | Completeness<br>Relevance (Rule 402) |
| | 0060 | Acceptance Priority Ranking & Annual Capacity Report, U.S. Department of Energy (marked as CP_FP000027505-575 and Ex. 8 in Williams deposition) | Mar-95 | |
| | 0061 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (PA-176202 through 220) | Sep-95 | Relevance (Rule 402) |
| | 0062 | Spent Fuel Management Plan, November 1995 (marked as CP_FP000185249-354 and marked as Ex. 66 in Kunita Deposition) | 11/17/1995 | |
| | 0063 | Boraflex Degradation Action Team – December Status Report (marked as CP_FP000150815-816 and Ex. 1 in Lehmann deposition) | 12/4/1995 | |
| | 0064 | Memo to various listed from Bob Kunita regarding Spent Fuel Management Plan (marked as CP_FP000185231-248) | 12/14/1995 | |
| | 0065 | Interoffice Correspondence regarding Boraflex Team January Status Report (marked as CP_FP000139569-570 and Ex. 2 in Culver deposition) | 1/4/1996 | |
| | 0066 | Boraflex Assessment Report (Phase I) (marked as CP_FP000137589-768, Ex. 5 in Culver deposition, Ex. 2 in Williams deposition and Ex. 3 in Lehmann deposition) | 3/29/1996 | Hearsay (Attachment)(Rules 801, 802)<br>Foundation (Attachment)(Rule 901) |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | 0067 | Interoffice Correspondence regarding Boraflex Team April Status Report (marked at CP_FP000137770) | 4/2/1996 | |
| | 0068 | Boraflex/Silica Team June Status Report (marked as CP_FP000137769) | 6/4/1996 | |
| | 0069 | Spent Fuel Storage Team Meeting Notes of July 8, 1996 (marked as CP_FP000150883-884 and Ex. 4 in Lehmann deposition) | 7/11/1996 | |
| | 0070 | 1995 Acceptance Priority Ranking and Annual Capacity Report (marked as Ex. 19 in Kunita deposition, DB0000246-298 and EDB-001-0249 through 0301) | Sep-96 | Hearsay (Rules 801, 802)<br>Relevance (Rule 402) |
| | 0071 | Response to Generic Letter 96-04, "Boraflex Degradation in Spent Fuel Storage Racks" (marked as CP_FP000150905-923, Ex. 3 in Williams deposition and Ex. 6 in Lehmann deposition) | 10/22/96 | |
| | 0072 | Silica Assessment Report (Phase II) (marked as CP_FP00193332-401, Ex. 6 in Culver deposition, Ex. 4 in Williams deposition and Ex. 7 in Lehmann deposition) | 11/27/1996 | |
| | 0073 | Letter from B. Tomasoni to D. Poteralski regarding CP&L Contract (marked as CP_FP000122607) | 12/17/1996 | |
| | 0074 | DOE News: Department of Energy Notifies Utilities of Anticipated Delay in Accepting Commercial Spent Nuclear Fuel (marked as HQR-039-0789) | 12/17/1996 | |
| | 0075 | Spent Fuel Management Plan for December, 1996 (marked as CP_FP000185371-478) | 12/19/1996 | |
| | 0076 | Memorandum from B. Kunita regarding Spent Fuel Management Plan (marked as CP_FP000185355-370 and marked as Ex. 67 in Kunita Deposition) | 2/5/1997 | |
| | 0077 | Interoffice Correspondence regarding Westinghouse Response to FPC Boraflex Demand Letter (marked as CP_FP000150924-926 and Ex. 24 in Lehmann deposition) | 3/6/1997 | |
| | 0078 | Cover letter to D.C. Poteralski from Beth Tomasoni regarding receipt of the Delivery Commitment Schedule (marked as CP_FP000027674 and Ex. 25 of Kunita deposition) | 3/13/1997 | |
| | 0079 | Letter to Beth Tomasoni from William Orser regarding CP&L response to DOE Letter dated December 17, 1996 (marked as CP_FP000027739-742) | 3/13/1997 | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | 0080 | Letter to Beth Tomasoni from D.C. Poteralski regarding Delivery Commitment Schedule (marked as CP_FP000027675-76) and Ex. 8 in Poteralski deposition) | 5/12/1997 | |
| | 0081 | Letter to D.C. Poteralski from Beth Tomasoni regarding follow up to letter dated dated December 17, 1996 (marked as CP_FP000027752-754) | 6/3/1997 | |
| | 0082 | An Assessment and Evaluation of Spent Fuel Storage Capacity Expansion Options for Crystal River Unit 3 (C-97061) (marked as CP_FP000152010-164 and Ex. 8 in Lehmann deposition) | 8/15/1997 | Hearsay (Rules 801, 802) Foundation/Authentication (Rule 901) |
| | 0083 | Florida Power Corporation Interoffice Correspondence regarding Long Term Spent Fuel Storage Strategic Plan (marked as CP_FP000151055) | 9/18/1997 | |
| | 0084 | Long Term Spent Fuel Storage Strategic Plan (marked as CP_FP000112259-289, Ex. 9 in Culver deposition and Ex. 5 in Williams deposition) | 9/19/1997 | |
| | 0085 | Review of Options for Startup/Licensing of Spent Fuel Pools C & D (marked as CP_FP000110692-94 and Ex. 19 in Worthington deposition, Ex. 19 in Edwards deposition and Ex. 2 in Tibbitts deposition) | 10/7/1997 | Hearsay (Rules 801, 802) Foundation/Authentication (Rule 901) |
| | 0086 | HNP Spent Fuel Pool “C” and “D” Activation Project (marked as CP_FP000030784-92 and as Ex. 11 in Edwards deposition) | 1/8/1998 | |
| | 0087 | Memorandum of Agreement between FPC and WEC (marked as CP_FP00193532-533 and Ex. 11 in Lehmann deposition) | 1/21/1998 | |
| | 0088 | Correspondence to Beth Tomasoni from B.H. Clark regarding Final Delivery Schedule (marked as CP_FP000111311-318) | 1/28/1998 | |
| | 0089 | Engineering Service Request (marked as CP_FP000114801-810 and Ex. 25 in Edwards deposition) | 4/13/1998 | |
| | 0090 | HNP Spent Fuel Pool “C” and “D” Activation (marked as CP_FP000029216-239) | 4/14/1998 | |
| | 0091 | Rerack Project Engineering Kick Off Meeting | 6/16/1998 | |
| | 0092 | Correspondence from K. Altman to S. Taylor regarding Contract Work Authorization 9803H and Sargent & Lundy Proposal No. 00624-351 dated June 11, 1998 (marked as CP_FP000188081-163) | 6/25/1998 | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | 0093 | Interoffice Correspondence regarding Project Summary for Enhanced Spent Fuel Storage Project WN2476 (marked as CP_FP000024532) | 7/8/1998 | |
| | 0094 | Spent Fuel Pools C and D Activation Project Thermal-Hydraulic Analysis (marked as CP_FP000127116-151 and as Ex. 8 in Tibbitts deposition) | 10/27/1998 | |
| | 0095 | CP&L Shearon Harris Nuclear Plant Spent Fuel Pool Activation Project (marked as CP_FP000030793 through 794) | Nov-98 | Hearsay (Rules 801, 802)<br>Foundation/Authentication (Rule 901) |
| | 0096 | Interoffice Correspondence regarding Pre-R11 Recommendation for Reducing Silica in Spent Fuel Pools (marked as CP_FP000151703-705, Ex. 13 in Williams deposition and Ex. 14 in Lehmann deposition) | 11/6/1998 | Hearsay (Rules 801, 802)<br>Authentication (Rule 901) |
| | 0097 | Viability Assessment of a Repository at Yucca Mountain, Volume 2 (1930 through 1969) | Dec-98 | Completeness<br>Relevance (Rule 402) |
| | 0098 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (marked as HQR-036-0006 through 0037 and SCE003178 through 3227) | Dec-98 | Relevance (Rule 402) |
| | 0099 | Correspondence to Thomas Lehmann regarding the December 7, 1998 Status Meeting Minutes (marked as CP_FP000151774-843, Ex. 17 in Culver deposition, Ex. 14 in Williams deposition and Ex. 17 in Lehmann deposition) | 12/22/1998 | Hearsay (Rules 801, 802)<br>Foundation/Authentication (Rule 901) |
| | 0100 | Correspondence to U.S. Nuclear Regulatory Commission regarding Shearon Harris Nuclear Power Plan Request for License Amendment (marked as CP_FP000031977-986, Ex. 20 in Edwards deposition and Ex. 3 in Tibbitts deposition) | 12/23/1998 | |
| | 0101 | Engineering Disposition (marked as CP_FP000114863-64, Ex. 21 in Worthington deposition and Ex. 26 in Edwads deposition) | 5/1/1999 | |
| | 0102 | Interoffice Correspondence regarding Enchanced Spent Fuel Storage Project WN 2476 (marked as CP_FP000152533-618) | 5/6/1999 | |
| | 0103 | Design Report for Enhanced Spent Fuel Storage at Crystal River Unit 3 (marked as CP_FP000152913-3073) | Jun-99 | Hearsay (Rules 801, 802) |
| | 0104 | Memorandum from J. Scarola regarding 1999 Spent Fuel Management Plan (marked as CP_FP000185479-600, Ex. 1 in Worthington deposition and Ex. 10 in Edwards deposition) | 6/14/1999 | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | 0105 | License Amendment Request #239, Revision 0 – Enhanced Spent Fuel Storage (marked as CP_FP000153867-4079 and Ex. 15 in Williams deposition) | 9/16/1999 | |
| | 0106 | EMAR Design Activity Description (marked as CP_FP000114683-738 and Ex. 16 in Culver deposition, Ex. 12 in Williams deposition and Ex. 10 in Lehmann deposition) | 1/24/2000 | |
| | 0107 | Oracle Accounts Payable System Voucher Jacket (marked as CP_FP000010988-94 and as Ex. 57 in Kunita deposition) | 7/25/2000 | |
| | 0108 | Crystal River Unit 3 Environmental Assessment and Finding of No Significant Impact of the Enhanced Spent Fuel Storage Modification (marked as CP_FP000152705-716) | 9/5/2000 | Relevance (Rule 402) |
| | 0109 | Correspondence regarding Shearon Harris Nuclear Power Plan Steam Generator Replacement Technical Specification Amendment Application (marked as Ex. 22 in Edwards deposition and Ex. 5 in Tibbitts deposition) | 10/4/2000 | |
| | 0110 | Enclosure 7 to Steam Generator Replacement – Balance of Plant (BOP) Licensing Report (marked as Ex. 23 in Edwards deposition and Ex. 7 in Tibbitts deposition) | 10/4/2000 | |
| | 0111 | Harris License Amendment No. 103 | 12/21/2000 | |
| | 0112 | Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program (marked as 2010 through 2032) | May-01 | Completeness<br>Relevance (Rule 402) |
| | 0113 | Harris License Amendment No. 107 | 10/21/2001 | |
| | 0114 | Civilian Radioactive Waste Management System, Waste Acceptance System Requirements Document, Rev. 4 (marked as 2050 through 2062) | Jan-02 | Completeness<br>Relevance (Rule 402) |
| | 0115 | Spent Fuel Pools C and D Activation Project Thermal-Hydraulic Analysis (marked as CP_FP00190637-68 and as Ex. 9 in Tibbitts deposition) | 4/26/2002 | |
| | 0116 | Harris Fuel Pool Heatup Calculation (marked as CP_FP00191753-772) | 6/4/2002 | |
| | 0117 | Robinson Spent Fuel Storage Feasibility Study Update (marked as CP_FP000034617-631 and Ex. 17 in Worthington deposition) | 6/7/2002 | Relevance (Rule 402)<br>Foundation (Rule 901) |
| | 0118 | Memo to Steve Edwards from Dean Tibbitts regarding History of Harris | 10/25/2002 | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | ** | Nuclear Plant Fuel Pool Storage (marked as CP_FP00193507-531) | ** | ** |
| | 0119 | Correspondence regarding Shearon Harris Nuclear Power Plant, Unit No. 1 Request for License Amendment Technical Specification 5.6.3.d (marked as Ex. 24 in Edwards deposition and Exs. 6 and 43 in Tibbitts deposition) | 2/14/2003 | |
| | 0120 | Spent Fuel Management Power Point Items (marked as CP_FP000034978-89 and as Ex. 4 in Wilson deposition) | 3/21/2003 | Foundation (Rule 901) |
| | 0121 | Power Uprate Spent Fuel Pool Heatload Scoping Study (marked as CP_FP000115696-722 and as Ex. 39 in Kunita deposition) | 5/2/2003 | |
| | 0122 | HNP Pool A + B Heat Load Report (marked as CP_FP000116706-741 and Ex. 42 in Kunita deposition) | 5/19/2003 | |
| | 0123 | Engineering Change Cask Loading Floor Leveling Folder (marked as CP_FP000115134-141 and Ex. 14 in Edwards deposition) | 7/16/2003 | |
| | 0124 | BNP Dry Storage/Re-rack Study 20037459 Requesting Study Phase Authorization of $200,000 Capital (marked as CP_FP000029170-176, Ex. 4 in Tripp deposition and Ex. 7 in Kunita deposition) | 8/21/2003 | |
| | 0125 | NGG Business Plan Strategic Initiative/Action Plan (marked as CP_FP000172385-391, Ex. 3 in Tripp deposition and Ex. 6 in Kunita deposition) | 1/30/2004 | Duplicate of PX 126 |
| | 0126 | E-mail from S. Edwards regarding Strategic Initiative Action Plan – Spent Fuel Management (marked as CP_FP000172384-91 and Ex. 6 in Edwards deposition) | 2/4/2004 | |
| | 0127 | RNP Enercon Crane Structure Analysis Proposal (marked as CP_FP000162347-59 and Ex. 8 in Worthington deposition) | 2/18/2004 | |
| | 0128 | Acceptance Priority Ranking and Annual Capacity Report (marked as KRGNSP03596-676 and as Ex. 18 in Poteralski deposition) | Jul-04 | Relevance (Rule 402) |
| | 0129 | Brunswick Shipping and Dry Fuel Storage, Meeting Minutes (marked as CP_FP000029177-179, Ex. 5 in Tripp deposition and Ex. 7 in Edwards deposition) | 5/18/2004 | |
| | 0130 | E-mail and attachment from D. Poteralski regarding Spent Fuel Management Organization Charter (marked as CP_FP000172376-383 and as Ex. 15 in | 11/4/2004 | Relevance (Rule 402) |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | ** | Poteralski deposition) | ** | ** |
| | 0131 | Cost Allocation Methodologies (marked as CP_FP00005592-6000 and as Ex. 14 in Calvello deposition) | Undated | |
| | 0132 | AFUDC Calculation Overview (marked as CP_FP000182993-995) | Undated | |
| | 0133 | Cask Preparation Area Modifications (marked as CP_FP000029741-773 and as Ex. 16 in Edwards deposition) | Undated | Foundation (Rule 901) |
| | 0134 | Robinson Dry Fuel Storage Project (marked as CP_FP-000160389-432) | Undated | |
| | 0135 | NGG Capital Indirects (marked as CP_FP00193732-739) | Undated | |
| | 0136 | CP&L Correspondence to U.S. Nuclear Regulatory Commission submitting an application to amend the Harris Nuclear Plant (HNP) Technical Specifications (marked as CP_FP001888867-943) | Undated | Foundation (Rule 901) |
| | 0137 | Summary of Spent Fuel Discharge and Storage Data (marked as CP_FP000188809-821, Ex. 6 in Worthington deposition and as Ex. 12 in Edwards deposition) (Plaintiff may use demonstrative derivations of this summary exhibit for convenience) | Undated | Relevance (Rule 402)<br>Foundation (Rule 901) |
| | 0138 | Electronic data (marked as CP_FP000104334) and FSAR reports (marked as CP_FP00191774-3241) (Plaintiff may use demonstrative derivations or excerpts of this exhibit for convenience) | Undated | Relevance (Rule 402)<br>Foundation (Rule 901) |
| | 0139 | Summary of Damages Spreadsheet (marked as CP_FP000000001-02, Ex.16 in Edwards 30(b)(6) deposition, Ex.29 in Edwards deposition, Ex. 23 in Calvello deposition) | Undated | Admissible Only as a Summary of the Claim |
| | 0140 | Transaction Journal (marked as CP_FP000000003-995) | Undated | |
| | 0141 | Summary of Not Supported – Manual Entries (marked as CXP006 0298 through 0299) and Audit Request #3 – Manual Adjustments (marked as Ex. 2 in Calvello deposition) | Undated | |
| | 0142 | Support for Manual Adjustments (marked as CP_FP000182996-4054, CP_FP00197004-7078) | Undated | |
| | 0143 | Summary of Not Supported – Labor & Benefits Charges (marked as CXP006 0302 through 0324) | Undated | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | 0144 | Support for Labor & Benefits Charges (marked as CP_FP00197079-7532) | Undated | |
| | 0145 | Summary of Not Supported – Other Costs (marked as CXP006 0327 through 0329) | Undated | |
| | 0146 | Support for Other Costs (marked as CP_FP00197533-7619) | Undated | |
| | 0147 | Summary of AFUDC (marked as CXP006 0126 through 0130) | Undated | |
| | 0148 | Summary of Stores Overheads (marked as CXP006 0083 through 0116) | Undated | |
| | 0149 | Summary of Indirect Overheads (marked as CXP006 0119 through 0123) | Undated | |
| | 0150 | Summary of Claimed Labor Costs (marked as CXP006 0131 through 0132) | Undated | |
| | 0151 | Summary of labor charges by year (marked as CXP006 0215 through 0228) | Undated | |
| | 0152 | Summary of Railroad Track Maintenance (marked as CXP006 0003) | Undated | |
| | 0153 | (marked as CP_FP00197620-28) | Undated | |
| | 0154 | Draft Mission Plan Amendment (marked as HQR-025-5141 through 5159) | Jan-87 | Completeness<br>Relevance (Rule 402) |
| | 0155 | Comment Response Document for The Secretary of Energy's "Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program" (marked as HQR-036-2077 through 2099) | Nov-90 | Duplicate of PX 49<br>Hearsay (Marginalia)(Rules 801, 802)<br>Foundation/Authentication (Marginalia) (Rule 901)<br>Completeness |
| | 0156 | GAO Report to Congressional Requesters, Operation of Monitored Retrievable Storage Facility Is Unlikely by 1998 (marked as HQR-043-3296 through 3329) | Sep-91 | Hearsay (Rules 801, 802)<br>Foundation (Rule 901) |
| | 0157 | Nuclear Assurance Corporation, Survey of Utility Perceptions Related to At-Reactor Spent-Fuel/Waste Management As Part of the Federal Waste Management System (marked as CP_FP000039408 through CP_FP000039441) | May 1987 (Revised June 1987) | Foundation/Authentication (Rule 901)<br>Relevance (Rule 402)<br>Hearsay (Marginalia)(Rules 801, 802)<br>Foundation/Authentication (Marginalia)(Rule 901)<br>Completeness |
| | 0158 | Letter from Robert L. Morgan, Acting Director, Office of Civilian Radioactive Waste Management to Russell E.L. Stanford, Program Manager Utility, Nuclear Waste Management Group, Edison Electric Institute (marked as | 12/20/83 | |

Carolina Power & Light Company, et al. v. U.S., No. 04-37C

Plaintiffs' Exhibits with Government's Objections

| | CP&L ... | Full Name | Doc Date | Government Objections |
|---|---|---|---|---|
| | ** | SN045165 through 66) | ** | ** |
| | 0159 | Statement of Robert L. Morgan, Project Director, Nuclear Waste Policy Act Project Office, Department of Energy, Before the Subcommittee on Energy Research and Development, Committee on Energy and Natural Resources, United States Senate | 5/2/1983 | Duplicate of PX 7 |