**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROLINA POWER & LIGHT COMPANY, et al.**<br>Plaintiff,<br>v.<br>**UNITED STATES OF AMERICA,**<br>Defendant. | ) | No. 04-37C<br>(Judge Wheeler) |

**JOINT STIPULATIONS OF FACT**

For the sole purpose of simplifying the issues to be resolved at trial of this matter and for no other reason, the parties stipulate as follows:

1. Carolina Power and Light Company ("CP&L"), which also does business as Progress Energy Carolinas, Inc., is a wholly-owned subsidiary of Progress Energy, Inc.

2. Florida Power Corporation ("FPC"), which also does business as Progress Energy Florida, Inc., is a wholly-owned subsidiary of Progress Energy, Inc.

3. CP&L and FPC (collectively for these purposes, "Progress Energy") operate five nuclear reactors at four power stations: Brunswick Nuclear Plant, Units 1 and 2 ("Brunswick"), Shearon Harris Nuclear Plant, Unit 1 ("Harris"), H.B. Robinson Nuclear Plant, Unit 2 ("Robinson"), and Crystal River Nuclear Plant, Unit 3 ("Crystal River").

4. Plaintiffs base their spent fuel management plans upon the need to maintain full core reserve at each plant.

5. CP&L is the majority owner of Brunswick and Harris, and the full owner of Robinson. A minority ownership interest in Brunswick and Harris is held by the North Carolina Eastern Municipal Power Agency.

6. FPC is the majority owner of Crystal River, and minority ownership interests in Crystal River are held by a number of Florida municipalities and cooperatives.

7. The Department of Energy ("DOE"), acting on behalf of the Government of the United States, entered into a "Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste" (the "Standard Contract") with both CP&L and FPC.

8. On February 4, 1983, DOE published a notice of proposed rulemaking in the Federal Register, proposing terms for the Standard Contract.

9. The proposed rule provided for written comments to be submitted by March 7, 1983.

10. DOE received numerous comments in response to the proposed rule, including comments from Carolina Power & Light Co. ("CP&L") and Florida Power Corp. ("FPC"). DOE also received comments from both the Edison Electric Institute ("EEI") and the Utility Nuclear Waste Management Group ("UNWMG"). EEI and UNWMG are utility trade organizations to which both CP&L and FPC belonged at the time that the comments were submitted.

11. On April 18, 1983, DOE issued the Standard Contract as a final rule.

12. On June 3, 1983, CP&L and FPC executed the Standard Contract with DOE. The contract that CP&L executed covered the SNF generated at the Brunswick, Harris, and Robinson plants, and the contract that FPC executed covered the SNF generated at the Crystal River plant. Each Standard Contract contained the same terms and conditions as the final rule promulgated by DOE on April 14, 1983.

13. CP&L is the current holder of the single Standard Contract for Brunswick, Robinson, and Harris.

14. FPC is the current holder of the Standard Contract for Crystal River.

15. Under the Standard Contracts, CP&L and FPC have paid quarterly fees to DOE since April 7, 1983, based on electricity production from nuclear fuel in exchange for DOE's obligation to dispose of spent nuclear fuel and high level waste (collectively for these purposes "spent fuel" or "SNF") beginning no later than January 31, 1998.

16. Through December 31, 2005, Progress Energy paid approximately $661 million in fees for the disposal of spent fuel under the contracts.

17. CP&L and FPC submitted Delivery Commitment Schedules ("DCSs") to DOE for the years in which they were provided fuel acceptance allocations upon the basis of the allocations contained, originally, in the 1991 Annual Capacity Report ("ACR") and the 1991 Annual Priority Ranking ("APR") and, as applicable, in subsequent ACRs and APRs.

18. DOE ceased approving DCSs on or about March 13, 1997. DOE has approved no DCS submittal by CP&L or FPC since that date.

**Crystal River**

19. Crystal River is a single unit pressurized water reactor ("PWR") site located near Crystal River, Florida.

20. Crystal River began commercial operation in 1977 and is currently licensed to operate through 2016.

21. Crystal River has two interconnected spent fuel pools, A and B.

22. Progress Energy increased the capacity of the spent fuels pool in 1978 and 1991 by replacing the existing spent fuel storage racks with higher density racks.

23. The licensed capacity of the Crystal River spent fuel pools after the 1991 rerack project was 1,357 spent fuel assemblies.

**Harris**

24. Harris is a single unit PWR site located near New Hill, North Carolina.

25. Harris began commercial operation in 1987 and is currently licensed to operate through 2026.

26. In 2006, Progress Energy submitted an application to renew the Harris operating license for an additional 20 years.

27. The Harris site was originally planned to accommodate four nuclear units (Units 1, 2, 3, and 4).

28. It was intended that Units 1 and 4 would share spent fuel pools A and B, and Units 2 and 3 would share spent fuel pools C and D.

29. Construction of Unit 1 and the Fuel Handling Building ("FHB"), which housed all four spent fuel pools (A, B, C, and D), was well underway when these plans changed. During construction of Unit 1, Units 2, 3, and 4 were cancelled. Unit 1, those portions of the FHB that supported Unit 1, and all four spent fuel pools were completed. While much of the piping and major pieces of equipment associated with Units 2 and 3 spent fuel storage were partially completed (*i.e.*, those that supplied Pools C and D), the Spent Fuel Pool Cooling and Cleanup ("SFPCC") System for Units 2 and 3 was not completed. Components of the SFPCC System that were installed and not required for Unit 1 operation were left in place and remained dormant.

30. During the 1990's Progress Energy shipped a number of spent fuel assemblies from Robinson and Brunswick to Harris for storage in Harris spent fuel pools A and B.

31. Progress Energy added additional racks to the A and B pools in 1991 and

additional racks to the B pool in 1996.

32. Around 1995, Progress Energy determined, based on projected spent fuel discharges and shipping schedules, that Harris spent fuel pools A and B would be full around 2000. In response, Progress Energy took the actions necessary to activate the Harris spent fuel pools C and D. This project was completed in 2001.

33. The licensed capacity of the Harris A pool is 360 PWR and 363 BWR storage locations. The current licensed capacity of the Harris B pool is 768 PWR and 2,178 BWR storage locations. Of the 2,178 BWR storage locations licensed for use in Pool B, 121 BWR locations, the equivalent of one 11X11 BWR rack, have been left out of the pool to maintain space for fuel examination and repair.

**Robinson**

34. Robinson is a single unit PWR site located near Hartsville, South Carolina.

35. Robinson began commercial operation in 1971 and is licensed to operate through 2030.

36. Robinson has a single spent fuel pool.

37. Progress Energy transshipped 304 assemblies in 44 shipments from Robinson to Brunswick from 1977 to 1981.

38. Progress Energy shipped 504 assemblies in 37 shipments from Robinson to Harris from 1990 to 2004.

39. For these transshipments, Progress Energy used rail casks it owned and acquired, known as IF-300's.

40. Each IF-300 transport cask can hold, depending on criticality concerns, six or

seven PWR spent fuel assemblies and weighs approximately 75 tons when loaded.

41. Progress Energy also shipped one assembly to the DOE in 1975 for research purposes.

42. During the period from about 1987 until 1989, Progress Energy constructed an Independent Spent Fuel Storage Installation ("ISFSI") that holds 56 spent fuel assemblies as part of a DOE dry storage demonstration project, which was partially funded by the DOE.

43. Progress Energy increased the capacity of the Robinson spent fuel pool in 1983 by replacing some of the existing low density spent fuel storage racks with higher density racks.

44. In or about 2000, Progress Energy determined that it would require additional spent fuel storage capacity at Robinson by 2005. To accommodate its SNF storage needs at Robinson, Progress Energy elected to construct an ISFSI.

45. Progress Energy constructed an ISFSI at the Robinson site and loaded the first four dry storage canisters onto the ISFSI in August 2005.

46. To support the operation of the dry cask storage system implemented at the Robinson ISFSI, Progress Energy made modifications to the fuel handling building, cask preparation area, spent fuel cask storage area, cask pit leveling pedestal, and crane. These modifications permit Progress Energy to load fuel assemblies into a TransNuclear 24PTH dry storage container and transport it in a NUHOMS OS-197 transfer cask, which together weigh approximately 106 tons. The contractor charges for these building, crane, and pool modifications total $5,948,645.

47. In addition, the perimeter of the plant's protected area was expanded to accommodate the ISFSI.

**Brunswick**

48. Brunswick is a two unit boiling water reactor ("BWR") site located near Southport, North Carolina.

49. Brunswick Units 1 and 2 began commercial operation in 1977 and 1975 and are licensed to operate through 2036 and 2034, respectively.

50. Brunswick has two spent fuel pools, which are not connected.

51. Progress Energy increased the capacity of the Brunswick spent fuels pool in 1977 and 1984 by replacing the existing spent fuel storage racks with higher density racks.

52. Progress Energy transshipped 3,853 spent fuel assemblies in 113 total shipments from Brunswick Units 1 and 2 to Harris, over a multi-year period, from 1989 through the end of 2005.

53. For these transshipments, Progress Energy used rail casks it owned and acquired, known as IF-300's.

54. Each IF-300 transport cask holds 17 channeled (18 unchannelled) BWR spent fuel assemblies and weighs approximately 75 tons when loaded.

55. In or about 2003, Progress Energy determined that it will require additional spent fuel storage capacity at Brunswick Unit 1 by 2011 and at Brunswick Unit 2 by 2010. To accommodate its SNF storage needs at Brunswick, Progress Energy elected to construct a dry cask storage facility.

56. Progress Energy has completed the Brunswick ISFSI feasibility study, which consists of several independent assessments which collectively establish the scope of work required to implement the Brunswick ISFSI. From these assessments, a conceptual design for the facility has been established and the project implementation work scope has been identified.

57. As a result of the process set forth in the Court's Pretrial Order on Damages, the Government does not dispute that Progress Energy incurred the $90,621,189 in costs that it currently claims as damages for the period prior to December 31, 2005 ($4,675,392 for the Crystal River Rerack, $32,734,951 for the Harris C & D Pool Activation, $16,975,182 for the Transshipment Campaigns, $36,027,545 for the Robinson ISFSI, and $208,120 for the Brunswick ISFSI), with the exception of (1) certain specific charges totaling $910,541 that the Government considers unsupported; (2) plaintiffs' AFUDC charges, which, even if properly calculated for cost accounting purposes, the Government does not believe reflect costs actually "incurred"; and (3) plaintiffs' charges for stores and indirect overheads, which, even if properly calculated and allocated to the projects listed above for cost accounting purposes, the Government does not believe represent costs that are incremental to the alleged breach.

58. Of the $910,541 in costs that the Government considers unsupported, the Government believes that, at the 3,000 MTU rate of acceptance, $86,643 is not recoverable for reasons other than lack of support and that, at the 900 MTU rate of acceptance, $669,578 not recoverable for reasons other than lack of support. Accordingly, the Government's adjustment for unsupported items at the 3,000 rate is the difference between $910,541 and $86,643, or $823,898. At the 900 MTU rate of acceptance, the Government's adjustment for unsupported items is the difference between $910,541 and $660,578, or $240,963. Efforts between the parties to resolve the unsupported charges are continuing.

59. At the 3,000 MTU rate upon which plaintiffs base their damages calculations, plaintiffs would be required to make changes to the racks in the Harris B pool, the cost of which would be $1,087,280. In addition, plaintiffs would be required to transship 782 assemblies to its Harris plant after January 31, 1998, the cost of which would be approximately $6.7 million.

60. The models of the spent fuel management actions that plaintiffs would have taken under the Government's position with respect to the rate of acceptance and under plaintiffs' position with respect to the rate of acceptance each postulate that, at the end of the year 2000, the Harris A and B pools would be capable of accommodating one additional rack.

61. Pursuant to a specific request by the Government, FPC has searched for and been unable to find any subsequent revisions of DX166, Florida Power Corporation's Integrated Planning Manual, Revision 5, dated June 26, 1997.

Respectfully submitted,

s/Brad Fagg
BRAD FAGG
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tele: (202) 739-5191
Fax: (202) 739-3001

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-2118

Attorneys for Defendant

October 19, 2007