IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR THE ADMISSION OF TESTIMONY DESIGNATIONS OF MR. LORING MILLS

Pursuant to Rule 32(a) and Appendix A, paragraph 15(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court admit as substantive evidence the testimony of Mr. Loring Mills from the trial conducted in Northern States Power Co. v. United States, No. 98-484C (Fed. Cl.) (Wiese, S.J.). Although we attempted to contact Mr. Mills and attempted to serve a subpoena, defendant was unable to make Mr. Mills available to testify during trial in this matter. Counsel for plaintiffs, Carolina Power & Light Company and Florida Power Corporation, has represented that plaintiffs do not object to the admission of Mr. Mills' testimony. The text of Mr. Mills' testimony is attached.

In addition, the Government seeks admission of defendant's exhibits 23 and 102 and plaintiff's exhibit 28 based upon Mr. Mills' testimony in Northern States. Mr. Mills testified concerning a total of seven exhibits during his testimony in Northern States. Four of these exhibits (DX 25.34, DX 56, DX 41, PX 41) have already been admitted by the Court at trial in this matter. Mr. Mills was able to authenticate the exhibits and provide a proper foundation for the admission of the exhibits during his testimony. On this basis, we seek the admission of the remaining three exhibits at trial in this matter. Plaintiffs identified no objection to the admission

of these exhibits in its pre-trial filings, and plaintiffs' counsel has represented that plaintiffs have no objection to the admission of these exhibits in this manner. We have attached a chart showing the cross references for the exhibits discussed during Mr. Mills' testimony in Northern States and the exhibit numbers in this case.

For the foregoing reasons, we respectfully request that the Court admit the testimony of Mr. Loring Mills and defendant's exhibits 23 and 102 and plaintiff's exhibit 28, based upon Mr. Mills' testimony.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach by s/ Marian E. Sullivan
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
Senior Trial Counsel

CHRISTOPHER J. CARNEY
LISA L. DONAHUE
STEPHEN FINN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

November 15, 2007

Attorneys for Defendant

# ATTACHMENTS