Carolina Power v. United States No. 04-037C Mills NSP Exhibits with Corresponding CPL Exhibits

| NSP Gov. Ex. # | NSP Plaintiff's Ex. # | Date | Full Name | CPL Bates - Begin | CPL Bates - End | Carolina Exhibit | Admitted as of 11/13/2007 |
|---|---|---|---|---|---|---|---|
| | 531 | 3/7/1983 | Letter From EEI To Robert Morgan (3/7/83) | ARC0010325 | ARC0010412 | DX 25.34 | Admitted into evidence on 11/05/2007 through MartinL on page 115 |
| | 240 | 4/28/1987 | Letter From UNWMG To Christopher Jedrey (4/28/87) | HQR0080179 | HQR0080192 | DX 0056 | Admitted into Evidence on 11/13/2007 through ZabranskyD |
| | 286 | 12/12/1983 | Proceedings Of The 1983 Civilian Radioactive Waste Management Information Meeting: December 12-15, 1983 Program SN069588 [D] | SN069588 [D] | SNP0070014 | DX 0041, PX 0019 partial version | DX 0041 and PX 0019 admitted into evidence on 11/13/2007 through MorganR |
| 23 | | 2/18/1983 | Letter from Edison Electric Institute, S.P. Kraft, to Members of the Nuclear Fuel Committee, re: Comments on Draft DOE/Utility Standard Waste Disposal Contract | GPE0010322 | GPE0010392 | DX 0023 | Not yet admitted |
| 44 | | 3/18/1985 | Memorandum in Support of Petition for Rulemaking | SMUD0014889 | SMUD0014914 | PX 0028 | Not yet admitted |
| 57 | | 10/2/1987 | Letter from Christopher T. Jedrey, Contracting Officer, Department of Energy, to S.P. Kraft, Director, Utility Nuclear Waste Management Group | PNL0281142 | PNL0281146 | PX 0041 | Admitted into evidence on 11/13/2007 through ZabranskyD |
| 113 | | 12/23/1991 | UWASTE Report Utility Nuclear Waste and Transportation Program Number 91-10 | SN169909 | SN169913 | DX 0102 | Not yet admitted |

CERTIFICATE OF FILING

I hereby certify that on this 15th day of November, 2007, a copy of foregoing "DEFENDANT'S MOTION FOR THE ADMISSION OF TESTIMONY DESIGNATIONS OF MR. LORING MILLS," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan