IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO
PLAINTIFFS' NOTICE OF SUPPLEMENTAL DESIGNATIONS

Defendant respectfully provides this response to the "Notice of Supplemental Designations," filed by plaintiffs, Carolina Power & Light Company and Florida Power Corporation, on November 4, 2007. In response to the Government's motion to strike the testimony designations originally filed by plaintiffs, plaintiffs designated additional testimony for several individuals. As set forth below, and in the attached testimony, this response addresses the designated testimony of two individuals, Mr. Victor Trebules and Mr. Robert Rosselli.

Pursuant to Rule 32(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court rule upon the noted objections to the testimony designated for Mr. Victor Trebules. Pursuant to Fed. R. Evid. 106, defendant further requests that the Court admit the attached testimony of Mr. Robert Rosselli as counter-designations to that testimony designated as substantive evidence by plaintiffs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
Senior Trial Counsel

CHRISTOPHER J. CARNEY
LISA L. DONAHUE
STEPHEN FINN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

s/ Andrew P. Averbach by s/ Marian E. Sullivan
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 307-2503

November 16, 2007

Attorneys for Defendant

# ATTACHMENT

**ROBERT ROSELLI**

Counter-designations:

**April 15, 2002**

22:12-26:6

**VICTOR TREBULES**

Objections:

| **Testimony** | **Objections** |
|---|---|
| | |
| **April 17, 2002**<br>48:5-50:20 | Foundation, best evidence |

# CONDENSED TRANSCRIPT

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY
CONNECTICUT YANKEE ATOMIC POWER COMPANY
MAINE YANKEE ATOMIC POWER COMPANY
FLORIDA POWER & LIGHT COMPANY
NORTHERN STATES POWER COMPANY
DUKE POWER, A Division of DUKE ENERGY CORP.
INDIANA MICHIGAN POWER COMPANY
SACRAMENTO MUNICIPAL UTILITY DISTRICT
SOUTHERN NUCLEAR OPERATING COMPANY, et al.
COMMONWEALTH EDISON COMPANY
BOSTON EDISON COMPANY
GPU NUCLEAR, INCORPORATED WISCONSIN
ELECTRIC POWER COMPANY
POWER AUTHORITY OF THE STATE OF NEW YORK
OMAHA PUBLIC POWER DISTRICT
NEBRASKA PUBLIC POWER DISTRICT
TENNESSEE VALLEY AUTHORITY,

Plaintiffs,

vs. Case Nos. 98-126C, 98-154C, 98-474C
98-483C, 98-484C, 98-485C
98-486C, 98-488C, 98-614C
98-621C, 99-447C, 00-440C
UNITED STATES, 00-697C, 00-703C, 01-115C
01-116C, 01-249C

DEFENDANT.

---

VOLUME I
DEPOSITION OF ROBERT M. ROSSELLI
Taken on behalf of Sacrament Municipal Utility District
April 15, 2002
\- - -

BE IT REMEMBERED THAT, pursuant to the Washington Rules of Civil Procedure, the deposition of Robert M. Rosselli was taken before Marta M. Rice, a Certified Shorthand Reporter, and a Notary Public for the State of Washington, on April 15, 2002, commencing at the hour of 9:34 a.m., the proceedings being reported at the Hampton Inn, 486 West Bradley, Richland, Washington.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
YANKEE ATOMIC ELECTRIC COMPANY
CONNECTICUT YANKEE ATOMIC POWER COMPANY
MAINE YANKEE ATOMIC POWER COMPANY
FLORIDA POWER & LIGHT COMPANY
NORTHERN STATES POWER COMPANY
DUKE POWER, A Division of DUKE ENERGY CORP
INDIANA MICHIGAN POWER COMPANY
SACRAMENTO MUNICIPAL UTILITY DISTRICT
SOUTHERN NUCLEAR OPERATING COMPANY, et al
COMMONWEALTH EDISON COMPANY
BOSTON EDISON COMPANY
GPU NUCLEAR, INCORPORATED WISCONSIN
ELECTRIC POWER COMPANY
POWER AUTHORITY OF THE STATE OF NEW YORK
OMAHA PUBLIC POWER DISTRICT
NEBRASKA PUBLIC POWER DISTRICT
TENNESSEE VALLEY AUTHORITY,
Plaintiffs,
vs Case Nos 98-126C, 98-154C, 98-474C
98-483C, 98-484C, 98-485C
98-486C, 98-488C, 98-614C
98-621C, 99-447C, 00-440C
UNITED STATES, 00-697C, 00-703C, 01-115C
01-116C, 01-249C
DEFENDANT

VOLUME I
DEPOSITION OF ROBERT M ROSSELLI
Taken on behalf of Sacrament Municipal Utility District
April 15, 2002
* * *

BE IT REMEMBERED THAT, pursuant to the Washington Rules of Civil Procedure, the deposition of Robert M. Rosselli was taken before Marta M. Rice, a Certified Shorthand Reporter, and a Notary Public for the State of Washington, on April 15, 2002, commencing at the hour of 9 34 a.m., the proceedings being reported at the Hampton Inn, 486 West Bradley, Richland, Washington



APPEARANCES
ARNOLD & PORTER
BY: DAVID S. NESLIN
370 Seventeenth Street
Denver Colorado 80202-1370
303-863-2301
E-mail: David_Neslin@aporter.com
Appearing on behalf of Sacramento Municipal Utility
.
SHAW PITTMAN
BY: DANIEL S. HERZFELD
1650 Tysons Boulevard
McLean, Virginia 22102-4859
703-770-7612
E-mail: daniel.herzfeld@shawpittman.com
Appearing on behalf of Florida Power & Light Company, Northern States Power Company, Duke Power, Indiana Michigan Power Company, Boston Edison Company, GPU Nuclear Inc., Power Authority of the state of New York, Omaha Public Power District, and Nebraska Public Power District
.
BALCH & BINGHAM



BY. K. C. HAIRSTON
1710 Sixth Avenue North
Birmingham, Alabama 35203
205-251-8100
E-mail: kchairston@balch.com
Appearing on behalf of Alabama Power, Georgia Power, and Southern Nuclear
.
JENNER & BLOCK
BY: DONALD R. CASSLING
One IBM Plaza
Chicago, Illinois 60611-7603
312-222-9350
E-mail dcassling@jenner.com
Appearing on behalf of Commonwealth Edison Company
.
U.S. Department OF JUSTICE
CIVIL DIVISION
BY: HAROLD D. LESTER, JR. and ALAN MILLER
1100 L. Street, N.W.
Washington, D.C. 20530
202-307-6288
E-mail: harv.lester@usdoj.gov
alan.miller@usdoj.gov



Also Present·
Peter J. Skalaban
. . . . . . . . . . . . . . . . . . . . . . .



NAEGELI REPORTING CORPORATION
Portland, OR (503) 227-1544
Seattle, WA (206) 622-3376
Spokane, WA (509) 838-6000
Coeur d'Alene, ID (208) 667-1163
Phone: (800) 528-3335 www.naegelireporting.com Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

in 1994?
A. Career broadening.
Q. And how long did you hold that position?
A. I held that position for five years until 1999. Around May 1999 roughly.
Q. And what happened then?
A. I was asked by the current manager to help him, who was a new manager, with his reorganization And I spent about three months on that and became – I was reassigned to be deputy manager for business services at that point, sometime in the September, October time frame.
Q. And what were your responsibilities as deputy manager for business services?
A. I had all the administrative activities – budget, finance, human resources, procurement. I had responsibility for the infrastructure. I had responsibility for the office of special concerns. I had responsibility for, what we called, the future outcome, it's economic development aspects and how we support community economics, the development. Initially, I had responsibility for the laboratory, Pacific Northwest National Laboratory.



Q How long were you in this position?
A. Until current.
Q. Is that your current position today?
A. Yes, it is.
Q Mr. Rosselli, after the time that you left the office of Civilian Radioactive Waste Management, which you estimated was approximately May of 1984, in your other positions within the department, have you had any involvement in waste management issues?
A. Yes.
Q. Would you explain what that was?
A. Here at Hanford we have high-level waste, mixed waste, low-level waste that we receive, treat, and store, you know, on site. So it's part of our ongoing operation. And though I'm not, you know, directly involved, it's not within my responsibility to manage those particular activities. I, as far as my management responsibility from an administrative standpoint, support the activities that go on, whether it's giving them budget of finance support, contract support, bringing people to do the job, that kind of thing. So I provide administrative support to the waste management



operations as they are occurring on site today.
Q. And I understand that with respect to the Hanford site. Have you had any involvement or participation in the Department's spent nuclear fuel program, as it applies to various utilities?
A. Could you repeat that again for me please?
Q Have you had any involvement or participation in the Department's spent nuclear fuel program, as it applies to the various utilities?
MR. LESTER: Objection, vague.
BY MR. NESLIN:
Q. Do you understand the question?
A. Yes
Q. Can you answer the question?
MR. LESTER: Go ahead.
THE WITNESS: Yes. When I was assistant manager for science and technology, there was an individual on the staff that was managing some of the remaining aspects of support. We, here in the Richland office, were given to the OCRWM program. And I mean, he worked for me. The person worked for me.



Q. What support was the Richland office providing for the OCRWM program? Do you recall?
A. To the best of my knowledge, the support – well, let me back up, because at one point in time, the Richland office was a potential site for a repository in the basalt media And about the time I was in the program, actively in the program, they had started an exploratory shaft here on site
So it was at that point an integral part of the office's portfolio In addition to that, the Pacific Northwest National Laboratory, they have a lot of expertise in nuclear matters having to do – one area having to do with spent nuclear fuel. So they were providing – the laboratory was providing to the Washington, D.C office of Civilian Waste Management support, technical support, as it related to spent nuclear fuel
Q. Are you referring to Battelle, Pacific Northwest Labs?
A. Yes. Battelle is the parent company.
Q. So Pacific Northwest Labs was doing contracting work for OCRWM?
A. Um-hmm.



NAEGELI REPORTING CORPORATION
Portland, OR (503) 227-1544
Seattle, WA (206) 622-3376
Spokane, WA (509) 838-6000
Coeur d'Alene, ID (208) 667-1163
Phone: (800) 528-3335 www.naegelireporting.com Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

Q. Correct?
A. Yes. To the best of my knowledge, that is true.
Q. And that work was being supervised here in Richland?
A. I don't know. I don't know the answer to that one, and if I may explain why. Different programs do things differently in terms of management of the laboratory. Some of them, headquarters manages the investigator directly. In other cases, they'll delegate to the field office to do it. I can't honestly remember how the civilian -- you know, how it was being done and whether there was some support in Richland, or was it being done directly out of headquarters. I don't remember
Q. Did you, yourself, have any responsibility for overseeing the work that PNL was doing here in connection with OCRWM and the OCRWM program?
A. Not directly, no.
Q. Were you familiar with it? Were you aware of it?
A. Yes, I was.
Q. The specifics? Or just the fact that



they were doing work?
A. I knew they were doing work. I couldn't tell, you know, the exact tests that were ongoing. I could tell you that, you know, they were working -- one area they were working for was in the spent nuclear fuel.
Q. I'd like to back up to your work for the office of civilian waste. You said it was approximately 1980, 1981 that you were working for them as an executive assistant. What were your responsibilities in that position?
A. The responsibilities, as I remember, had to do with budget formulation, execution, organizational development, and human resources. I guess the best thing I can remember now is answering correspondence. We used to get a lot of letters from folks where we were characterizing, and I can't remember, maybe the best example at Canyon Lands. A lot of folks would say, how could you go in and try to destroy a beautiful area like Canyon Lands? So we were responding to those letters.
Q. What were the activities at that office during that period of time? What was that office focusing on?



A. Well, the principal focus had to do with management of civilian nuclear waste. And they were working on some of the repository efforts, characterization of sites for repository. They also had activities having to do with remedial actions -- cleaning up sites where the department had used in the military production environment, old uranium, mill tailing sites, formerly utilized facilities where they had processed the ores, et cetera. And West Valley was also in the jurisdiction of that particular program and the cleanup efforts associated with West Valley.
Q. Was the office working on the legislation that became the Nuclear Waste Policy Act?
A. Yes, it was.
Q. Were you involved in that?
A. Not directly, no.
Q. You say you were not involved directly How were you involved?
A. Just getting information on the progress that was being made toward framing the legislation.
Q. Who was overseeing the legislative effort for the office?



A. The director of the office.
Q. Who was that?
A. Mr. Frank Kaufman.
Q Excuse me?
A. Mr. Frank Kaufman.
Q. Where there others at the office who were involved in attempting to develop that legislation?
A. Yes, there was
Q. Do you recall who those individuals were?
A. Mr. Wade Ballard. That's the extent of my --
Q. What was Mr. Ballard's position?
A. He was the, I don't know if they called them assistant directors then or associate directors, but he reported to the director, Frank Kaufman. And he was responsible for the repository development program.
Q. What kind of work were they doing on the legislation?
A. Specifically, I don't recall I don't really know specifically what they were doing
Q Did you, yourself, have any discussions of the legislation with Mr Kaufman, or Mr.



NAEGELI REPORTING CORPORATION
Portland, OR (503) 227-1544
Seattle, WA (206) 622-3376
Spokane, WA (509) 838-6000
Coeur d'Alene, ID (208) 667-1163
Phone: (800) 528-3335 www.naegelireporting.com Fax: (503) 227-7123
Corporate Office: 2020 US Bancorp Tower, 111 S.W. Fifth Avenue, Portland, OR 97204

CERTIFICATE OF FILING

I hereby certify that on this 16th day of November, 2007, a copy of foregoing "DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL DESIGNATIONS," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan