# In the United States Court of Federal Claims

No. 04-037C

(Filed: November 20, 2007)

| | |
|---|---|
| ************************************** | * |
| | * |
| CAROLINA POWER & LIGHT COMPANY, and FLORIDA POWER CORPORATION, | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

**POST-TRIAL SCHEDULING ORDER**

On November 19, 2007, the Court held a telephonic conference with counsel for the parties to conclude the trial and to establish a post-trial briefing schedule. Due to the unavailability of Mr. Christopher Kouts to appear as Defendant's final witness, the Court requested Defendant to designate previous testimony of Mr. Kouts and related exhibits as his testimony in this case. The Court shall then afford Plaintiffs the opportunity to offer their own designations of Mr. Kouts's previous testimony and exhibits that they would expect to elicit on cross-examination. Defendant shall make its designations on or before Monday, December 3, 2007, and Plaintiffs shall make their cross-designations on or before Friday, December 7, 2007. Alternatively, the parties may confer in advance and make their designations concurrently on December 3, 2007. Except for these designations, the trial is concluded and the evidentiary record is closed.

Based on the dates proposed by the parties, the Court establishes the following post-trial briefing schedule:

1. Opening briefs from both parties are due on or before January 18, 2008.

2. Response briefs from both parties are due on or before February 19, 2008.

3. Closing arguments will be scheduled shortly after response briefs are filed, on a date mutually agreeable to counsel for the parties.

While the parties may organize their briefs as they desire, the Court requests that the opening briefs include a Summary of Argument, a Statement of the Issues Presented, Proposed Findings of Fact, and an Argument section containing a discussion of applicable case law. The Proposed Findings of Fact should include supporting transcript and exhibit citations. The transcript citations should include the name of the witness, the page number(s), and the line numbers, such as (Johnson, Tr. 1968, lines 5-18). For multi-page exhibits, the exhibit citation should include a page number, and if applicable, a section description.

The parties should submit an electronic courtesy copy of each brief to the undersigned, preferably on a disk in Word Perfect 12 format. No page limitations will apply to the briefs. As the evidentiary record is closed, no attachments to the briefs are permitted.

The Court expects counsel to meet the briefing schedule set forth herein. Time extensions will not be granted absent a showing of unforeseen circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge