IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO DESIGNATE PRIOR TESTIMONY OF CHRISTOPHER KOUTS

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of seven days, to and including December 10 2007, to file the designated testimony of Christopher Kouts. Currently, the deadline for producing these materials is December 3, 2007. Counsel for plaintiffs has stated that plaintiffs do not oppose this request, provided that they receive a corresponding enlargement of seven days, to and including December 14, 2007, to file their counter-designations.

The request for an enlargement is necessary because Marian E. Sullivan, the attorney who is responsible for preparing the designations and is intimately familiar with the testimony that Mr. Kouts has provided in prior cases, was advised by her obstetrician yesterday (December 2) to rest for a few days before returning to work. The requested enlargement is necessary to enable either Ms. Sullivan to prepare the designations upon her return or for another attorney to complete this work.

For the foregoing reasons, defendant respectfully requests that the Court grant our request for an enlargement of time of seven days, to and including December 10, 2007, within which to

designate the prior testimony of Christopher Kouts. Defendant further requests that plaintiffs be permitted to file their counter-designations on or before December 14, 2007.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-3315
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

December 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO DESIGNATE PRIOR TESTIMONY OF CHRISTOPHER KOUTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach