IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR THE ADMISSION OF TESTIMONY DESIGNATIONS OF MR. CHRISTOPHER KOUTS

Pursuant to the Court's order dated November 20, 2007, as amended by order dated December 4, 2007, defendant, the United States, respectfully requests that the Court admit as substantive evidence the Government's designated portions of the testimony of Mr. Christopher Kouts from the trials conducted in the following cases: Pacific Gas & Electric Co. v. United States, No. 04-74C (Fed. Cl.) (Hewitt, J.); Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.) (Braden, J); Southern Nuclear Operating Co. v. United States, No. 98-614 (Fed. Cl.) (Merow, S.J.); System Fuel and Energy Arkansas Inc. v. United States, No. 03-2623 (Fed. Cl.) (Lettow, J.); and Boston Edison Co. and Entergy Nuclear Generation Co. v. United States, No. 99-447C, 03-2626 (Fed. Cl.) (Lettow, J) .

Although Mr. Kouts was scheduled to testify during trial in this matter, he was unable to do so because of illness. Counsel for plaintiffs, Carolina Power & Light Company and Florida Power Corporation, has represented that plaintiffs do not object to the admission of Mr. Kouts'

designated testimony.[1] The text of Mr. Kouts' designated testimony is attached to this motion as attachment 1.

In addition, the Government seeks admission of exhibits PX 36, DX 59, DX 71, and DX 96 based upon Mr. Kouts's testimony in PG&E;[2] exhibits PX 29, PX 61, and DX 81 based upon Mr. Kouts's testimony in Southern Nuclear; exhibit DX 70 based upon Mr. Kouts's testimony in Arkansas Nuclear; and exhibit DX 52 based upon Mr. Kouts's testimony in Boston Edison; Mr. Kouts testified concerning all of these exhibits during his testimony during the above-mentioned trials and was able to authenticate the exhibits and provide a proper foundation for the admission of the exhibits during his testimony. On this basis, we seek the admission of these exhibits at trial in this matter. Plaintiffs identified no objection to the admission of these exhibits in its pre-trial filings (with the exception of DX 52, to the admission of which counsel for plaintiffs has represented that plaintiffs no longer object), and plaintiffs' counsel has represented that plaintiffs have no objection to the admission of these exhibits through Mr. Kouts's designated testimony.

In addition, in the designated testimony attached hereto, Mr. Kouts also testified about several exhibits that the Court has already admitted in this case. For the Court's convenience, we

---

[1] As we stated during the Court's November 19, 2007, teleconference regarding Mr. Kouts, our preference was that the Court delay the completion of trial until Mr. Kouts was well enough to testify in person. Plaintiff requested that we be required to present Mr. Kouts's testimony by designation, and the Court granted this request.

[2] In PG&E, Mr. Kouts also testified about a demonstrative exhibit, DX-D3, which we intended to use in conjunction with his live testimony at trial in this matter and which we provided to counsel for plaintiffs with the underlying data well in advance of the anticipated time of Mr. Kouts's testimony, in accordance with the Court's pretrial order. A copy of DX-D3 is also attached to this motion as attachment 2.

have attached a chart (attachment 3 to this motion) that cross-references the exhibit number assigned to the exhibit in the case in which Mr. Kouts testified previously with the exhibit number assigned to the exhibit in this case.

For the foregoing reasons, we respectfully request that the Court admit the designated testimony of Mr. Christopher Kouts and defendant's exhibits DX 52, DX 59, DX 70, DX 71, DX 81, and DX 96, plaintiff's exhibits PX 29, PX 36, and PX 61 and receive and consider DX-D3 in conjunction with Mr. Kouts's designated testimony.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
Senior Trial Counsel

CHRISTOPHER J. CARNEY
LISA L. DONAHUE
STEPHEN FINN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

December 10, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR THE ADMISSION OF TESTIMONY DESIGNATIONS OF MR. CHRISTOPHER KOUTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach