**Boston Edison & Entergy Nuclear v. U.S Nos. 99-447C, 03-2626C June 18, 2007**

**Heritage Reporting Corporation**

**Page 3517 to Page 3844**

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

*HERITAGE REPORTING CORPORATION*
*1220 L Street, N.W.*
*Suite 600*
*Washington, DC 20005*
*Phone: 202-628-4888*
*FAX: 202-371-0935*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------x

BOSTON EDISON COMPANY .
Plaintiff, .
and :NO. 99-447C
ENTERGY NUCLEAR GENERATION COMPANY :and
Plaintiff :No. 03-2626C
vs :
THE UNITED STATES, :
Defendant :

-------------------------------------x

Courtroom 5
National Courts Building
717 Madison Place NW
Washington, D C

Monday June 18 2007

VOLUME 11

The parties met, pursuant to the notice of the Judge at 10 00 a m.

BEFORE THE HONORABLE CHARLES F LETTOW



APPEARANCES
ON BEHALF OF PLAINTIFF ENTERGY:
ALEX D TOMASZCZUK, ESQ
Pillsbury Winthrop Shaw Pittman
1650 Tysons Boulevard
14th Floor
McLean Virginia 22102
(703) 770-7674
and
JAY E SILBERG ESQ
Pillsbury Winthrop Shaw Pittman
2300 N Street NW
Washington, D.C 20037
(202) 663-8000

and
L JAGER SMITH JR ESQ
Wise Carter Child & Caraway P A
1340 Echelon Parkway
Jackson Mississippi 39213
(601) 368-5572



APPEARANCES (Continued·)
ON BEHALF OF THE PLAINTIFF BOSTON EDISON
RICHARD J. CONWAY, ESQ.
BRADLEY D. WINE, ESQ.
BERNARD F. SHEEHAN, ESQ
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D C 20006-5403
(202) 420-2235

ON BEHALF OF THE DEFENDANT.
ALAN J. LO RE ESQ
SCOTT DAMELIN, ESQ
JOSHUA E GARDNER, ESQ
SONIA M ORFIELD ESQ.
PATRICK B BRYAN, ESQ.
STEVEN FINN, ESQ.
U S Department of Justice
1100 L Street, NW
Washington D.C. 20036

(Index appears at end of transcript)



P R O C E E D I N G S
(10:00 a.m.)

THE COURT: Good morning Mr. Lo Re

MR. LO RE Good morning, Your Honor

THE COURT. We understand there is a modest change in the proposed schedule.

MR LO RE. Yes, Your Honor, and I was just writing that down The proposed schedule is as follows, Your Honor We will start the testimony with the testimony of Mr Kouts this morning Then after Mr. Kouts has testified Mr Hintz is scheduled to testify

What we would like to do is have Entergy Nuclear present that witness as part of -- at the time of our case-in-chief. We would then examine Mr Hintz, and hopefully complete that examination before the lunch break

After that, Your Honor we have Mr Morgan scheduled to testify via videoconference at 1 p m local time If there is a gap there in other words, from the time Mr Hintz leaves until the time we put Mr Morgan on, we can fill that with -- we can begin the examination of our first expert Mr Brewer In other words rather than leave

Page 3537

A. Yes, these are the instructions that accompany the Annual Capacity Report and Acceptance Priority Ranking of the previous document, of the previous documents. I don't know which one this probably referred to, it is probably the 1992, as I see here from it, it is the 1992 – 1991 ACR, so it would have accompanied that.
Q. And is this a document that is generated by the Department?
A. Yes.
Q. And is this a document that you were aware of, relied upon, and reviewed as part of your work at DOE?
A I have reviewed it in the past, yes.
MR LO RE: Your Honor, at this time, the government would move for the admission of EX-246 into evidence.
Mr SILBERG: No objection, Your Honor
MR CONWAY. With the stipulation that this accompanied the 1991 ACS, we would have no objection.
THE COURT: ACR.
MR. CONWAY. I'm sorry, ACR

Page 3538

THE COURT. Admitted
(Entergy Exhibit Number EX-246 was received into evidence )
BY MR. LO RE:
Q. I would like to skip the next tab and if you can go to the last tab in this binder, which is BX-260. Mr. Kouts, this is a document entitled Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program Mr. Kouts, are you familiar with this document?
A Yes.
Q. And what is it?
A It is a total system life cycle cost analysis of the program that was issued, I believe, in the 1995 time frame. There is no date, but essentially the letter from the director, it does indicate that attached is the document which is dated August 1995. So it would have been a fall document, an August or September issuance of the document. It has a DOE RW number which means it is a departmental document
Q. Is this a document you have reviewed,

Page 3539

relied upon or been aware of in your work at DOE?
A. Yes, I would have reviewed it.
MR. LO RE: Your Honor, at this time, the government would move for the admission of BX-260 into evidence.
Mr. SILBERG: No objection.
MR. CONWAY: No objection, Your Honor.
THE COURT: Admitted.
(Boston Edison Exhibit Number BX-260 was received into evidence.)
BY MR. LO RE:
Q. Okay. One down, one to go. There is a second binder, Mr. Kouts, that should be behind you on the stand. The first document on this, in this binder is marked EX-248. This is a document entitled Recommendations on the Proposed Monitored Retrievable Storage Facility dated October 1985. And it says Roane County/City of Oak Ridge Tennessee. Do you see that document, sir?
A. Yes, I do.
Q. Are you familiar with this document?
A. Yes, I am.
Q. What is it, sir?

Page 3540

A. It is a report of the Clinch River MRS task force that was submitted to the Department, and it provided recommendations from the local governments in and around the site that the Department was intending on proposing to Congress for a monitored retrievable storage facility.
It was given to the Department in, I believe it was referenced in the MRS proposal that was submitted to Congress in March of 1987.
Q. So this document was not generated by the Department; is that right?
A No, it was not.
Q. But it was a document that you received, that the Department received as part of the MRS siting proposal?
A. It was referenced in the MRS proposal It was – the Department had provided funding to local governments to study whether or not they wanted to accept an MRS. And part of that funding was used to develop this report and to provide their recommendations and perspectives on siting a facility at the former Clinch River Breeder Reactor site in Oak Ridge, Tennessee.

Page 3541

Q. And is this a document that you were aware of or reviewed as part of your work with DOE?

A. Yes.

Q. Is this a document that was kept in DOE's files, to your knowledge?

A. I believe so. It was probably in our record system. I see an NWTRB stamp up here, so it looks like it was also in the Nuclear Waste Technical Review Board's library, but yes.

MR. LO RE: Your Honor, at this time, the government moves for the admission of EX-248 into evidence

Mr. SILBERG· No objection, Your Honor.

MR. CONWAY: No objection, Your Honor.

THE COURT: Admitted.

(Entergy Exhibit Number EX-248 was received into evidence.)

BY MR. LO RE:

Q. Now, if you turn to the next tab, Mr. Kouts, you will see a document marked EX-240. This is a document entitled Nuclear Waste Operation of Monitored Retrievable

Page 3542

Storage Facility is Unlikely by 1998. This is a document dated September 1991, issued by the GAO or General Accounting Office

Mr. Kouts, are you familiar with this document?

A Yes.

Q. What is it, sir?

A. It is a report providing the perspective of the GAO on whether or not an MRS facility could be operational in 1998.

Q. And this document was not generated by the Department of Energy?

A. No, it was not.

Q And did you review this document as part of your work at DOE?

A. After it came out, yes.

MR. LO RE: At this time, the government would move for the admission of EX-240 into evidence.

Mr SILBERG No objection, Your Honor.

MR. CONWAY. No objection, Your Honor.

THE COURT: Admitted.

(Entergy Exhibit Number EX-240 was received into evidence.)

Page 3543

BY MR. LO RE:

Q. If we skip the next tab, the following tab is marked EX-251. This is a letter on the Department – from the Secretary of Energy dated December 17th, 1992 from Secretary James D. Watkins to the Honorable J. Bennett Johnston, chairman, Committee on Energy and Natural Resources.

Mr. Kouts, are you familiar with this document?

A. Yes.

Q. And what is it, sir?

A. It is a letter that was signed out by the Secretary to – in response to a letter from Senator Johnston requesting basically perhaps a new approach as to how the Department might have a facility operational in the 1998 time frame.

Q. And to your knowledge, was this a document actually issued by Secretary Watkins?

A. It has his signature on DOE letterhead and a date stamp, so my assumption is that this letter did go out and was received by the senator.

Q. And, Mr. Kouts, is this a document

Page 3544

that you were aware of during your time or aware of, reviewed, or relied upon during your work with the Department?

A. After the fact, I believe – I hadn't – actually I was shown this letter in trial and I didn't remember it, but the more I think about it, I think I did see this after it came out.

And it provided a perspective of the outgoing Secretary as to what – when I say outgoing, this was the end of Admiral Watkins' tour as Secretary, since there was a changeover in the administration, and this was his attempt to try to move the program forward from his perspective as he was leaving, as he was leaving the office.

MR. LO RE: Your Honor, at this time, the government moves for the admission of EX-251.

Mr. SILBERG: No objection, Your Honor.

MR. CONWAY: No objection, Your Honor.

THE COURT: Admitted.

(Entergy Exhibit Number EX-251 was received into evidence.)