**Attachment 2: Demonstrative Exhibit DX-D3**

# Nuclear Waste Fund & Defense Nuclear Waste Fund

*Requested Funds v Appropriated Funds*

*1983 - 2005*

C P & L
No. 04-37C
Demonstrative Exibit
DX-D3




*SOURCE: Summary Binder of Nuclear Waste Fund/Defense Nuclear Waste Fund Requests & Appropriations*