**Attachment 3: Cross-references between exhibit numbers in prior testimony and exhibit numbers in Carolina Power & Light Co. v. United States**

| CPL Ex. # | Admitted in CPL as of 12/10/2007 | Date | Full Name | Bates - Begin | Bates - End | BECO Exhibit | PGE Exhibit | SFI-Ark Exhibit | Southern Nuclear Exhibit | SMUD Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| DX 52 | No | 10/1/1985 | Clinch River MRS Task Force Submission re: Proposed Monitored Retrievable Storage | DER0033078 | DER0033199 | EX 0248 | | | | |
| DX 59 | No | 6/1/1987 | DOE Office of Civilian Radioactive Waste: 1987 OCRWM Mission Plan Amendment w/ comments on the Draft Amendment and Responses to the Comments | HQR0031621 | HQR0032143 | | PX 97, also DX 114 | | | |
| DX 70 | No | 11/00/1989 | Report of the Monitored Retrievable Storage Review Commission: Nuclear Waste: Is There a | HQR0363992 | HQR0364187 | | | DX 0321 | | |
| DX 71 | No | 11/00/1989 | Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program | DB0001441 | DB0001474 | | PX 125, also DX 142 | | | PX 119 |
| DX 81 | No | 12/00/1990 | the Total System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total System Life Cycle Cost for the Civilian Radioactive | PNL1071603 | PNL1071705 | | | | DX 0330 | |
| DX 96 | No | 9/00/1991 | 1991 DOE Draft Mission Plan Amendment, Office of Civilian Radioactive Waste Management | HQR0030798 | HQR0031012 | | PX 155, also DX 183 | | | |
| DX-D3 | No | No Date | Defense Nuclear Waste Fund, Requested Funds v Appropriated Funds, 1983-2005 | | | | DX 1229 | | | |

| CPL Ex. # | Admitted in CPL as of 12/10/2007 | Date | Full Name | Bates - Begin | Bates - End | BECO Exhibit | PGE Exhibit | SFI-Ark Exhibit | Southern Nuclear Exhibit | SMUD Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|
| PX 29 | No | 4/00/1985 | System Life Cycle Cost for the Civilian Radioactive Waste Management Program (marked as PA- | PA-176451 | PA-176474 | | | | PX 0017 | |
| PX 36 | No | 04/00/1987 | Storage Submission to Congress (marked as CP_FP000039634-72) | CP_FP000039634 | CP_FP000039672 | | DX 107 | | | PX 113 |
| PX 61 | No | 09/00/1985 | System Life Cycle Cost of the Civilian Radioactive Waste Management Program (PA-176202 | PA-176202 | PA-176220 | | | | PX 0023 | |
| DX 49 | Yes | 06/00/1985 | Radioactive Waste Management Program Volumes 1, 2, and 3 | HQR0031088, YMP0011045 | HQR0031620, YMP0012123 | | PX 81, 82 | | | |
| PX 53 | Yes | 12/??/1991 | December 1991 Annual Capacity Report (DOE/RW-0331P) | HQ0003588 | HQ0003650, HQR0020859 | | PX 158, also DX 187 | | | |
| PX 60 | Yes | 03/00/1995 | 1995 Acceptance Priority Ranking and Annual Capacity Report | CP_FP000027505 | CP_FP000027575 | | DX 307, DX 308 (Excerpted version), PX 221 | | PX 823 | |
| PX 128 | Yes | 07/00/2004 | July 2004 APR/ACR | KRGNSP03596 | KRGNSP03676 | | PX 377 | | | |