**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAROLINA POWER & LIGHT COMPANY, et al.** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-37C<br>(Judge Wheeler) |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ADMISSION OF**
**COUNTER-DESIGNATIONS OF MR. CHRISTOPHER KOUTS**

Pursuant to the Court's November 20,2007 Post-Trial Scheduling Order, as amended by the Court's December 4, 2007 order, Plaintiffs Carolina Power & Light Company ("CP&L") and Florida Power Corporation ("FPC") respectfully offer as substantive evidence the following counter-designations from prior testimony by Mr. Christopher Kouts.

On December 10, 2007, Defendant United States of America filed an unopposed Motion for the Admission of Testimony Designations of Mr. Christopher Kouts. The government designated portions of Mr. Kouts testimony from five prior spent fuel cases. The Court granted the government's motion on December 11, 2007, admitting the designated testimony and certain exhibits into the record. Plaintiffs CP&L and FPC now seek admission of the following counter-designations from Mr. Kout's testimony in three of the cases used by the government:

1. **Transcript of Record for April 12, 2007, System Fuels, et. al v. United States, -- Fed. Cl. --, 2007 WL 3033659 (2007) (No. 03-2623).**

| From: Page-Line | To: Page-Line |
|---|---|
| 3371:10 | 3373:20 |

| | |
|---|---|
| 3411:8 | 3412:21 |
| 3435:18 | 3444:6 |
| 3448:1 | 3448:16 |
| 3449:21 | 3450:23 |
| 3459:13 | 3465:4 |
| 3468:17 | 3476:8 |
| 3478:7 | 3487:5 |
| 3493:24 | 3494:6 |
| 3518:9 | 3519:7 |
| 3521:15 | 3524:1 |
| 3537:22 | 3541:9 |
| 3545:5 | 3547:18 |
| 3560:9 | 3561:10 |

During Mr. Kout's testimony in *Systems Fuels*, he discussed the following exhibits, which have been admitted into evidence in the present case and marked as indicated:

| System Fuels Exhibit Number | Carolina Power Exhibit Number |
|---|---|
| PX 57 | DX 59 |
| PX 198 | PX 156 |
| PX 222 | PX 60 |

**2. Transcript of Record for June 14, 2006, Pacific Gas & Electric Co. v. United States, 73 Fed. Cl. 333 (2006) (No. 04-74C).**

| From: Page-Line | To: Page-Line |
|---|---|
| 2745:11 | 2745:15 |
| 2747:1 | 2747:12 |
| 2748:4 | 2748:12 |
| 2751:20 | 2753:6 |
| 2755:24 | 2756:3 |
| 2767:8 | 2770:18 |
| 2773:14 | 2773:23 |
| 2774:7 | 2774:11 |
| 2775:21 | 2776:4 |
| 2777:2 | 2777:5 |
| 2797:14 | 2798:8 |

During his testimony in *Pacific Gas & Electric*, Mr. Kouts discussed the following exhibit, which has been admitted into evidence in the present case and marked as indicated:

| PG&E Exhibit Number | Carolina Power Exhibit Number |
|---|---|
| PX 82 | PX 31 and DX 49 |

**3. Transcript of Record for October 26, 2005, Southern Nuclear Operating Co. v. United States, 77 Fed. Cl. 396 (2007) (No. 98-614).**

| From: Page-Line | To: Page-Line |
|---|---|
| 1832:5 | 1832:22 |
| 1833:18 | 1834:10 |

For the foregoing reasons, Plaintiffs CP&L and FPC respectfully request the Court to admit the counter-designations of Mr. Kouts testimony referenced above, which have been attached hereto as Attachment 1.

DATED: December 14, 2007

Respectfully submitted,

s/ Brad Fagg

Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Attorneys for Plaintiffs

Of Counsel:
Paul M. Bessette
David M. Kerr
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Telephone: (202) 739-3000
Facsimile: (202) 729-3001

**CERTIFICATE OF SERVICE**

I, David Kerr, hereby certify that on this 14th day of December, 2007, a copy of the foregoing Plaintiffs' Motion to Designate Deposition and Trial Testimony was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s David Kerr
David Kerr