IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C |
| | ) | (Judge Wheeler) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT LIST OF ADMITTED EXHIBITS

Pursuant to the Court's order dated November 20, 2007, as amended by order dated December 4, 2007, the parties provide the following list of documents that were admitted into evidence at trial or through trial testimony designations. In addition to the admitted exhibits, the parties have also listed any demonstrative exhibits that were used in connection with the testimony of each witness.

| Plaintiffs' Exhibits | | Defendant's Exhibits | | | | | Demonstrative Exhibits |
|---|---|---|---|---|---|---|---|
| 6 | 84 | 1 | 25.27 | 25.58 | 41 | 147 | PX-D1 |
| 8 | 86 | 7 | 25.28 | 25.59 | 42 | 159 | DX-D1 |
| 9 | 87 | 20** | 25.29 | 25.60 | 43 | 161 | DX-D2 |
| 10* | 88 | 23 | 25.30 | 25.61 | 48 | 164 | DX-D3 |
| 11 | 90 | 25 | 25.31 | 25.62 | 49 | 166 | DX-D4 |
| 12 | 94 | 25.01 | 25.32 | 25.63 | 52 | 170 | DX-D5 |
| 13 | 95 | 25.02 | 25.33 | 25.64 | 54 | 172 | |
| 14 | 96 | 25.03 | 25.34 | 25.65 | 56 | 172.1 | |
| 15 | 100 | 25.04 | 25.35 | 25.66 | 59 | 174 | |
| 17 | 101 | 25.05 | 25.36 | 25.67 | 70 | 182 | |
| 19 | 105 | 25.06 | 25.37 | 25.68 | 71 | 185 | |
| 21 | 106 | 25.07 | 25.38 | 25.69 | 81 | 186 | |
| 22 | 107 | 25.08 | 25.39 | 25.70 | 92 | 195 | |
| 25 | 108 | 25.09 | 25.40 | 25.71 | 93 | 206 | |
| 26 | 115 | 25.10 | 25.41 | 25.72 | 95 | 230.1 | |
| 27 | 117 | 25.11 | 25.42 | 25.73 | 96 | 236 | |
| 28 | 118 | 25.12 | 25.43 | 25.74 | 98 | 237 | |
| 29 | 119 | 25.13 | 25.44 | 25.75 | 99 | 241 | |
| 31 | 124 | 25.14 | 25.45 | 25.76 | 102 | 259 | |
| 35 | 126 | 25.15 | 25.46 | 25.77 | 103 | 260 | |
| 36 | 128 | 25.16 | 25.47 | 25.78 | 106 | 262 | |
| 38 | 137 | 25.17 | 25.48 | 25.79 | 108 | 264 | |
| 41 | 139 | 25.18 | 25.49 | 25.80 | 115 | 267 | |
| 50 | 140 | 25.19 | 25.50 | 25.81 | 119 | 268 | |
| 51 | 141 | 25.20 | 25.51 | 25.82 | 129 | 300 | |
| 53 | 142A | 25.21 | 25.52 | 25.83 | 135 | 304 | |
| 55 | 142B | 25.22 | 25.53 | 25.84 | 136 | 305 | |
| 60 | 153 | 25.23 | 25.54 | 25.85 | 140 | 307 | |
| 61 | 156 | 25.24 | 25.55 | 25.86 | 143 | 308 | |
| 66 | 160 | 25.25 | 25.56 | 34 | 144 | 311 | |
| 71 | 162 | 25.26 | 25.57 | 40 | 145 | 329 | |
| 72 | 163 | | | | | | |
| 78 | 164 | | | | | | |
| 80 | 165 | | | | | | |
| 82 | 166 | | | | | | |

*excluding first two pages
**page 2 only

Respectfully submitted,

s/Brad Fagg
BRAD FAGG
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tele: (202) 739-5191
Fax: (202) 739-3001

Attorneys for Plaintiffs

JEFFREY S. BUCKHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-7643

Attorneys for Defendant

December 14, 2007