# In the United States Court of Federal Claims

**04-37C**

**Filed: November 6, 2007**

**CAROLINA POWER & LIGHT COMPANY AND FLORIDA POWER CORPORATION**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**October 30, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.