IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAROLINA POWER & LIGHT COMPANY and FLORIDA POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-37C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR PARTIES TO FILE POST-TRIAL BRIEFS

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of four days, to and including January 22, 2008, for the parties to file their post-trial briefs. This is our first request for an enlargement of time for this purpose. Currently, the deadline for producing these materials is January 18, 2008. This enlargement would not affect the other deadlines set by the Court, including the date for the filing of reply briefs. Counsel for plaintiffs has stated that plaintiffs do not oppose this request.

The request for an enlargement is necessary the child of undersigned counsel for the Government has been scheduled to undergo a surgical procedure on January 22 that will require counsel's attendance on both January 22 and will likely necessitate his absence from the office for at least part of the preceding day. Undersigned counsel has been working diligently to complete the Government's post-trial brief, but, because of the complexity and breadth of the issues, anticipates needing all of the time allotted to complete the brief.

For the foregoing reasons, defendant respectfully requests that the Court grant our request for an enlargement of time of four days, to and including January 22, 2008, within which the parties may file their post-trial briefs.

Respectfully submitted,

JEFFERY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 353-0527
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

January 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR PARTIES TO FILE POST-TRIAL BRIEFS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Andrew P. Averbach