E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-D1 | 339 | 339 | Demonstrative |
| PX-6 | --- | 124 | 3/3/83 Morgan Correspondence |
| PX-8 | --- | 106 | 6/83 Report |
| PX-9 | --- | 125 | 6/2/83 James Davis Memo to E.E. Utley |
| PX-10 | --- | 78 | 6/3/83 U.S. DOE Contract No. DE-CR01-83NE44481 |
| PX-11 | --- | 238 | 6/30/83 U.S. DOE Contract No. DE-CR01-83NE44382 |
| PX-12 | --- | 190 | 6/13/83 L. Martin Correspondence |
| PX-13 | --- | 1430 | 6/17/83 Robert Morgan Letter to J. Kearney |
| PX-14 | --- | 1415 | 7/83 Report |
| PX-15 | --- | 2159 | 9/15/83 U.S. DOE Memorandum |
| PX-19 | --- | 1389 | 2/84 Proceedings of the 1983 Civilian Radioactive Waste Management Info. Mtg. |
| PX-21 | --- | 2125 | 2/22/84 Statement of Michael J. Lawrence |
| PX-22 | --- | 94 | 4/84 Mission Plan |
| PX-25 | --- | 96 | 7/9/84 L. Martin Correspondence to Charles Head |
| PX-26 | --- | 2161 | 7/23/84 Michael J. Lawrence Letter to Ben C. Rusche |
| PX-27 | --- | 105 | 2/85 Nuclear Waste Fund Fee Adequacy: An Assessment |

# E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-28 | --- | 2064 | 3/18/85 Memorandum in Support of Petition for Rulemaking |
| PX-31 | --- | 1242 | 6/85 Mission Plan |
| PX-35 | --- | 82 | 8/22/86 Spent Fuel Management Plan, 6/86 |
| PX-38 | --- | 111 | 6/87 Annual Capacity Report |
| PX-41 | --- | 1554 | 10/2/87 Christopher T. Jedrey Letter to S.P. Kraft |
| PX-50 | --- | 497 | 12/90 Preliminary Estimates of the Total-System Cost for the Restructured Program |
| PX-51 | --- | 1354 | 12/90 Annual Capacity Report |
| PX-53 | --- | 494 | 12/91 Annual Capacity Report |
| PX-55 | --- | 651 | 6/15/93 Beth Tomasoni Letter to S.R. Zimmerman |
| PX-60 | --- | 1515 | 3/95 Acceptance Priority Ranking & Annual Capacity Report |
| PX-66 | --- | 905 | 3/29/96 Boraflex Assessment Report |
| PX-71 | --- | 1084 | 10/22/96 Response to Generic Letter 96-04 |
| PX-72 | --- | 927 | 11/27/96 Silica Assessment Report |
| PX-78 | --- | 667 | 3/13/97 Beth Tomasoni Cover Letter to D.C. Poteralski |

E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-82 | --- | 1101 | 8/15/97 Assessment and Evaluation |
| PX-84 | --- | 941 | 9/19/97 Long-Term Spent Fuel Storage Strategic Plan |
| PX-86 | --- | 354 | 1/8/98 HNP Spent Fuel Pool "C" and "D" Activation Project |
| PX-87 | --- | 1203 | 1/21/98 Memorandum of Agreement |
| PX-88 | --- | 776 | 1/28/98 B.H. Clark Correspondence to Beth Tomasoni |
| PX-90 | --- | 558 | 4/14/98 HNP Spent Fuel Pool "C" and "D" Activation |
| PX-94 | --- | 1008 | 10/27/98 Spent Fuel Pools C and D Activation Project Thermal-Hydraulic Analysis |
| PX-95 | --- | 341 | 11/98 CP&L Shearon Harris Nuclear Plant Spent Fuel Pool Activation Project |
| PX-96 | --- | 1107 | 11/6/98 Interoffice Correspondence |
| PX-100 | --- | 1012 | 12/23/98 Correspondence to U.S. Nuclear Regulatory Commission |
| PX-101 | --- | 386 | 5/1/99 Engineering Deposition |
| PX-105 | --- | 951 | 9/16/99 License Amendment Request #239 |
| PX-106 | --- | 961 | 1/24/00 EMAR Design Activity Description |

# E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-107 | --- | 1967 | 7/25/00 Oracle Accounts Payable System Voucher Jacket |
| PX-108 | --- | 958 | 9/05/00 Crystal River Unit 3 Environmental Assessment |
| PX-115 | --- | 1019 | 4/26/02 Spent Fuel Pools C and D Activation Project Thermal-Hydraulic Analysis |
| PX-117 | --- | 253 | 6/7/02 Robinson Spent Fuel Storage Feasibility Study Update |
| PX-118 | --- | 989 | 10/25/02 Dean Tibbitts Memo to Steve Edwards |
| PX-119 | --- | 1020 | 2/14/03 Correspondence |
| PX-124 | --- | 246 | 8/21/03 BNP Dry Storage/Re-rack Study |
| PX-126 | --- | 269 | 2/4/04 S. Edwards Email |
| PX-128 | --- | 285 | 7/04 Acceptance Priority Ranking and Annual Capacity Report |
| PX-137 | --- | 615 | Summary of Spent Fuel Discharge and Storage Data |
| PX-139 | --- | 325 | Summary of Damages Spreadsheet |
| PX-140 | --- | 327 | Transaction Journal |
| PX-141 | --- | 2047 | Summary of Not Supported - Manual Entries |
| PX-142-A | 421 | 432 | Support for Manual Adjustments |

E X H I B I T S

| PLAINTIFF'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PX-142-B | 421 | 444 | Support for Manual Adjustments |
| PX-153 | --- | 255 | Photographs |
| PX-156 | --- | 1505 | 9/91 U.S. General Accounting Office Report |
| PX-160 | --- | 414 | 10/26/07 Lisa Donohue Letter to Brad Fagg |
| PX-161 | 1369 | --- | 10/10/95 Notice from the Federal Register |
| PX-162 | --- | 1508 | 5/25/94 Federal Register Notice |
| PX-163 | --- | 1891 | 6/25/02 Federal Register Notice |
| PX-164 | --- | 1893 | 3/28/06 Federal Register Notice |
| PX-165 | --- | 1897 | 5/9/06 Federal Register Notice |
| PX-166 | --- | 2041 | Spreadsheet of Internal Labor Costs |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-D5 | --- | 1947 | Demonstrative |
| DX-1 | --- | 780 | 10/27/1980 Memo from Stanford, EEI to Barry GS |
| DX-20(p.2) | --- | 151 | 2/11/83 J.R. Tomonto, FPL Memo |
| DX-23 | --- | 2064 | 2/18/83 S. Kraft EEI Letter to Members of the Nuclear Fuel Committee |
| DX-25 | --- | 1438 | 3/3/83 Administrative Record-Standard Contract |
| DX-25.01 | --- | 135 | 2/4/83 Federal Register Notice Part IV |
| DX-25.34 | --- | 115 | 3/7/83 John Kearney Letter to Robert Morgan |
| DX-34 | --- | 696 | 5/25/83 Telephone Conversation Memorandum |
| DX-40 | --- | 194 | 11/23/83 Stanford Letter to Members, DOE Contract Task Force |
| DX-41 | --- | 1389 | 12/83 DOE Office of Civilian Radioactive Waste Management: Proceedings of Information Meeting |
| DX-42 | --- | 680 | 12/30/83 R.E.L. Stanford Letter to Members, Steering Committee and High-Level Waste/Spent Fuel Storage Group |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-43 | --- | 198 | 1/13/84 Stanford Letter to Members, Steering Committee, High-Level Waste/Spent Fuel Storage Working Group, DOE Contract Task Force |
| DX-48 | --- | 685 | 12/21/84 James Hall Memo to Members, Utility Standard Contract Task Force |
| DX-49 | --- | 100 | 6/85 DOE, Office of Civilian Radioactive Waste: 1985 Mission Plan |
| DX-54 | --- | 707 | 12/17/86 Utility Nuclear Waste Management Group High-Level Waste/Spent Fuel Storage Working Group Meeting Notes |
| DX-56 | --- | 1559 | 4/28/87 Steven P. Kraft Letter to Christopher T. Jedrey |
| DX-80 | --- | 773 | 11/15/90 Energy Resources Int'l Letter to Brian Farrell |
| DX-92 | --- | 721 | 5/15/91 Carol Reuter Letter to S.R. Zimmerman |
| DX-93 | --- | 780 | 6/27/91 Carolina Power & Light Executive Summary Memo |
| DX-95 | --- | 1539 | 8/30/91 UWASTE Report |
| DX-98 | --- | 1342 | 12/91 Spent Fuel Storage Requirements |
| DX-99 | --- | 1321 | 1991 Acceptance Priority Ranking |
| DX-102 | --- | 2064 | 12/23/91 UWASTE Report |

# E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-103 | --- | 728 | 12/30/91 M. Detmer Letter to Zimmerman |
| DX-106 | --- | 730 | 3/4/92 M. Detmer Letter to S.R. Zimmerman |
| DX-108 | --- | 744 | 4/9/92 Zimmerman Letter to DOE |
| DX-115 | --- | 655 | 5/93 DOE Office of Civilian Radioactive Waste Publication |
| DX-119 | --- | 666 | 9/29/93 Sherwood Zimmerman Letter to Tomasoni |
| DX-129 | --- | 766 | 10/6/94 Sherwood Zimmerman Letter to Tomasoni |
| DX-135 | --- | 771 | 9/25/96 Poteralski Letter to Tomasoni |
| DX-136 | --- | 767 | 9/25/95 D.C. Poteralski Letter to Beth Tomasoni |
| DX-140 | --- | 748 | 11/29/95 Carolina Power & Light Co. Spent Fuel Management Plan |
| DX-143 | --- | 769 | 2/5/96 Tomasoni Letter to Poteralski |
| DX-144 | --- | 770 | 2/26/96 Poteralski Letter to Tomasoni |
| DX-145 | --- | 614 | 4/1/96 Contract XTA7000024 (2590), CR No. X0072432 |
| DX-147 | --- | 770 | 4/10/96 Tomasoni Letter to Poteralski |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-158 | --- | 1093 | 12/18/96 FPC High Density Spent Fuel Storage Racks/Crystal River |
| DX-159 | --- | 1094 | 12/28/96 Florida Power Corp. Letter |
| DX-164 | --- | 1214 | 5/20/97 Florida Power Interoffice Correspondence |
| DX-166 | --- | 1174 | 6/26/97 Florida Power Interoffice Correspondence |
| DX-170 | --- | 1566 | 7/11/97 Dennis M. O'Shea Letter to Beth Tomasoni |
| DX-172 | --- | 1572 | 8/5/97 Beth Tomasoni Letter to Dennis O'Shea |
| DX-172.1 | --- | 1572 | 7/11/97 Florida Power Delivery Commitment Schedule |
| DX-174 | --- | 1195 | 9/10/97 Florida Power Letter from Holden to Perez |
| DX-182 | --- | 1140 | 12/29/97 Request for Project Approval |
| DX-185 | --- | 557 | 1/27/98 HNP Spent Fuel Pool "C" and "D" Activation Project, Review Team Recommendations Presentation |
| DX-186 | --- | 1154 | 1/27/98 Document Header Sheet |
| DX-195 | --- | 1203 | 7/6/98 Florida Power Interoffice Correspondence |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-206 | --- | 560 | 12/23/98 Carolina Power & Light Presentation |
| DX-230.1 | --- | 548 | 6/30/00 Work Authorization No. XSA4006004 |
| DX-236 | --- | 1042 | 7/28/01 Engineering Service Request No. EC0000045502 |
| DX-237 | --- | 1791 | 10/12/01 Shearon Harris License Amendment No. 107 |
| DX-241 | --- | 487 | 5/02 Robert Edwards Handwritten Note to Wayne |
| DX-259 | --- | 581 | 4/30/04 R. Steven Edwards Letter to Franchone Oshinowo |
| DX-260 | --- | 828 | 5/30/04 Crane-Whiting Corp. Contract |
| DX-262 | --- | 833 | 6/26/04 10CFR21 Report |
| DX-264 | --- | 830 | 7/23/04 Contract No. 190383 |
| DX-267 | --- | 832 | 11/30/04 Oracle Accounts Payable System Voucher Jacket |
| DX-268 | --- | 588 | Progress Energy 2005 Annual Report |
| DX-300 | --- | 502 | 7/3/07 Consolidated Notice of Deposition Pursuant to Rule 30(B)(6) |
| DX-304 | --- | 613 | 7/24/07 Summary of Project Costs for DOE Damages Claim |
| DX-305 | --- | 612 | 7/24/07 Tab and Table |

# E X H I B I T S

| DEFENDANT'S EXHIBITS: | IDENTIFIED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| DX-307 | --- | 1743 | 7/31/07 Expert Report of Gregory Maret |
| DX-308 | --- | 1947 | 8/1/07 Veris Expert Report of R. Larry Johnson |
| DX-311 | --- | 1947 | 10/9/07 Addendum to the Expert Report of R. Larry Johnson |
| DX-329 | --- | 494 | Carolina Power & Light Co., Florida Power Corp. - Summary of Spent Fuel Discharge and Storage Data (900 MTU Rate) |