# In the United States Court of Federal Claims

No. 04-37C

(Filed: June 2, 2008)

| | |
|---|---|
| ************************************* | * |
| | * |
| CAROLINA POWER & LIGHT COMPANY, and FLORIDA POWER CORPORATION, | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | * |

**ORDER**

Pursuant to RCFC 59(b), Plaintiffs are requested to file a response to Defendant's June 2, 2008 Motion For Reconsideration on or before June 16, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge