United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

June 6, 2008

Arnold Bradley Fagg, Esq.

Morgan, Lewis & Bockius

1111 Pennsylvania Ave., NW

Washington, DC 20004

In re: Carolina Power & Light Company and Florida Power Corp. v. The United States, No. 04-37 C

Dear Mr. Fagg:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated May 22, 2008, in favor of plaintiffs.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Andrew P. Averbach, Esq., Dept. Of Justice