**FORM 4**
**BILL OF COSTS**

# In The United States Court of Federal Claims

BILL OF COSTS

Carolina Power &
Light Company, et al.

No. 04-37C
(Judge Wheeler)

vs.

THE UNITED STATES

Judgment with costs having been entered in the above-captioned case on the 19 day of May, 2008, against Defendant, the clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the clerk | $150.00 |
| Fees of the reporter for all or any part of the trial or hearing transcript necessarily obtained for use in the case | $11,702.33 |
| Fees for witnesses; for statutory fees, see 28 U.S.C. §1821 (attach itemized listing) | $7,524.42 |
| Costs for certification or duplication of papers necessarily obtained for use in case, provide number of copies, total pages and cost per page * | $1,744.17 |
| Costs incident to taking of depositions (if not of record, then attach statement as to need) | $1,599.50 |
| Costs pursuant to FRAP 39(e) | |
| Other costs (itemize on attachment) | $9,399.85 |
| Total | $32,120.27 |

*Allowable duplication costs are restricted to briefs on dispositive matters for a total of 5 copies; additional copies are allowable where third parties are present.

CERTIFICATION

State/District of Columbia.

County of ______________________.

I certify under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed and that a copy hereof was this day mailed to Andrew Averbach, USDOJ with postage fully prepaid thereon. Executed on (Date). (28 U.S.C. §1746)

(Signature of Attorney of Record)

Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
(Address)
Washington, D.C. 20004