# Appendix I

CLOSED, ECF, SNF

# US Court of Federal Claims
# United States Court of Federal Claims (COFC)
# CIVIL DOCKET FOR CASE #: 1:04-cv-00037-TCW

CAROLINA POWER & LIGHT COMPANY et al v. USA
Assigned to: Judge Thomas C. Wheeler
Demand: $0
Cause: 28:1491 Tucker Act

Date Filed: 01/14/2004
Date Terminated: 05/19/2008
Jury Demand: None
Nature of Suit: 536 Spent Nuclear Fuel
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**CAROLINA POWER & LIGHT COMPANY**

represented by **Arnold Bradley Fagg**
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191
Fax: 202-739-3001
Email: bfagg@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FLORIDA POWER CORPORATION**

represented by **Arnold Bradley Fagg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**

represented by **Andrew P. Averbach**
U. S. Department of Justice, Civil Division
Commercial Litigation Branch
1100 L Street, NW
12th Floor
Washington, DC 20530
(202) 353-0527
Fax: (202) 305-2118
Email: andrew.averbach@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold Dewitt Lester, Jr.**
U. S. Department of Justice

Civil Div. - Commercial Litigation Br.
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 616-0478
Fax: (202) 307-2503
Email: harv.lester@usdoj.gov
*TERMINATED: 09/19/2006*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2004 | 1 | COMPLAINT against USA (DOE) ( Filing fee $150, Receipt number 059492), filed by CAROLINA POWER AND LIGHT COMPANY, FLORIDA POWER CORPORATION.Answer Due by 3/15/2004. (Attachments: # 1 Civil Cover Sheet) (lg1, ) (Entered: 01/15/2004) |
| 01/14/2004 | 2 | NOTICE of Assignment to Judge Emily C. Hewitt. (lg1, ) (Entered: 01/15/2004) |
| 01/14/2004 | 3 | NOTICE of Indirectly Related Case(s) [03-2832C, 99-447C, 98-621C, 98-154C, 02-1894C, 02-926C, 98-485C, 04-0010C, 03-2625C, 03-2627C, 03-2626C, 03-2622C, 03-2663C, 98-483C, 03-2505C, 00-440C, 98-486C, 98-474C, 01-116C, 98-484C, 01-115C, 01-551C, 00-703C, 98-488C, 98-614C, 03-2623C, 03-2621C, 03-2624C, 01-249C, 02-898C, 00-697C, 98-126C] by CAROLINA POWER & LIGHT COMPANY, FLORIDA POWER CORPORATION. Service: 1/14/2004. (lg1, ) (Entered: 01/15/2004) |
| 01/14/2004 | 4 | NOTICE of Designation of Electronic Case. (lg1, ) (Entered: 01/15/2004) |
| 03/17/2004 | 5 | NOTICE of Appearance by Harold Dewitt Lester Jr. for USA. (Lester, Harold) (Entered: 03/17/2004) |
| 03/17/2004 | 6 | Consent MOTION for Leave to File Answer *to Plaintiffs' Complaint* by USA. Response due by 4/5/2004 (Attachments: # 1)(Lester, Harold) (Entered: 03/17/2004) |
| 03/18/2004 | 7 | ORDER granting 6 Defendant's Unopposed Motion for Leave to File Defendant's Answer to Plaintiff[s'] Complaint. Signed by Judge Emily C. Hewitt. (la1) (Entered: 03/18/2004) |
| 04/12/2004 | 8 | Notice of Pre-Discovery Conference. Signed by Judge Emily C. Hewitt. (jb2) (Entered: 04/12/2004) |
| 04/23/2004 | 9 | MOTION to Stay All Proceedings *and Report in Response to Pre-Discovery Conference Notice* by CAROLINA POWER & LIGHT COMPANY, FLORIDA POWER CORPORATION. Response due by 5/10/2004 (Bessette, Paul) (Entered: 04/23/2004) |
| 04/23/2004 | 10 | RESPONSE to 8 Order *regarding pre-discovery conference to be convened on April 30, 2004* filed by USA. (Attachments: # 1 # 2 # 3)(Lester, Harold) (Entered: 04/23/2004) |
| 08/03/2004 | 11 | ORDER granting 9 Motion to Stay. The parties shall file with the court a joint status report, or separate status reports if they cannot agree, on or before Friday, 12/31/04 addressing whether the stay should continue and suggesting further |

**Morgan, Lewis & Bockius LLP**

**DATE: 01-07-04 PAYEE: US Court of Federal Claims VENDOR #0084810 CHECK # 118119**

| ID # | INVOICE # | INV. DATE | DESCRIPTION | INV. AMOUNT |
|---|---|---|---|---|
| 851314 | 010604 150.00 | 01-06-04 | Filing Fee | 150.00 |
| | | | CHECK TOTAL | $150.00 |