# Appendix II

**Heritage Reporting Corporation** REFERENCE # 071030002

***The transcript of the following hearing held before the United States Court of Federal Claims is now available:***

Hearing Date: 10/30/07 Docket No.: 04-37C

Case Name: Carolina Power v. U.S.

***To order this transcript, send a check for the total amount of your order with a copy of this card to Heritage Reporting Corporation.***

| | | | |
|---|---|---|---|
| Certified transcript (paper) # pages | 29 | x $3.30 = | 95.70 |
| Courier/Delivery | | | + 20.00 |
| | | Subtotal | $ 115.70 |
| Additional options available with paper copy order: | | | |
| CD ( WP WORD ASCII ) | 29 | x $ .83 = | 24.07 |
| Condensed transcript w/key index | 29 | x $ .83 = | 24.07 |
| | | **GRAND TOTAL $** | 163.84 |

Standard delivery type is 30 day. Please call for expedited orders.

(202) 628-4888 Fax (202) 371-0935 production@hrccourtreporters.com

**Heritage Reporting Corporation**

1220 L. Street, NW Suite 600
Washington, DC 20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/26/2007 | 28116 |

| BILL TO |
|---|
| Morgan, Lewis & Bockius<br>Attn: Bradley Fagg<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 |

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | Claims Sale | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 071105001 | Wheeler/Carolina Power & Light v. U.S.<br>04-37C/pages 1-2181<br>Washington, D.C | 2,181 | 4.40 | 9,596.40 |
| 071105001 | Wheeler/Carolina Power & Light v. U.S.<br>04-37C/pages 1-2181, CD transcript<br>Washington, D.C. | 2,181 | 0.83 | 1,810.23 |
| 071105001 | Wheeler/Carolina Power & Light v. U.S.<br>04-37C/pages 1-281, Condensed transcript<br>Washington, D.C. | 2,181 | 0.83 | 1,810.23 |
| 1 | Delivery, nine sets | 9 | 20.00 | 180.00 |
| | Hearing Dates: 11-05-07 through 11-16-07 | | | |

| | |
|---|---|
| **Total** | $13,396.86 |