# Appendix III

# District of Columbia - FY 08

(October 1, 2007 through September 30, 2008)

**Cities not appearing below may be located within a county for which rates are listed. To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).**

**NOTE: If neither the city nor the county is listed, the location is a standard CONUS destination with a rate of $70.00 for lodging and $39.00 for meals and incidental expenses (M&IE).**

State Tax Rates & Exemption Forms

Properties at Per Diem (FedRooms)

View a state map with highlighted areas showing where rates listed below apply. Standard CONUS rates apply elsewhere.

Select another State

| Primary Destination (1) | County (2, 3) | Max Lodging (exc. taxes) + | M&IE Rate = | Max Per Diem Rate (4) | First & Last Day (75% of M&IE) |
|---|---|---|---|---|---|
| District of Columbia (October 1 - June 30) | Washington DC (also the cities of Alexandria, Falls Church and Fairfax, and the counties of Arlington and Fairfax, in Virginia; and the counties of Montgomery and Prince George's in Maryland) (See also Maryland and Virginia) | 201 | 64 | 265 | 48.0 |
| District of Columbia (July 1 - August 31) | Washington DC (also the cities of Alexandria, Falls Church and Fairfax, and the counties of Arlington and Fairfax, in | 154 | 64 | 218 | 48.0 |

| | | | | | |
|---|---|---|---|---|---|
| | Virginia; and the counties of Montgomery and Prince George's in Maryland) (See also Maryland and Virginia) | | | | |
| District of Columbia (September 1 - September 30) | Washington DC (also the cities of Alexandria, Falls Church and Fairfax, and the counties of Arlington and Fairfax, in Virginia; and the counties of Montgomery and Prince George's in Maryland) (See also Maryland and Virginia) | 201 | 64 | 265 | 48.0 |

Printer Friendly format

GSA U.S. General Services Administration

SEARCH

HOME BUILDINGS PRODUCTS SERVICES TECHNOLOGY POLICY ABOU

Travel Management

- Overview
- FAQ
- Interagency Travel Mgmt Committee (ITMC)
- Per Diem
- State Tax Rates & Exemption Info
- Travel & Relocation Innovation Award
- POV Mileage Reimbursement Rates
- Commuted Rate Schedule
- GSA Relocation Policy Guide
- Hurricane Katrina Q & As
- Travel E-mail Notification
- Library

Home > Policy > Travel Management > POV Mileage Reimbursement Rates

# Privately Owned Vehicle (POV) Mileage Reimbursement Rates

**Important notice regarding 2008 rates:**
GSA is amending the Federal Travel Regulation (FTR) by increasing the mileage reimbursement rate for use of a privately owned automobile (POA) when used for official travel. This new rate reflects current costs of operating a POA as determined in cost studies conducted by GSA. The government regulation increases the mileage allowance for the cost of operating a POA for official travel from $0.485 to $0.505 per mile.

By Law, GSA is responsible for reviewing the privately owned vehicle mileage reimbursement mileage rate on a yearly basis. However, by law, GSA may not exceed the standard mileage reimbursement rate for a privately owned automobile (POA) established by the Internal Revenue Service (IRS).

**Current Privately Owned Vehicle Reimbursement Rates**

| Modes of Transportation | Effective Date | Rate per mile |
|---|---|---|
| Airplane | January 1, 2006 | $1.07 |
| **Automobile** | | |
| If no Government Owned Vehicle available | March 19, 2008 | $0.505 |
| If Government Owned Vehicle available | January 1, 2007 | $0.285 |
| If committed to use Government Owned Vehicle | January 1, 2007 | $0.125 |
| Motorcycle | January 1, 2007 | $0.305 |

**Previous automobile rates**

| Effective Date | Rate per mile |
|---|---|
| February 1, 2007 | $0.485 |
| January 1, 2006 | $0.445 |
| September 1, 2005 | $0.485 |

CONTACTS

Additional Contacts For
Travel Management Policy

GSA EVENTS

Relocation Allowances: FTR and JTR, Vol. 2
TDY: Federal Travel Regulation (FTR)

REFERENCE

Federal Travel Regulation (FTR)

RELATED GSA TOPICS

Per Diem Rates
Meals and Incidental Expense Breakdown
Airfares (City Pair Program)

GOVERNMENT LINKS

Alaska, Hawaii, Puerto Rico, and U.S. possessions Per Diem Rates
Foreign Per Diem Rates
GSA Board of Contract Appeals Off Portal Website
GSA's Contracted Travel Management Centers
Hotel and Motel Fire Safety
Ask a Travel Question
U.S. Government Car Rental Program

NONGOVERNMENT LINKS

Federal Premier Lodging Program
National Association of Counties (NACO) Website

Contact Us
GSA Staff Directory

GSA Organizations
Choose... GO
Abbreviation Look-up

GSA Regions by State
Choose State: AK GO

QuickLinks
A-Z Links to GSA Topics

| | |
|---|---|
| February 4, 2005 | $0.405 |
| January 1, 2004 | $0.375 |
| January 1, 2003 | $0.360 |
| January 21, 2002 | $0.365 |
| January 22, 2001 | $0.345 |
| January 14, 2000 | $0.325 |
| April 1, 1999 | $0.31 |
| September 8, 1998 | $0.325 |
| June 7, 1996 | $0.31 |
| January 1, 1995 | $0.30 |

The shortcut to this page is www.gsa.gov/mileage.

RATE THIS PAGE

Last Reviewed 3/18/2008

Printer Friendly format

GSA U.S. General Services Administration

Additional Contacts For

**Important notice regarding 2008 rates:**
GSA is amending the Federal Travel Regulation (FTR) by increasing the mileage reimbursement rate for use of a privately owned automobile (POA) when used for official travel. This new rate reflects current costs of operating a POA as determined in cost studies conducted by GSA. The government regulation increases the mileage allowance for the cost of operating a POA for official travel from $0.485 to $0.505 per mile.

By Law, GSA is responsible for reviewing the privately owned vehicle mileage reimbursement mileage rate on a yearly basis. However, by law, GSA may not exceed the standard mileage reimbursement rate for a privately owned automobile (POA) established by the Internal Revenue Service (IRS).

**Current Privately Owned Vehicle Reimbursement Rates**

| Modes of Transportation | Effective Date | Rate per mile |
|---|---|---|
| Airplane | January 1, 2006 | $1.07 |
| **Automobile** | | |
| If no Government Owned Vehicle available | March 19, 2008 | $0.505 |
| If Government Owned Vehicle available | January 1, 2007 | $0.285 |
| If committed to use Government Owned Vehicle | January 1, 2007 | $0.125 |
| Motorcycle | January 1, 2007 | $0.305 |

**Previous automobile rates**

| Effective Date | Rate per mile |
|---|---|
| February 1, 2007 | $0.485 |
| January 1, 2006 | $0.445 |
| September 1, 2005 | $0.485 |
| February 4, 2005 | $0.405 |
| January 1, 2004 | $0.375 |
| January 1, 2003 | $0.360 |
| January 21, 2002 | $0.365 |
| January 22, 2001 | $0.345 |
| January 14, 2000 | $0.325 |
| April 1, 1999 | $0.31 |
| September 8, 1998 | $0.325 |
| June 7, 1996 | $0.31 |
| January 1, 1995 | $0.30 |

The shortcut to this page is www.gsa.gov/mileage.

RATE THIS PAGE

# Guest Services 0044

Guest Services 0044
P.O. BOX 931841
ATLANTA, GA 31193-1841

(202)739-5485
dnowe@morganlewis.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 11/05/2007 | 5194 |

| BILL TO |
|---|
| Morgan, Lewis & Bockius<br>Ray Croxton<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 USA |

| Attorney Name | Attorney # | Matter # |
|---|---|---|
| KERR | 12658 | 044383-0005 |

| Service | | Amount |
|---|---|---|
| Hot Lunch Buffe | • TWO ENTREE - DINNER, 10 @ $22.95 | 229.50T |
| DESSERT | • 10 @ $1.95 | 19.50T |

JANA

| | |
|---|---|
| SUBTOTAL | $249.00 |
| TAX (10%) | $24.90 |
| TOTAL | $273.90 |

# Guest Services 0044

Guest Services 0044
P.O. BOX 931841
ATLANTA, GA 31193-1841

(202)739-5485
dnowe@morganlewis.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 11/06/2007 | 5207 |

| BILL TO |
|---|
| Morgan, Lewis & Bockius<br>Ray Croxton<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 USA |

| Attorney Name | Attorney # | Matter # |
|---|---|---|
| KERR | 12658 | 044383-0005 |

| Service | | Amount |
|---|---|---|
| Sales | • CHILI BAR, 10 @ $15.99 | 159.90T |
| DESSERT | • 10 @ $1.95 | 19.50T |

JANA

| | |
|---|---|
| SUBTOTAL | $179.40 |
| TAX (10%) | $17.94 |
| TOTAL | $197.34 |

# Guest Services 0044

Guest Services 0044
P.O. BOX 931841
ATLANTA, GA 31193-1841

(202)739-5485
dnowe@morganlewis.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 11/07/2007 | 5215 |

| BILL TO |
|---|
| Morgan, Lewis & Bockius<br>Ray Croxton<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 USA |

| Attorney Name | Attorney # | Matter # |
|---|---|---|
| KERR | 12658 | 044383-0005 |

| Service | | Amount |
|---|---|---|
| Hot Lunch Buffe | • TWO ENTREE - DINNER CHIX & SALMON, 10 @ $22.95 | 229.50T |
| FRUIT SALAD | • 10 @ $2.95 | 29.50T |

JANA

| | |
|---|---|
| SUBTOTAL | $259.00 |
| TAX (10%) | $25.90 |
| TOTAL | $284.90 |

# Guest Services 0044

Guest Services 0044
P.O. BOX 931841
ATLANTA, GA 31193-1841

(202)739-5485
dnowe@morganlewis.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 11/08/2007 | 5225 |

| BILL TO |
|---|
| Morgan, Lewis & Bockius<br>Ray Croxton<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 USA |

| Attorney Name | Attorney # | Matter # |
|---|---|---|
| KERR | 12658 | 044383-0005 |

| Service | | Amount |
|---|---|---|
| Hot Lunch Buffe | • TWO ENTREE- DINNER, 10 @ $22.95 | 229.50T |
| DESSERT | • 10 @ $1.95 | 19.50T |

JANA

| | |
|---|---|
| SUBTOTAL | $249.00 |
| TAX (10%) | $24.90 |
| TOTAL | $273.90 |

**Hotel Monaco Washington D.C.**
700 F Street, NW - Washington D.C. 20004
202.628.7177 - Fax 202.628.7277

MARTIN, LOUIS

**Room Number:** 351
**Daily Rate:** 279.00
**Room Type:** QNDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 11/04/07 | 11/06/07 | XXXXXXXXXXXX0503 | OVA | INEG | 11160185645 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 11/04/07 | 351 | ROOM CHARGE | #336 MARTIN, LOUIS | $279.00 |
| 11/04/07 | 351 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/05/07 | 351 | ROOM CHARGE | #351 MARTIN, LOUIS | $279.00 |
| 11/05/07 | 351 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/06/07 | 351 | MASTERCARD | MASTERCARD | ($638.92) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

## eTicket Receipt

Print this page | Close window | Help

**Sabre Reservation Code: BMAEJZ**
Ticket number: 0377080739885
Issuing airline: US AIRWAYS
Date issued: 08OCT07
Customer number: RPKPROGRES
**Passenger: EDWARDS/ROBERT STEVEN [EI32494]**

Issuing agent: RALEIGH NC
Issuing agent: FY5A/AMP
IATA number: 34579801
Invoice number: 0078766

**04NOV07 US AIRWAYS US 3404**

| | | | | |
|---|---|---|---|---|
| From: | RALEIGH DURHAM, NC | TERMINAL A | Departs:140P | Economy Confirmed |
| To: | WASHINGTON REAGAN, DC | TERMINAL C | Arrives: 242P | Fare basis: UXRUNA2 |

**Operated by: US AIRWAYS EXPRESS-REPUBLIC AIRLINES**
**Airline Confirmation: GKZW47**

Not valid before: 04NOV
Not valid after: 04NOV

**09NOV07 US AIRWAYS US 3767**

| | | | | |
|---|---|---|---|---|
| From: | WASHINGTON REAGAN, DC | TERMINAL C | Departs:730P | Economy Confirmed |
| To: | RALEIGH DURHAM, NC | TERMINAL A | Arrives: 841P | Fare basis: GXR7NA2 |

**Operated by: US AIRWAYS EXPRESS-AIR WISCONSIN**
**Airline Confirmation: GKZW47**

Not valid before: 05NOV

**Form of payment:** Credit Card - Mastercard: XXXXXXXXXXXX 0316

Endorsement / restrictions: STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/

Fare calculation line:
RDU US WAS87.44UXRUNA2 US RDU120.00GXR7NA2 207.44 END ZPRDUDCA XT5.00AY9.00XFRDU4.5DCA4.5

| | |
|---|---|
| **Fare:** | **USD 207.44** |
| **Taxes/fees/charges** | |
| **Taxes/fees/charges:** | **USD 15.56 US US Transportation Tax** |
| **Taxes/fees/charges:** | **USD 6.80 ZP US Segment Tax** |
| **Taxes/fees/charges:** | **USD 14.00 XT Combined Taxes** |
| **Total:** | **USD 243.80** |

**Positive identification required for airport check in**

TOP TOP TOP

Concur Expense v 7.1.1.15h

# FAX COVER PAGE

(see instruction below)

**Fax this page and your receipts to:
866-556-9422**

## Report Summary

| | |
|---|---|
| **Report Name :** | DOE Damage Claim Trial Expenses |
| **Employee Name :** | Robert S. Edwards |
| **Report ID :** | 3EBC2B7982C1347EE044 |
| **Employee ID :** | I32494 |
| **Company ID :** | 661F3 |
| **Report Total :** | 1,924.53 USD |

## Receipts to Fax

☑ 11/9/2007; Hotel; 1,641.30 USD;

BOTTOM BOTTOM BOTTOM

**Hotel Monaco Washington D.C.**
700 F Street, NW - Washington D.C. 20004
202.628.7177 - Fax 202.628.7277

EDWARDS, STEVEN

**Room Number:** 349
**Daily Rate:** 279.00
**Room Type:** KGDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 11/04/07 | 11/09/07 | XXXXXXXXXXXX0316 | OVA | INEG | 11160183633 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 11/04/07 | 349 | ROOM CHARGE | #349 EDWARDS, STEVEN | $279.00 |
| 11/04/07 | 349 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/05/07 | 349 | ROOM CHARGE | #349 EDWARDS, STEVEN | $279.00 |
| 11/05/07 | 349 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/06/07 | 349 | ROOM CHARGE | #349 EDWARDS, STEVEN | $279.00 |
| 11/06/07 | 349 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/07/07 | 349 | ROOM CHARGE | #349 EDWARDS, STEVEN | $279.00 |
| 11/07/07 | 349 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/08/07 | 349 | ROOM CHARGE | #349 EDWARDS, STEVEN | $279.00 |
| 11/08/07 | 349 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/09/07 | 349 | MASTERCARD | MASTERCARD | ($1,641.30) |

**CREDIT DUE:** ($44.00)

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

## Progress Energy Expense Report: DOE Damage Claim Trial Expenses

**Employee Name :** Edwards, Robert S.

**Employee ID :** I32494

### Report Header

**Policy Name :** Progress Default

**Business Purpose :** Expenses while participating as witness and company representative at DOE damage claim trial

**Report ID :** 3EBC2B7982C1347EE044

**Receipts Received :** Yes

**Report Date :** 11/12/2007

**Date Submitted :** 11/17/2007

**Exceptions :** No

**Approval Status :** Approved

**Payment Status :** Sent For Payment

**Currency :** US, Dollar

**Expenditure Org :** 01MLHD

### Breakfast

| Date | Expense Type | Description | Vendor | Location | | Payment Method | Amount |
|---|---|---|---|---|---|---|---|
| → 11/5/2007 | Breakfast | | MLB CAFETERIA | Washington, District of Columbia | C | Corporate Card | 5.83 USD |
| → 11/6/2007 | Breakfast | | MLB CAFETERIA | Washington, District of Columbia | C | Corporate Card | 6.36 USD |
| | | | | Washington, | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/7/2007 | Breakfast | | MLB CAFETERIA | District of Columbia | C Corporate Card | 6.82 USD |
| 11/8/2007 | Breakfast | | MLB CAFETERIA | Washington, District of Columbia | C Corporate Card | 6.02 USD |
| 11/9/2007 | Breakfast | | MLB CAFETERIA | Washington, District of Columbia | C Corporate Card | 6.01 USD |
| 11/12/2007 | Breakfast | | HUDSON NEWS - RALEIGH | Raleigh, North Carolina | C Corporate Card | 12.13 USD |
| 11/13/2007 | Breakfast | | MLB CAFETERIA | Washington, District of Columbia | C Corporate Card | 5.35 USD |
| 11/14/2007 | Breakfast | | MLB CAFETERIA | Washington, District of Columbia | C Corporate Card | 8.39 USD |

**Dinner**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Dinner | | DCA MARKETS | Washington, District of Columbia | C Corporate Card | 17.99 USD |
| 11/13/2007 | Dinner | | QDOBA #350 07803Q71 | Washington, District of Columbia | C Corporate Card | 15.40 USD |

**Hotel**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Hotel | | HOTEL MONACO DC | Washington, District of Columbia | C Corporate Card | 1,641.30 USD |

**Lunch**

| Date | Expense Type | Description | Vendor | Location | | Payment Method | Amount |
|---|---|---|---|---|---|---|---|
| 11/5/2007 | Lunch | | COSI # 104 Q24 | Washington, District of Columbia | C | Corporate Card | 9.66 USD |
| 11/6/2007 | Lunch | | COSI # 104 Q24 | Washington, District of Columbia | C | Corporate Card | 9.88 USD |
| 11/7/2007 | Lunch | | COSI # 104 Q24 | Washington, District of Columbia | C | Corporate Card | 11.52 USD |
| 11/8/2007 | Lunch | | AU BON PAIN #064 CAFE | Washington, District of Columbia | C | Corporate Card | 8.66 USD |
| 11/9/2007 | Lunch | | COSI # 104 Q24 | Washington, District of Columbia | C | Corporate Card | 12.18 USD |
| 11/13/2007 | Lunch | | COSI # 104 Q24 | Washington, District of Columbia | C | Corporate Card | 11.85 USD |
| 11/14/2007 | Lunch | | COSI # 104 Q24 | Washington, District of Columbia | C | Corporate Card | 8.56 USD |

**Parking/Tolls**

| Date | Expense Type | Description | Vendor | Location | | Payment Method | Amount |
|---|---|---|---|---|---|---|---|
| 11/9/2007 | Parking/Tolls | | RDU AIRPORT AU98005Q00 | RDU Airport, North Carolina | C | Corporate Card | 60.00 USD |

**Personal Car Mileage**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/4/2007 | Personal Car Mileage | | | | Out of Pocket | 9.70 USD |
| 11/9/2007 | Personal Car Mileage | | | | Out of Pocket | 9.70 USD |
| 11/12/2007 | Personal Car Mileage | | | | Out of Pocket | 9.70 USD |
| 11/16/2007 | Personal Car Mileage | | | | Out of Pocket | 9.70 USD |

**Refreshments**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/12/2007 | Refreshments | Refreshments for team | STARBUCKS USA 00027Q48 | Washington, District of Columbia C | Corporate Card | 21.82 USD |

**Totals**

| | |
|---|---|
| **Report Total :** | 1,924.53 USD |
| **Less Personal Amount :** | 0.00 USD |
| **Amount Claimed :** | 1,924.53 USD |
| **Amount Approved :** | 1,924.53 USD |

**Company Disbursements**

| | |
|---|---|
| **Amount Due Employee :** | 38.80 USD |
| **Amount Due Corporate Card :** | 1,885.73 USD |
| **Total Company Payments :** | 1,924.53 USD |

**Employee Disbursements**

| | |
|---|---|
| **Amount Due Company :** | 0.00 USD |
| **Total Employee Payments :** | 0.00 USD |

Print this page

# Itinerary

BOB KUNITA
Reservation code: CEUPVM

**Travel Arranger Priority Comments:**

*******PLEASE REVIEW YOUR ENTIRE ITINERARY********
******************************************************
** NOTIFY THE TRAVEL CENTER OF ERRORS/CORRECTIONS **
** WITHIN 24HOURS OF YOUR RECEIPT OF THIS EMAIL **
** CHANGE FEES WILL APPLY AFTER 24 HOURS **
******************************************************

## Mon, Nov 5

**Flights: US AIRWAYS, US 3404**
**Operated by US AIRWAYS EXPRESS-REPUBLIC AIRLINES**

| | | | |
|---|---|---|---|
| **From:** | RALEIGH DURHAM, NC (RDU) | **Departs:** | 1:40pm |
| **To:** | WASHINGTON REAGAN, DC (DCA) | **Arrives:** | 2:42pm |
| **Departure Terminal:** | TERMINAL A | **Duration:** | 1 hour(s) and 2 minute (s) |
| **Arrival Terminal:** | TERMINAL C | **Class:** | Economy |
| **Seat(s):** | 06D | **Status:** | Confirmed |
| **Notes:** | | | |
| **Gate:** | | | |
| **Aircraft:** | EMBRAER JET | **Airline Confirmation:** | A05CRT |
| **Meal:** | | **Mileage:** | 226 |
| **Smoking:** | No | **Frequent Flyer:** | |

**Please verify flight times prior to departure**

**Hotel : KC HOTEL MONACO**

| | | | |
|---|---|---|---|
| **Check In:** | Nov 5 | **Check Out:** | Nov 7 |
| **Room(s):** | 01 | **Room Type:** | SINGLE WITH BATH |
| **Guarantee:** | Room is guaranteed for late arrival | **Status:** | On Request |
| **Client.ID:** | | **Corporate Discount #:** | |
| **Address:** | 700 F ST NW<br><br>WASHINGTON DC 20004 | **Phone:** | 202-628-7177/CF-1091695256- |
| | | **Confirmation:** | |
| **Rate:** | 404.00USD / night | | |
| **Notes:** | HOTEL IS GUARANTEED FOR LATE ARRIVAL<br>PLEASE CANCEL BY 24HOURS TO AVOID BILLING<br>MORGAN AND LEWIS RATE CONFIRMED | | |

## Wed, Nov 7

**Flights: US AIRWAYS, US 2461**

Operated by US AIRWAYS EXPRESS-PSA AIRLINES

| | | | |
|---|---|---|---|
| From: | WASHINGTON REAGAN, DC (DCA) | Departs: | 4:55pm |
| To: | RALEIGH DURHAM, NC (RDU) | Arrives: | 6:07pm |
| Departure Terminal: | TERMINAL C | Duration: | 1 hour(s) and 12 minute (s) |
| Arrival Terminal: | TERMINAL A | Class: | Economy |
| Seat(s): | 09D | Status: | Confirmed |
| Notes: | | | |
| Gate: | | | |
| Aircraft: | CRJ-CANADAIR REGIONAL JET | Airline Confirmation: | A05CRT |
| Meal: | | Mileage: | 226 |
| Smoking: | No | Frequent Flyer: | |

Please verify flight times prior to departure

## Wed, May 7

Other:

| | |
|---|---|
| City: | RALEIGH DURHAM, NC (RDU) |
| Status: | Confirmed |
| Information: | THANK YOU FOR USING THE TRAVEL CENTER |

Notes:

THANK YOU FOR USING OMEGA WORLD TRAVEL
FOR TRAVEL ASSISTANCE PLEASE CALL
919-546-2554 OR 888-274-2687 LONG DISTANCE
-**************************************************
THIS RESERVATION WILL BE TICKETED ELECTRONICALLY.
BOARDING PASSES AND PASSENGER RECEIPTS WILL BE ISSUED
AT THE AIRPORT. PLEASE BE PREPARED TO SHOW A PHOTO ID
IF THERE ARE CHANGES OR IF TRIP IS CANCELLED PLEASE
CONTACT THE TRAVEL DEPARTMENT.
YOUR AIRFARE FOR THIS TICKET IS 248.80
-**************************************************
THIS FARE IS 100 PERCENT NON REFUNDABLE AND NOT
GUARANTEED UNTIL TICKETED. ONCE TICKETED,
CHANGES ARE SUBJECT TO FEES IMPOSED BY THE AIRLINES

Sabre virtually there

**Hotel Monaco Washington D.C.**
700 F Street, NW - Washington D.C. 20004
202.628.7177 - Fax 202.628.7277

KUNITA, MR BOB
MORGAN LEWIS & BOCKIUS
101 PARK AVE
NEW YORK, NY 10178 US

**Room Number:** 436
**Daily Rate:** 404.00
**Room Type:** QNDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 11/05/07 | 11/07/07 | XXXXXXXXXXXX0503 | GBP | INEG | 11160186418 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 11/05/07 | 436 | ROOM CHARGE | #436 KUNITA, MR BOB | $404.00 |
| 11/05/07 | 436 | TAX - ROOM - STATE | TAX - ROOM - STATE | $58.58 |
| 11/06/07 | 436 | ROOM CHARGE | #436 KUNITA, MR BOB | $404.00 |
| 11/06/07 | 436 | TAX - ROOM - STATE | TAX - ROOM - STATE | $58.58 |
| 11/07/07 | 436 | MASTERCARD | MASTERCARD | ($925.16) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

TOP TOP TOP

Concur Expense v 7.1.1.15h

# FAX COVER PAGE

(see instruction below)

**Fax this page and your receipts to: 866-556-9422**

## Report Summary

| | |
|---|---|
| **Report Name :** | DOE Trial |
| **Employee Name :** | Alva W. Worthington |
| **Report ID :** | 3C85FAA0C6A4102DE044 |
| **Employee ID :** | I66187 |
| **Company ID :** | 661F3 |
| **Report Total :** | 203.80 USD |

## Receipts to Fax

☐ 10/9/2007; Airfare; 203.80 USD;

BOTTOM BOTTOM BOTTOM

## eTicket Receipt

Print this page | Close window | Help

**Sabre Reservation Code: JXDTKS**

| | | | |
|---|---|---|---|
| Ticket number: | 0017080739914 | Issuing agent: | RALEIGH NC |
| Issuing airline: | AMERICAN AIRLINES | Issuing agent: | FY5A/AAL |
| | | IATA number: | 34579801 |
| Date issued: | 09OCT07 | Invoice number: | 0078866 |
| Tour Code: | IT520493 | | |
| Customer number: | RPKPROGRES | | |

**Passenger: WORTHINGTON/ALVA W [166187]**

**06NOV07 AMERICAN AIRLINES AA 4630**
From: RALEIGH DURHAM, NC Departs:145P Economy Confirmed
To: WASHINGTON.REAGAN, DC Arrives: 245P Fare basis: QO14AA3N
**Operated by: AMERICAN EAGLE**
**Airline Confirmation: JXDTKS**
Not valid before: 06NOV
Not valid after: 06NOV

**08NOV07 AMERICAN AIRLINES AA 4667**
From: WASHINGTON REAGAN, DC Departs:125P Economy Confirmed
To: RALEIGH DURHAM, NC Arrives: 230P Fare basis: NR14PN
**Operated by: AMERICAN EAGLE**
**Airline Confirmation: JXDTKS**

**Form of payment:** Credit Card - Mastercard: XXXXXXXXXXXX 3464

Endorsement / restrictions: NONREF/CHGFEEPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

Fare calculation line:
RDU AA WAS82.79QO14AA3N AA RDU87.44NR14PN 170.23 END ZPRDUDCA
XT5.00AY9.00XFRDU4.5DCA4.5

| | |
|---|---|
| **Fare:** | **USD 170.23** |
| **Taxes/fees/charges** | |
| **Taxes/fees/charges:** | **USD 12.77 US US Transportation Tax** |
| **Taxes/fees/charges:** | **USD 6.80 ZP US Segment Tax** |
| **Taxes/fees/charges:** | **USD 14.00 XT Combined Taxes** |
| **Total:** | **USD 203.80** |

**Positive identification required for airport check in**

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Important legal notices

**Expense List for report: DOE Trial**

This page lists all expenses created in this report. To edit or view an expense, click the expense type. Click **Itemize** to view or edit the itemized entries for the expense type. **By approving this report, I attest I have reviewed accounting and receipts (if required).**

Hide Instructions

Print Report | View Receipts

**Report Header Information**

| | | | |
|---|---|---|---|
| **Report Name:** | DOE Trial | **Approval Status:** | Approved |
| **Report Date:** | 10/15/2007 | **Payment Status:** | Sent For Payment |

| Actions | Transaction Date | Expense Type | Business Purpose | City | Payment Type | Approved Amount | Project | Task | Expenditure Org | Expenditure Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10/9/2007 | Airfare | | Raleigh, North Carolina | Corporate Card | 203.80 USD | 20029088 | B2410 | 98104D | OML |

Rows found: 1

Expense Report List

concur TECHNOLOGIES

©2004 Concur Technologies, Inc., Redmond, WA U.S.A. All rights reserved.
Version : 7.1.1.15h

TOP TOP TOP

Concur Expense v 7.1.1.15h

# FAX COVER PAGE

(see instruction below)

**Fax this page and your receipts to: 866-556-9422**

## Report Summary

| | |
|---|---|
| **Report Name :** | DOE Trial |
| **Employee Name :** | Alva W. Worthington |
| **Report ID :** | 3E825506777B2C14E044 |
| **Employee ID :** | I66187 |
| **Company ID :** | 661F3 |
| **Report Total :** | 703.78 USD |

## Receipts to Fax

☐ 11/8/2007; Hotel; 655.67 USD;

BOTTOM BOTTOM BOTTOM

Hotel Monaco Washington D.C.

WORTHINGTON, ALVA W

**Folio Number:** 11160184694
**Balance:** $655.67
**Payment:** MC XXXXXXXXXXXX3464 05/(

| DATE | ROOM NO. | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/06/07 | 447 | ROOM CHARGE | #447 WORTHINGTON, ALVA W | $279.00 |
| 11/06/07 | 447 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/07/07 | 447 | POSTE BRASSERIE | 447/2011/08:30/POSTE BRASSERIE | $16.75 |
| 11/07/07 | 447 | ROOM CHARGE | #447 WORTHINGTON, ALVA W | $279.00 |
| 11/07/07 | 447 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |

**TOTAL DUE:** $655.67

**Expense List for report: DOE Trial**

This page lists all expenses created in this report. To edit or view an expense, click the expense type. Click **Itemize** to view or edit the itemized entries for the expense type. **By approving this report, I attest I have reviewed accounting and receipts (if required).**

Hide Instructions

Print Report | View Receipts

**Report Header Information**

| | | | |
|---|---|---|---|
| **Report Name:** | DOE Trial | **Approval Status:** | Approved |
| **Report Date:** | 11/9/2007 | **Payment Status:** | Sent For Payment |

| Actions | Transaction Date | Expense Type | Business Purpose | City | Payment Type | Approved Amount | Project | Task | Expenditure Org | Expenditure Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | 11/7/2007 | Lunch | | Washington, District of Columbia | Corporate Card | 9.22 USD | 20029088 | B2410 | 01MLHD | OML |
| | 11/7/2007 | Taxi/Bus/Train | | Washington, District of Columbia | Out of Pocket | 6.00 USD | 20029088 | B2410 | 01MLHD | OML |
| | 11/8/2007 | Parking/Tolls | | RDU Airport, North Carolina | Corporate Card | 23.00 USD | 20029088 | B2410 | 01MLHD | OML |
| | 11/8/2007 | Breakfast | | Washington, District of Columbia | Corporate Card | 3.30 USD | 20029088 | B2410 | 01MLHD | OML |
| | 11/8/2007 | Hotel | | Washington, District of Columbia | Corporate Card | 655.67 USD | 20029088 | B2410 | 01MLHD | OML |
| | 11/8/2007 | Parking/Tolls | | RDU Airport, North Carolina | Corporate Card | 1.00 USD | 20029088 | B2410 | 01MLHD | OML |
| | 11/8/2007 | Lunch | | Washington, District of Columbia | Corporate Card | 5.59 USD | 20029088 | B2410 | 01MLHD | OML |

Rows found: 7

Expense Report List

concur TECHNOLOGIES

©2004 Concur Technologies, Inc., Redmond, WA U.S.A. All rights reserved.
Version : 7.1.1.15h

Progress Energy Expense Reporting



TOP TOP TOP

Concur Expense v 7.1.1.15h

# FAX COVER PAGE

(see instruction below)

**Fax this page and your receipts to: 866-556-9422**

## Report Summary

| | |
|---|---|
| **Report Name :** | DC law |
| **Employee Name :** | Michael W. Culver |
| **Report ID :** | 3ECDE0686DF16568E044 |
| **Employee ID :** | OT00761 |
| **Company ID :** | 661F3 |
| **Report Total :** | 1,443.51 USD |

## Receipts to Fax

- ☑ 11/6/2007; Hotel; 638.92 USD;
- ☑ 11/6/2007; Airfare; 470.80 USD;
- ☑ 11/7/2007; Airfare; 104.00 USD;

BOTTOM BOTTOM BOTTOM

travelocity

## Your Trip Details

### Know Before You Go

- Print this page and keep for your records.
- Read the policies.

Note: We sent a confirmation message to the email address you provided: (**culver@xtalwind.net**).

**Your Travelocity Trip ID is:** 7730 7984 8132

Your phone number for this trip: 352.795.0597

**This is an e-ticket, so no paper ticket will be mailed to you. What is an e-ticket?**

**Please note:** Seat requests are not guaranteed and may be changed by the airline.

### Itinerary

Primary Contact: Michael Culver
For questions about this itinerary, call 1-888-872-8356

**Travel Tools:**
Online flight check-in | Look up flight status

All flight times are local to each city.

**Confirmation #: FSTDFZ**

For your boarding pass, use reference code **FLPK4X** for online or airport check-in.

**Tue, Nov 6, 2007** — **Tampa International Airport (TPA) to Washington Ronald Reagan National Airport (DCA)**

Depart: 11:15am
Arrive: 01:23pm

Tampa, FL (TPA) to
Washington, DC (DCA)

**US Airways**
Flight 1468 (on Airbus A319)
Confirmation #: FLPK4X
View fare rules

Class of Service: Economy
Requested Seats: 15C
Total Travel Time: 2 hrs 8 mins

For your boarding pass, use reference code **FLPK4X** for online or airport check-in.

**Thu, Nov 8, 2007** — **Washington Ronald Reagan National Airport (DCA) to Tampa International Airport (TPA)**

Depart: 10:15am
Arrive: 12:41pm

Washington, DC (DCA) to
Tampa, FL (TPA)

**US Airways**
Flight 1491 (on Airbus A319)
Confirmation #: FLPK4X
View fare rules

Class of Service: Economy
Requested Seats: 21A
Total Travel Time: 2 hrs 26 mins

**Passenger Name**
Michael Culver

**Frequent Flyer Information**
You can add your frequent flyer number at the airport.

Pricing

| | |
|---|---|
| 1 Adult: | $411.16 |
| Taxes & Fees: | $59.64 |
| **Total:** | **$470.80*** |

We charged a total of $470.80 to your VISA XXXX-XXXX-XXXX-2637.

## Travel Alert!

The TSA has adjusted its ban on **liquids, aerosols, and gels,** so you can now carry the following items on board your flight:

- **Travel-size toiletries (3 ounces or less) that fit comfortably in a quart-size, clear plastic zip-top bag.** One zip-top bag is permitted per passenger. Beverages and other items purchased in the secure boarding area.
- At the security checkpoint, place the zip-top bag of liquids in a bin or on the conveyor belt for inspection.
- Passengers carrying on larger amounts of **prescription liquid medications, baby formula, and diabetic glucose treatments** must declare these at the security checkpoint for additional screening.

**Arrive at the airport early.** Enhanced security measures may mean longer lines at security checkpoints. **This new security policy applies to all domestic and international flights departing from U.S. airports.** We always recommend checking the TSA Web site (www.tsa.gov) for the most up-to-date information about security procedures. If you are departing from a non-U.S. airport, be sure to check that airport's security policies and pack accordingly.

### Travel Checklist

- **Printed itinerary**—As you will not receive a paper ticket, we suggest you print this page to take along with you on your trip.
- **Photo ID**—Every passenger must have a valid government-issued photo ID (such as a drivers license or passport). Please note that the name on the photo ID must match the passenger name in the reservation.
- **Terminal/gate information**—Check with the airline for updated terminal/gate information the day of your travel. Also please note, you can verify the flight status online. Due to increased security measures you should plan to arrive at the airport two hours prior to departure.
- **What to expect at the airport**—The airline will issue your boarding pass upon check-in. Some airlines allow you to pre-print your boarding pass with an online check-in feature.
- **Baggage guidelines**—Be sure to review your airlines baggage allowance guidelines. Airline rules for checked baggage allowances vary. Many carriers allow passengers two checked bags and one carry-on while some only permit two checked bags. All carry-on baggage will be subject to search. Review the Transportation Security Administrations guidelines for baggage.

### Instructions and Policies

#### General Policies

- **Once the ticket has been issued the name on the ticket cannot be changed.**
- There is a fee to change this ticket.
- This price includes a nonrefundable $8.00 service fee, which may be charged separately to my credit card.

▸ **Change Policies**

▸ **Cancellation Policies**

▸ **Domestic Flight Notice**

▸ **International Flight (Warsaw Convention) Notice**

### Help

**Online Support:** Search or browse our FAQs | Send us an email
Please refer to trip ID 7730 7984 8132 when calling Travelocity's Customer Service Center.

Note: There may be a penalty and/or charges for reservation changes.

In the US 1.888.872.8356 24 hours a day / 7 days a week

# Progress Energy Corporation
# OneCard Expense Lost Receipt

***FAX completed form with Fax Cover Page to 866-556-9422***

| | |
|---|---|
| **Cardholder's First Name:** Michael | **Cardholder's Last Name:** Culver |
| **Cardholder's Corporate ID:** OTØØ761 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 | **Last Four Digits of Card Number:** N/A |
| **Merchant Name:** Travelocity / US Airways | |
| **Merchant Location:** Washington, DC purchase | |
| **Date of Purchase:** 11/7/07. | **Purchase Amount:** $104.00 |
| **Detailed Purchase Description:** Original return flight was 11/8/07 at 10:15 AM. This had to be revised to support testimony the morning of 11/8/07. Flight revision was made by phone, no receipts were available. Card statement showing charges attached. | |

**I certify that the above expense was incurred while conducting company business. The original receipt has been lost, misplaced or was never provided to me. This form will serve as documentation of the noted expense.**

[signature]

**Employee Signature**

My Accounts | My Profile | Help | Contact Us

My Accounts: Platinum Plus Visa ending in 2637 GO

**FIA Card Services**

WORL
POINT

Snapshot

Platinum Plus Visa ending in 2637
MICHAEL CULVER

Quick Links: Transfer Balances

As of November 13, 2007 8:41 ET

**Cash or Credit Available:** [redacted]

Current Balance: [redacted]

Temporary Authorizations: [redacted]

Credit Line: [redacted]

**Total Minimum Payment:** $0.00 due 11/17/2007

Past Due Amount: $0.00

Last Statement Balance: [redacted]

Last Payment Posted: [redacted]

Points Available: [redacted]

Transfer & Save | Request Increase | Pay Online | View Statements

Low APR balance transfer

0%† Act Now!
Transfer balances from oth
interest rate accounts and
Click here to consolidate n

Shop Online with confid
Use a temporary account n
secure your online purcha
here to go to ShopSafe no

now that you're
in to fiscardson
make a paym

**Recent Activity**

**Next Statement Closing Date: Novem**

| Posting Date | Transaction Date | Ref # | Card Type | Category | Transactions | Charges |
|---|---|---|---|---|---|---|
| | | | | | ***** POSTED TRANSACTIONS ***** | |
| [redacted] | | | | | | |
| 10/30/2007 | 10/28/2007 | 6990 | VS | C | CHILI'S GRI87500008755 - CRYSTAL RIVER FL | $33.94 |
| [redacted] | | | | | | |
| 11/05/2007 | 11/03/2007 | 3857 | VS | C | TRAVELOCITY.COM - 800-256-9089 TX | $8.00 |
| [redacted] | | | | | | |
| 11/05/2007 | 11/03/2007 | 3767 | VS | C | USAIRWAYS 0377089288 - SAN ANTONIO TX | $482.80 |
| [redacted] | | | | | | |
| 11/09/2007 | 11/08/2007 | 0234 | VS | C | HOTEL MONACO DC - WASHINGTON DC | $699.70 |
| [redacted] | | | | | | |
| 11/10/2007 | 11/08/2007 | 7005 | VS | C | AMPCO PARKING TAMPA IN - TAMPA FL | $45.00 |
| [redacted] | | | | | | |
| | | | | | **** TEMPORARY AUTHORIZATIONS **** | |
| [redacted] | | | | | | |
| | 11/09/2007 | TEMP | | | WOMEN OF FAITH 2 - PLANO | $45.00 |
| [redacted] | | | | | | |
| | 11/10/2007 | TEMP | | | Applebee s Crystal River - Crystal River | $39.14 |
| [redacted] | | | | | | |

**In Case of Errors or Questions About Your Recent Activity**
If your recent activity contains an error or if you have a problem with the goods or services that you purchased with you contact us.

Page 1 of 1

**Hotel Monaco Washington D.C.**
700 F Street, NW - Washington D.C. 20004
202.628.7177 - Fax 202.628.7277

CULVER, MICHAEL

**Room Number:** 212
**Daily Rate:** 279.00
**Room Type:** QNDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|
| 11/06/07 | 11/08/07 | XXXXXXXXXXXX2637 | OVA | INEG | 11160184840 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | [illegible] |
|---|---|---|---|---|
| 11/06/07 | 212 | LOCAL CALL | 212/14:50/1/2027395308 | $1.00 |
| 11/06/07 | 212 | LOCAL CALL | 212/15:16/1/2368779 | $1.00 |
| 11/06/07 | 212 | LONG DISTANCE | 212/16:21/1/3527950597 | $8.82 |
| 11/06/07 | 212 | LONG DISTANCE | 212/16:21/2/3526341209 | $10.15 |
| 11/06/07 | 212 | LONG DISTANCE | 212/20:18/7/3527950597 | $16.83 |
| 11/06/07 | 212 | ROOM CHARGE | #212 CULVER, MICHAEL | $279.00 |
| 11/06/07 | 212 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/07/07 | 212 | LONG DISTANCE | 212/19:54/4/3527950597 | $12.83 |
| 11/07/07 | 212 | LONG DISTANCE | 212/19:58/2/3524647333 | $10.15 |
| 11/07/07 | 212 | ROOM CHARGE | #212 CULVER, MICHAEL | $279.00 |
| 11/07/07 | 212 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/08/07 | 212 | VISA | VISA | ($699.70) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

## Progress Energy Expense Report: DC law

**Employee Name :** Culver, Michael W.
**Employee ID :** OT00761

### Report Header

**Policy Name :** Progress Default
**Business Purpose :** Legal testimony in DOE suit
**Report ID :** 3ECDE0686DF16568E044
**Receipts Received :** Yes
**Report Date :** 11/13/2007
**Date Submitted :** 11/19/2007
**Exceptions :** No
**Approval Status :** Approved
**Payment Status :** Sent For Payment
**Currency :** US, Dollar
**Expenditure Org :** 60485D

### Airfare

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/6/2007 | Airfare | Testimony in DC | U.S. Airways | Washington, District of Columbia | Out of Pocket | 470.80 USD |
| 11/7/2007 | Airfare | Testimony in DC | U.S. Airways | Washington, District of Columbia | Out of Pocket | 104.00 USD |

### Breakfast

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/7/2007 | Breakfast | DOE trial testimony | COSI | Washington, District of Columbia | Out of Pocket | 4.00 USD |

**Dinner**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/8/2007 | Dinner | DOE trial testimony | Airport - 5 guys from Italy | Washington, District of Columbia | Out of Pocket | 9.50 USD |

**Hotel**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/6/2007 | Hotel | Hotel monaco | Monaco | Washington, District of Columbia | Out of Pocket | 638.92 USD |

**Hotel Telephone Charges**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/6/2007 | Hotel Telephone Charges | arrival call; contact lawyers | Hotel phone | Washington, District of Columbia | Out of Pocket | 37.80 USD |
| 11/6/2007 | Hotel Telephone Charges | Flight changes | Hotel Monaco | Washington, District of Columbia | Out of Pocket | 22.98 USD |

**Lunch**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/6/2007 | Lunch | DOE trial testimony | TIA restaurant | Tampa, Florida | Out of Pocket | 6.50 USD |
| 11/7/2007 | Lunch | DOE trial testimony | COSI | Washington, District of Columbia | Out of Pocket | 8.00 USD |
| 11/8/2007 | Lunch | DOE trial testimony | McDonalds | Washington, District of Columbia | Out of Pocket | 2.00 USD |

**Parking/Tolls**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/6/2007 | Parking/Tolls | Travel to TIA | Suncoast Parkway | Tampa, Florida | Out of Pocket | 4.75 USD |
| 11/8/2007 | Parking/Tolls | Travel home | Suncoast Parkway | Washington, District of Columbia | Out of Pocket | 4.75 USD |
| 11/8/2007 | Parking/Tolls | Parking at TIA | TIA Parking | Tampa, Florida | Out of Pocket | 45.00 USD |

**Personal Car Mileage**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/6/2007 | Personal Car Mileage | Travel to TIA | | | Out of Pocket | 40.26 USD |
| 11/8/2007 | Personal Car Mileage | Travel home | | | Out of Pocket | 40.26 USD |

**Taxi/Bus/Train**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/6/2007 | Taxi/Bus/Train | Travel in DC | Metro | Washington, District of Columbia | Out of Pocket | 4.00 USD |

**Totals**

| | |
|---|---|
| **Report Total :** | 1,443.52 USD |
| **Less Personal Amount :** | 0.00 USD |
| **Amount Claimed :** | 1,443.52 USD |
| **Amount Approved :** | 1,443.52 USD |

**Company Disbursements**

| | |
|---|---|
| **Amount Due Employee :** | 1,443.52 USD |
| **Total Company Payments :** | 1,443.52 USD |

**Employee Disbursements**

| | |
|---|---|
| **Amount Due Company :** | 0.00 USD |
| **Total Employee Payments :** | 0.00 USD |