TOP TOP TOP

Concur Expense v 7.1.1.15h

# FAX COVER PAGE

(see instruction below)

**Fax this page and your receipts to:**
**866-556-9422**

## Report Summary

| | |
|---|---|
| **Report Name :** | DOJ lawsuit |
| **Employee Name :** | Dean L. Tibbitts |
| **Report ID :** | 3EBB358BC54D6A9FE044 |
| **Employee ID :** | I24871 |
| **Company ID :** | 661F3 |
| **Report Total :** | 1,049.71 USD |

## Receipts to Fax

- ☐ 10/24/2007; Airfare; 288.80 USD;
- ☐ 11/9/2007; Hotel; 638.92 USD;

BOTTOM BOTTOM BOTTOM

## eTicket Receipt

Print this page | Close window | Help

| | | | |
|---|---|---|---|
| **Sabre Reservation Code:** | **FVBCKB** | Issuing agent: | RALEIGH NC |
| Ticket number: | 0377084373482 | Issuing agent: | FY5A/ASG |
| Issuing airline: | US AIRWAYS | IATA number: | 34579801 |
| Date issued: | 24OCT07 | Invoice number: | 0079860 |
| Customer number: | RPKPROGRES | | |

**Passenger: TIBBITTS/DEAN [I24871]**

**07NOV07 US AIRWAYS US 3404**

| | | | | | |
|---|---|---|---|---|---|
| From: | RALEIGH DURHAM, NC | TERMINAL A | Departs:140P | Economy Confirmed | |
| To: | WASHINGTON REAGAN, DC | TERMINAL C | Arrives: 242P | Fare basis: UXRUNA2 | |
| | | Seat: Check-in Required | | | Not valid before: 07NOV |
| | | | | Not valid after: 07NOV | |

**09NOV07 US AIRWAYS US 3767**

| | | | | | |
|---|---|---|---|---|---|
| From: | WASHINGTON REAGAN, DC | TERMINAL C | Departs:730P | Economy Confirmed | |
| To: | RALEIGH DURHAM, NC | TERMINAL A | Arrives: 841P | Fare basis: TXR7NA2 | |
| | | Seat: Check-in Required | | | Not valid before: 08NOV |

**Form of payment:** Credit Card - Mastercard: XXXXXXXXXXXX 5285

Endorsement / restrictions: STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/

Fare calculation line:
RDU US WAS96.75UXRUNA2 US RDU152.56TXR7NA2 249.31 END ZPRDUDCA
XT5.00AY9.00XFRDU4.5DCA4.5

| | |
|---|---|
| **Fare:** | **USD 249.31** |
| **Taxes/fees/charges** | |
| **Taxes/fees/charges:** | **USD 18.69 US US Transportation Tax** |
| **Taxes/fees/charges:** | **USD 6.80 ZP US Segment Tax** |
| **Taxes/fees/charges:** | **USD 14.00 XT Combined Taxes** |
| **Total:** | **USD 288.80** |

**Positive identification required for airport check in**

**Hotel Monaco Washington D.C.**
700 F Street, NW - Washington D.C. 20004
202.628.7177 - Fax 202.628.7277

TIBBITTS, DEAN
MORGAN LEWIS
370 LEXINGTON AVENUE
NEW YORK, NY 10017 US

**Room Number:** 351
**Daily Rate:** 279.00
**Room Type:** QNDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 11/07/07 | 11/09/07 | XXXXXXXXXXXX5285 | OVA | INEG | 11160186672 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 11/07/07 | 351 | ROOM CHARGE | #351 TIBBITTS, DEAN | $279.00 |
| 11/07/07 | 351 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/08/07 | 351 | ROOM CHARGE | #351 TIBBITTS, DEAN | $279.00 |
| 11/08/07 | 351 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/09/07 | 351 | MASTERCARD | MASTERCARD | ($638.92) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

# Progress Energy Expense Report: DOJ lawsuit

**Employee Name :** Tibbitts, Dean L.
**Employee ID :** I24871

## Report Header

**Policy Name :** Progress Default
**Business Purpose :** Testify as witness in trial of PGN v. DOJ (DOE) on costs of CCW improvements
**Report ID :** 3EBB358BC54D6A9FE044
**Receipts Received :** Yes
**Report Date :** 11/12/2007
**Date Submitted :** 11/16/2007
**Exceptions :** No
**Approval Status :** Approved
**Payment Status :** Sent For Payment
**Currency :** US, Dollar
**Expenditure Org :** 01J31D

## Airfare

| Date | Expense Type | Description | Vendor | Location | | Payment Method | Amount |
|---|---|---|---|---|---|---|---|
| 10/24/2007 | Airfare | DOJ litigation | USAIRWAY 0377084373482 | Raleigh, North Carolina | C | Corporate Card | 288.80 USD |

## Breakfast

**Expense** **Payment**

| Date | Type | Description | Vendor | Location | Method | Amount |
|---|---|---|---|---|---|---|
| 11/8/2007 | Breakfast | DOJ litigation | Morgan- Lewis Cafeteria | Washington, District of Columbia | Out of Pocket | 4.30 USD |
| 11/9/2007 | Breakfast | DOJ litigation | Bagel place | Washington, District of Columbia | Out of Pocket | 5.50 USD |

**Hotel**

| Date | Expense Type | Description | Vendor | Location | | Payment Method | Amount |
|---|---|---|---|---|---|---|---|
| 11/9/2007 | Hotel | DOJ Lawsuit DC trip | HOTEL MONACO DC | Washington, District of Columbia | C | Corporate Card | 638.92 USD |

**Lunch**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/7/2007 | Lunch | DOJ litigation | RDU food service stall | Raleigh, North Carolina | Out of Pocket | 5.50 USD |
| 11/8/2007 | Lunch | DOJ litigation | Bagel & soup place | Washington, District of Columbia | Out of Pocket | 8.00 USD |
| 11/9/2007 | Lunch | DOJ litigation | DCA food vendor | Washington, District of Columbia | Out of Pocket | 7.50 USD |

**Parking/Tolls**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| | | DOJ Lawsuit | RDU AIRPORT | RDU Airport, | Corporate | 30.00 USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/10/2007 | Parking/Tolls | DC trip | AU98005Q00 | North Carolina | C Card | |

**Personal Car Mileage**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/7/2007 | Personal Car Mileage | DOJ litigation | | | Out of Pocket | 8.73 USD |
| 11/10/2007 | Personal Car Mileage | DOJ litigation | | | Out of Pocket | 17.46 USD |

**Taxi/Bus/Train**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/7/2007 | Taxi/Bus/Train | DOJ litigation | DC Metro | Washington, District of Columbia | Out of Pocket | 5.00 USD |
| 11/9/2007 | Taxi/Bus/Train | DOJ litigation | airport Taxi | Raleigh, North Carolina | Out of Pocket | 30.00 USD |

**Totals**

| | |
|---|---|
| **Report Total :** | 1,049.71 USD |
| **Less Personal Amount :** | 0.00 USD |
| **Amount Claimed :** | 1,049.71 USD |
| **Amount Approved :** | 1,049.71 USD |

**Company Disbursements**

| | |
|---|---|
| **Amount Due Employee :** | 91.99 USD |
| **Amount Due Corporate Card :** | 957.72 USD |
| **Total Company Payments :** | 1,049.71 USD |

**Employee Disbursements**

| | |
|---|---|
| **Amount Due Company :** | 0.00 USD |
| **Total Employee Payments :** | 0.00 USD |

You have won our hourly prize.
Click the "Next" button to claim it before time runs out.
CLICK NEXT NOW
Next >

# Message



**From:** US Airways <reservations@myusairways.com> [Add to Address Book]
**To:** tomlehmann@peoplepc.com
**Subject:** US Airways Travel Confirmation
**Date:** Oct 3, 2007 11:50 AM

Please add reservations@myusairways.com to your personal address book to ensure delivery. Please do not reply to this e-mail.




Quick Links:
- Web Check-in
- Book travel
- Car reservations
- Hotel reservations
- Join Dividend Miles
- My Dividend Miles
- Credit Cards
- US Airways Club
- Travel Protection










## Travel Confirmation: EL3EK6

Thank you for flying US Airways. Your purchase is now complete and your reservation has been electronically ticketed. No paper tickets will be sent. For customer assistance, please call 800-428-4322.

Download your reservation to Outlook

| | |
|---|---|
| CONFIRMATION | EL3EK6 |
| Date Issued | 10/03/07 at 08:41 AM |
| Form of Payment | Visa xxxxxxxxxxxx3069 |
| Grand Total | $297.30 |

Hertz
Rent Wisely.
SPECIAL OFFERS

**Travel Protection**
Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions. Put your mind at ease - buy your coverage now!

Passenger Information

| Party of 1 | Dividend Miles # | Ticket # | Seat # |
|---|---|---|---|
| LEHMANN/THOMAS | | 3721472867814 | |

Flight Itinerary

| Depart | Flight # | From | To | Arrive | Details |
|---|---|---|---|---|---|
| 07:00 AM Wed, Nov 07 | 1908 | PBI/WEST PALM BEACH, FL To Be Determined | DCA/WASHINGTON D.C., DC | 09:18 AM Wed, Nov 07 | Meal: Class: Coach |
| 10:10 AM Fri, Nov 09 | 1223 | DCA/WASHINGTON D.C., DC To Be Determined | PBI/WEST PALM BEACH, FL | 12:43 PM Fri, Nov 09 | Meal: Class: Coach |

| 1 Passenger(s) | |
|---|---|
| Fare | $258.61 |
| Taxes & Fees | $38.69 |
| Grand Total | $297.30 |

**Need luggage or travel accessories for your trip?** Visit the Dividend Miles Shopping Mall and earn up to 15 miles per dollar spent!

**Terms and Conditions**
- Ticket expires one year from date of issue.
- TICKETS ARE NON-REFUNDABLE
- PENALTY FOR CHANGE

**Time saver tips**
- Check out all our time saver tips.
- Traveling internationally? Review our international travel advisory.
- Skip the ticket counter with Web Check-in and print your boarding pass online.
- Pack like a pro with our baggage and carry-on policies.
- Make sure you're at the airport by our recommended airport arrival time.
- You must have your boarding pass to get through the security checkpoint. Learn more about the TSA Checkpoint Protocols.
- Change in your plans? Modify your reservation online.
- Your electronic ticket has been issued. Neither a paper ticket nor receipt will be sent by U.S. Mail. An electronic receipt has been sent to the e-mail address provided. Please print this itinerary and bring it to the airport when you check-in.
- Please cancel your reservation if there is a change in your travel plans. Failure to cancel a confirmed booking will result in the automatic cancellation of your entire itinerary.

**Rules of Carriage**
- To view, download or print the full document, visit the Contract of Carriage page.

ADVERTISEMENT
I want a $90,000 Mortgage for Under $499 /Month!
House Payments Fall Again!
Click Your State
AL AK AZ AR CA CO CT DE DC FL GA HI ID IL IN IA KS KY LA ME MD MA MI MN MS MO MT NE NV NH NJ NM NY NC ND OH OK OR PA RI SC SD TN TX UT VT VA WA WV WI WY
LowerMyBills.com



GUEST FOLIO

Marriott.
HOTELS & RESORTS

| Room | Name | Rate | Depart | Time | ACCT# |
| --- | --- | --- | --- | --- | --- |
| 1527 | LEHMANN/THOMAS | 309.00 | 11/09/07 | 08:13 | 19549 |

| Type | Arrive | Time |
| --- | --- | --- |
| NKGC | 11/07/07 | 17:05 |

Room Clerk: 23

Address

Payment: PASSPORT: BKXXXXXXXXXXXX3069

MR#: XXXXX2952

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
| --- | --- | --- | --- | --- | --- |
| 11/07 | REGATTA | 78731527 | 41.30 (handwritten: Dinner) | | |
| 11/07 | ROOM | 1527, 1 | 309.00 | | |
| 11/07 | RM TAX | 1527, 1 | 44.81 | | |
| 11/08 | M GRILLE | 45241527 | 14.55 (handwritten: Breakfast) | | |
| 11/08 | M GRILLE | 45901527 | 70.60 (handwritten: Dinner) | | |
| 11/08 | ROOM | 1527, 1 | 309.00 | | |
| 11/08 | RM TAX | 1527, 1 | 44.81 | | |
| 11/09 | M GRILLE | 46031527 | 14.55 (handwritten: Breakfast) | | |
| 11/09 | CCARD-BK | | | 848.62 XXXXXXXXXXXX3069 | |
| | SETTLED TO: | VISA | | | |
| | | | | | .00 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

A window of opportunity awaits . . . MegaBonus is here until Jan 18.
MegaBonus is the easiest way to earn thousands of bonus
points towards your dream vacation. . . don't keep it waiting.
Sign in to MarriottRewards.com for more details and registration.

Planning a board meeting, a retreat, or possibly a wedding?
Make it even more rewarding by earning 25,000 bonus points
with each qualifying event. It can't get any easier to be rewarded!
Register by February 29, 2008 at MarriottRewards.com/MeetingMaker

THANK YOU FOR STAYING WITH MARRIOTT! YOUR MARRIOTT REWARDS
POINTS/MILES EARNED FOR THIS STAY WILL BE CREDITED TO YOUR
ACCOUNT AND WILL APPEAR ON YOUR NEXT STATEMENT. TO CHECK
YOUR BALANCE OR VIEW MEMBER EXCLUSIVE OFFERS, LOG ON TO
WWW.MARRIOTTREWARDS.COM.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The
credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you
are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5%
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X______________________________________

To secure your next stay, go to Marriott.com.

7-2955 Rev. 09/07

11/7 - Breakfast 9.65

11/7 Lunch

HMSHOST
ATLANTA BLUES
ATLANTA HARTSFIELD INT'L AIRPORT
CHECK: 7133
TABLE: 2/1
SERVER: 7412 Donald
DATE: NOV07'07 1:10PM
CARD TYPE: VISA A0 4*
ACCT #: XXXXXXXXXXXX3069
EXP DATE: XX/XX
AUTH CODE: 07973C
THOMAS LEHMANN

TOTAL: 17.20

TIP 3.00

TOTAL 20.20

X
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT

11/7 Dinner 41.30 (on Marriott Bill)
11/8 Breakfast 14.55 (on Marriott Bill)
11/8 Lunch 10.20
11/8 Dinner 70.60 (on Marriott Bill)
11/9 Breakfast 14.55 (on Marriott Bill)
11/9 Lunch 23.13
11/9 Dinner 18.70
Meals → $222.88

TOP TOP TOP Concur Expense v 7.1.1.15h

# FAX COVER PAGE

(see instruction below)

**Fax this page and your receipts to: 866-556-9422**

## Report Summary

| | |
|---|---|
| **Report Name :** | SFP Rerack Testimony |
| **Employee Name :** | Ted E. Williams |
| **Report ID :** | 3F3B94540FC92125E044 |
| **Employee ID :** | OT01459 |
| **Company ID :** | 661F3 |
| **Report Total :** | 908.21 USD |

## Receipts to Fax

- ☐ 10/31/2007; Airfare; 413.80 USD;
- ☐ 11/9/2007; Airfare; 25.00 USD;
- ☐ 11/9/2007; Hotel; 319.46 USD;

BOTTOM BOTTOM BOTTOM

Print this page

# Itinerary

TED WILLIAMS
Reservation code: CFGYTJ

**Travel Arranger Priority Comments:**

******************************************************
******************************************************
*******PLEASE REVIEW YOUR ENTIRE ITINERARY********
******************************************************
******************************************************
** NOTIFY THE TRAVEL CENTER OF ERRORS/CORRECTIONS **
** WITHIN 24 HOURS OF RECEIPT OF THIS EMAIL **
** CHANGE FEES WILL APPLY AFTER 24 HRS **
******************************************************

## Thu, Nov 8

**Flights: US AIRWAYS, US 1468**

| | | | |
|---|---|---|---|
| **From:** | TAMPA, FL (TPA) | **Departs:** | 11:15am |
| **To:** | WASHINGTON REAGAN, DC (DCA) | **Arrives:** | 1:23pm |
| **Departure Terminal:** | | **Duration:** | 2 hour(s) and 8 minute (s) |
| **Arrival Terminal:** | TERMINAL C | **Class:** | Economy |
| **Seat(s):** | 21C | **Status:** | Confirmed |
| **Notes:** | | | |
| **Gate:** | | | |
| **Aircraft:** | AIRBUS INDUSTRIE A319 JET | **Airline Confirmation:** | E789LR |
| **Meal:** | | **Mileage:** | 818 |
| **Smoking:** | No | **Frequent Flyer:** | |

**Please verify flight times prior to departure**

## Fri, Nov 9

**Flights: US AIRWAYS, US 1645**

| | | | |
|---|---|---|---|
| **From:** | WASHINGTON REAGAN, DC (DCA) | **Departs:** | 7:20pm |
| **To:** | TAMPA, FL (TPA) | **Arrives:** | 9:45pm |
| **Departure Terminal:** | TERMINAL C | **Duration:** | 2 hour(s) and 25 minute (s) |
| **Arrival Terminal:** | | **Class:** | Economy |
| **Seat(s):** | 18D | **Status:** | Confirmed |
| **Notes:** | | | |
| **Gate:** | | | |
| **Aircraft:** | AIRBUS INDUSTRIE A319 JET | **Airline Confirmation:** | E789LR |
| **Meal:** | | **Mileage:** | 818 |
| **Smoking:** | No | **Frequent Flyer:** | |

**Please verify flight times prior to departure**

## Wed, Mar 12

**Other:**

City: RALEIGH DURHAM, NC (RDU)
Status: Confirmed
Information: THANK YOU

**Notes:**

THANK YOU FOR USING OMEGA WORLD TRAVEL
FOR TRAVEL ASSISTANCE PLEASE CALL
919-546-2554 OR 888-274-2687 LONG DISTANCE
THE FARE IS 413.80.
-*************************************************
THIS FARE IS 100 PERCENT NON REFUNDABLE AND NOT
GUARANTEED UNTIL TICKETED. ONCE TICKETED,
CHANGES ARE SUBJECT TO FEES IMPOSED BY THE AIRLINES
-*************************************************
THIS RESERVATION WILL BE TICKETED ELECTRONICALLY.
BOARDING PASSES AND PASSENGER RECEIPTS WILL BE ISSUED
AT THE AIRPORT. PLEASE BE PREPARED TO SHOW A PHOTO ID
IF THERE ARE CHANGES OR IF TRIP IS CANCELLED PLEASE
CONTACT THE TRAVEL DEPARTMENT.

Sabre virtually there

Do not expose to excessive heat or direct sunlight
STAPLE HERE ATB2
INSERT F56

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

E-TICKET RECEIPT

E7891R/US 09NOV07 BEE013ML
WILLIAMS/TED
100A HP AUTO REV EFE US 9956 09NOV 230A FEE FEE
FROM TO
EFE FEE

FP CA************6626/****/771312 /EC EARLIER FLIGHT FEE USD25.00END

FARE USD 25.00 Document Number 0372150288935
TAX US .00
TAX
TOTAL USD 25.00
03705656398893 NO CASH VALUE
NOT VALID FOR TRAVEL

THANK YOU FOR FLYING
US AIRWAYS

RAND McNALLY

Home | Store | Maps and Directions | For Educ




$126 & up July 4th weekend fares
$33/night+ Las Vegas hotel deals
$329+ 7-night Barbados trips w/flight
$105 & up US flights -- up to 60% off
$329+ Balcony cabin Bahamas cruises
$362+ 4th of July trips w/hotel & airfare
$1069+ Greek Islands trip -- flight incl.
$298 & up Direct summer flights to Peru

Search Go

MAPS & DIRECTIONS
Driving Directions
Online Maps
Traffic NEW!
Road Explorers
Plan a Trip
Paper Maps & Atlases
More >>

EXPLORE AMERICA NEW!
Best of the Road™
City & State Guides
National Park Guides
Search for Things to Do

STORE
GPS
Globes SALE!
Road Atlases
U.S. Maps
Custom Wall Maps
International Maps
More >>

WIRELESS

FOR EDUCATORS

FOR BUSINESSES

COMMERCIAL TRANSPORTATION

## MAPS & DIRECTIONS

Get Mileage > **Mileage Results**

**FROM:** Crystal River, FL **TO:** Tampa, FL

**Driving Distance:** 78 miles
**Driving Time:** 1 hours, 30 minutes

Get driving directions between these locations.

Note: All driving distances and times are estimates. Mileages and driving times provided here may differ from those found in the Rand McNally Road Atlas.

NAVTEQ ON BOARD

Find it in the 2009 Road Atlas

Crystal River, FL
- page 26, grid section G-7

Tampa, FL
- page 25, Tampa / St. Petersburg detail map
- page 26, grid section J-7

All rights reserved. Use subject to license.







FOR YOU: Sign In | Receive Email Updates | Site Map | Privacy Policy | Contact Us | Help
FOR EDUCATORS: Shop | Free Teacher Resources | Find Your Local Rep | More >>

Case 1:04-cv-00037-TCW Document 84-6 Filed 06/18/2008 Page 15 of 29

FOR BUSINESSES: Custom View Wall Maps | Web Services | Commercial Transportation | More >>
CORPORATE INFO: About Us | Contact Us | Careers | Affiliate Program | Rand McNally Canada

HACKER SAFE
TESTED DAILY 18-JUN

© 2008 Rand McNally. All rights reserved. Terms of use

**Hotel Monaco Washington D.C.**
700 F Street, NW - Washington D.C. 20004
202.628.7177 - Fax 202.628.7277

WILLIAMS, TED E

REFUSED

**Room Number:** 203
**Daily Rate:** 279.00
**Room Type:** QNDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 11/08/07 | 11/09/07 | XXXXXXXXXXXX6626 | OVA | INEG | 11160187156 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 11/08/07 | 203 | ROOM CHARGE | #203 WILLIAMS, TED E | $279.00 |
| 11/08/07 | 203 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/09/07 | 203 | MASTERCARD | MASTERCARD | ($319.46) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

**Progress Energy Expense Report: SFP Rerack Testimony**

**Employee Name :** Williams, Ted E.
**Employee ID :** OT01459

## Report Header

**Policy Name :** Progress Default
**Business Purpose :** Travelto Washington DC to provide testimony for CR3 Rerack Project
**Report ID :** 3F3B94540FC92125E044
**Receipts Received :** Yes
**Report Date :** 11/18/2007
**Date Submitted :** 11/18/2007
**Exceptions :** No
**Approval Status :** Approved
**Payment Status :** Sent For Payment
**Currency :** US, Dollar
**Expenditure Org :** 60LM5D

## Airfare

| Date | Expense Type | Description | Vendor | Location | | Payment Method | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/2007 | Airfare | | U.S. Airways | Raleigh, North Carolina | C | Corporate Card | 413.80 USD |
| 11/9/2007 | Airfare | | U.S. Airways | Raleigh, North Carolina | C | Corporate Card | 25.00 USD |

## Hotel

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Hotel | | HOTEL MONACO DC | Washington, District of Columbia | C Corporate Card | 319.46 USD |

### Lunch

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/8/2007 | Lunch | | Chilli's | Tampa, Florida | Out of Pocket | 13.00 USD |
| 11/9/2007 | Lunch | | National Airport | Washington, District of Columbia | Out of Pocket | 15.00 USD |

### Parking/Tolls

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Parking/Tolls | | AMPCO PARKING TAMPAQ95 | Tampa, Florida | C Corporate Card | 30.00 USD |
| 11/9/2007 | Parking/Tolls | | | Tampa, Florida | Out of Pocket | 9.50 USD |

### Personal Car Mileage

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Personal Car Mileage | | | | Out of Pocket | 82.45 USD |

**Totals**

| | |
|---|---|
| **Report Total :** | 908.21 USD |
| **Less Personal Amount :** | 0.00 USD |
| **Amount Claimed :** | 908.21 USD |
| **Amount Approved :** | 908.21 USD |

**Company Disbursements**

| | |
|---|---|
| **Amount Due Employee :** | 119.95 USD |
| **Amount Due Corporate Card :** | 788.26 USD |
| **Total Company Payments :** | 908.21 USD |

**Employee Disbursements**

| | |
|---|---|
| **Amount Due Company :** | 0.00 USD |
| **Total Employee Payments :** | 0.00 USD |

TOP TOP TOP

Concur Expense v 7.1.1.15h

# FAX COVER PAGE

(see instruction below)

**Fax this page and your receipts to: 866-556-9422**

## Report Summary

| | |
|---|---|
| **Report Name :** | MJC Nov Exp |
| **Employee Name :** | Michael J. Calvello |
| **Report ID :** | 3EFDDDFF822833C3E044 |
| **Employee ID :** | I81603 |
| **Company ID :** | 661F3 |
| **Report Total :** | 1,238.36 USD |

## Receipts to Fax

- ☐ 11/9/2007; Hotel; 371.83 USD;
- ☐ 11/9/2007; Airfare; 145.00 USD;
- ☐ 11/13/2007; Hotel; 346.37 USD;

BOTTOM BOTTOM BOTTOM

Print this page

# Itinerary

MIKE CALVELLO
Reservation code: MAUDTZ

Travel Arranger Priority Comments:

****************************************************
****************************************************
******PLEASE REVIEW YOUR ENTIRE ITINERARY*******
****************************************************
****************************************************
** NOTIFY THE TRAVEL CENTER OF ERRORS/CORRECTIONS **
** WITHIN 24HOURS OF YOUR RECEIPT OF THIS EMAIL **
** CHANGE FEES WILL APPLY AFTER 24 HOURS **
****************************************************

## Mon, Nov 12

**Flights: US AIRWAYS, US 3404**
**Operated by US AIRWAYS EXPRESS-REPUBLIC AIRLINES**

| | | | |
|---|---|---|---|
| **From:** | RALEIGH DURHAM, NC (RDU) | **Departs:** | 1:40pm |
| **To:** | WASHINGTON REAGAN, DC (DCA) | **Arrives:** | 2:42pm |
| **Departure Terminal:** | TERMINAL A | **Duration:** | 1 hour(s) and 2 minute (s) |
| **Arrival Terminal:** | TERMINAL C | **Class:** | Economy |
| **Seat(s):** | 11A | **Status:** | Confirmed |
| **Notes:** | | | |
| **Gate:** | | | |
| **Aircraft:** | EMBRAER JET | **Airline Confirmation:** | CCN888 |
| **Meal:** | | **Mileage:** | 226 |
| **Smoking:** | No | **Frequent Flyer:** | |

**Please verify flight times prior to departure**

## Tue, Nov 13

**Flights: US AIRWAYS, US 3767**
**Operated by US AIRWAYS EXPRESS-AIR WISCONSIN**

| | | | |
|---|---|---|---|
| **From:** | WASHINGTON REAGAN, DC (DCA) | **Departs:** | 7:30pm |
| **To:** | RALEIGH DURHAM, NC (RDU) | **Arrives:** | 8:41pm |
| **Departure Terminal:** | TERMINAL C | **Duration:** | 1 hour(s) and 11 minute (s) |
| **Arrival Terminal:** | TERMINAL A | **Class:** | Economy |
| **Seat(s):** | 06F | **Status:** | Confirmed |
| **Notes:** | | | |
| **Gate:** | | | |
| **Aircraft:** | CRJ-CANADAIR REGIONAL JET | **Airline Confirmation:** | CCN888 |
| **Meal:** | | **Mileage:** | 226 |
| **Smoking:** | No | **Frequent Flyer:** | |

RAND McNALLY

Home | Store | Maps and Directions | For Educ




Search Go

MAPS & DIRECTIONS
Driving Directions
Online Maps
Traffic NEW!
Road Explorers
Plan a Trip
Paper Maps & Atlases
More >>

EXPLORE AMERICA NEW!
Best of the Road™
City & State Guides
National Park Guides
Search for Things to Do

STORE
GPS
Globes SALE!
Road Atlases
U.S. Maps
Custom Wall Maps
International Maps
More >>

WIRELESS

FOR EDUCATORS

FOR BUSINESSES

COMMERCIAL TRANSPORTATION

## MAPS & DIRECTIONS

Get Mileage > **Mileage Results**

**FROM:** Raleigh, NC **TO:** Washington, DC

**Driving Distance:** 281 miles
**Driving Time:** 4 hours, 29 minutes

Get driving directions between these locations.

Note: All driving distances and times are estimates. Mileages and driving times provided here may differ from those found in the Rand McNally Road Atlas.

NAVTEQ



**Find it in the 2009 Road Atlas**

Raleigh, NC
- page 76, Raleigh / Durham / Chapel Hill detail map
- page 75, grid section E-12

Washington, DC
- page 111, grid section G-6, Washington & Vicinity map

All rights reserved. Use subject to license.





FOR BUSINESSES: Custom View Wall Maps | Web Services | Commercial Transportation | More >>
CORPORATE INFO: About Us | Contact Us | Careers | Affiliate Program | Rand McNally Canada

HACKER SAFE
TESTED DAILY 17-JUN

© 2008 Rand McNally. All rights reserved. Terms of use

**Hotel Monaco Washington D.C.**

700 F Street, NW - Washington D.C. 20004
202.628.7177 • Fax 202.628.7277

CALVELLO, MIKE

**Room Number:** 314
**Daily Rate:** 279.00
**Room Type:** QNDX
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 11/08/07 | 11/09/07 | XXXXXXXXXXXX0560 | OVA | INEG | 11160188048 |

| DATE | ROOM NO | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 11/08/07 | 314 | OVERNIGHT PARKING | OVERNIGHT PARKING | $34.00 |
| 11/08/07 | 314 | ROOM CHARGE | #314 CALVELLO, MIKE | $279.00 |
| 11/08/07 | 314 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/09/07 | 314 | ROOM SERVICE | 314/5016/09:14/ROOM SERVICE | $18.37 |
| 11/09/07 | 314 | MASTERCARD | MASTERCARD | ($371.83) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

**Hotel Monaco Washington D.C.**
700 F Street, NW - Washington D.C. 20004
202.628.7177 • Fax 202.628.7277

CALVELLO, MIKE

**Room Number:** 253
**Daily Rate:** 279.00
**Room Type:** MCGR
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 11/12/07 | 11/13/07 | XXXXXXXXXXXX0560 | OVA | INEG | 11160185181 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 11/12/07 | 253 | ROOM SERVICE | 253/5025/20:03/ROOM SERVICE | $26.91 |
| 11/12/07 | 253 | ROOM CHARGE | #253 CALVELLO, MIKE | $279.00 |
| 11/12/07 | 253 | TAX - ROOM - STATE | TAX - ROOM - STATE | $40.46 |
| 11/13/07 | 253 | MASTERCARD | MASTERCARD | ($346.37) |

**TOTAL DUE:** $0.00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

# Progress Energy Expense Report: MJC Nov Exp

**Employee Name :** Calvello, Michael J.
**Employee ID :** I81603

## Report Header

**Policy Name :** Progress Default
**Business Purpose :** Record expenses associated with travel for DOE Spent Fuel hearing.
**Report ID :** 3EFDDDFF822833C3E044
**Receipts Received :** Yes
**Report Date :** 11/15/2007
**Date Submitted :** 11/27/2007
**Exceptions :** No
**Approval Status :** Approved
**Payment Status :** Sent For Payment
**Currency :** US, Dollar
**Expenditure Org :** 01NDKD

## Airfare

| Date | Expense Type | Description | Vendor | Location | | Payment Method | Amount |
|---|---|---|---|---|---|---|---|
| 11/9/2007 | Airfare | DOE litigation | USAIRWAY 0377089877318 | Raleigh, North Carolina | C | Corporate Card | 145.00 USD |

## Breakfast

| | Expense | | | | Payment | |
|---|---|---|---|---|---|---|

| Date | Type | Description | Vendor | Location | Method | Amount |
|---|---|---|---|---|---|---|
| 11/13/2007 | Breakfast | DOE litigation | Starbucks | Washington, District of Columbia | Out of Pocket | 4.66 USD |

**Dinner**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Dinner | DOE litigation | Wendy's | Ruther Glen, Virginia | Out of Pocket | 7.50 USD |
| 11/13/2007 | Dinner | DOE litigation | Airport | Washington, District of Columbia | Out of Pocket | 8.21 USD |

**Hotel**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Hotel | DOE hearing | HOTEL MONACO DC | Washington, District of Columbia | C Corporate Card | 371.83 USD |
| 11/13/2007 | Hotel | DOE litigation | HOTEL MONACO DC | Washington, District of Columbia | C Corporate Card | 346.37 USD |

**Lunch**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/8/2007 | Lunch | DOE litigation | McDonalds | Ruther Glen, Virginia | Out of Pocket | 6.09 USD |
| 11/9/2007 | Lunch | DOE | Barnes & Nobles | Washington, District of | Out of | 10.23 USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | litigation | | Columbia | Pocket | |
| 11/13/2007 | Lunch | DOE litigation | Cosi | Washington, District of Columbia | Out of Pocket | 10.45 USD |

**Parking/Tolls**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/13/2007 | Parking/Tolls | DOE litigation | Preflight | Raleigh, North Carolina | Out of Pocket | 17.00 USD |

**Personal Car Mileage**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Personal Car Mileage | DOE litigation | | | Out of Pocket | 298.28 USD |

**Refreshments**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/8/2007 | Refreshments | DOE litigation | Starbucks | Rocky Mount, North Carolina | Out of Pocket | 3.75 USD |

**Taxi/Bus/Train**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/12/2007 | Taxi/Bus/Train | DOE litigation | Metro | Washington, District of | Out of Pocket | 4.00 USD |

Columbia

**Tips**

| Date | Expense Type | Description | Vendor | Location | Payment Method | Amount |
|---|---|---|---|---|---|---|
| 11/9/2007 | Tips | DOE litigation | Hotel Monaco | Washington, District of Columbia | Out of Pocket | 5.00 USD |

**Totals**

| | |
|---|---|
| **Report Total :** | 1,238.37 USD |
| **Less Personal Amount :** | 0.00 USD |
| **Amount Claimed :** | 1,238.37 USD |
| **Amount Approved :** | 1,238.37 USD |
| **Company Disbursements** | |
| **Amount Due Employee :** | 375.17 USD |
| **Amount Due Corporate Card :** | 863.20 USD |
| **Total Company Payments :** | 1,238.37 USD |
| **Employee Disbursements** | |
| **Amount Due Company :** | 0.00 USD |
| **Total Employee Payments :** | 0.00 USD |