# Appendix IV

DRIVEN INC.
A SOLUTIONS BASED COMPANY
6400 ARLINGTON BLVD. SUITE 750
FALLS CHURCH, VA 22042
P · 703.533.9200 FAX · 703.533.9110
WWW.DRIVEN-INC.COM

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2007 | 23056 |

| Bill To | Ship To |
|---|---|
| Morgan, Lewis & Bockius LLP<br>Attn: Jenny McCoy<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004 | Morgan, Lewis & Bockius LLP<br>Attn: Jenny McCoy<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004 |

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Driven Project # |
|---|---|---|---|---|---|---|
| 044383-0005 | Net 30 | 11/25/2007 | H | 10/16/2007 | DRIVEN | 6827.25 |

| Quantity | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| 36,652 | Blow Back | Print hardcopy of electronic data<br>- TIFFS on 3-hole w/slipsheets<br><br>Remarks: blowback (x4) on 3-hole w/ss<br><br>Matter: ~~Progress Energy~~<br>Requestor: David Kerr | 0.06 | 2,199.12T |
| | | DC Sales Tax | 5.75% | 126.45 |

Thank you for your Business

Ok to pay – Jenny McCoy

| | |
|---|---|
| Total | $2,325.57 |
| Payments/Credits | $0.00 |
| Balance Due | $2,325.57 |

Federal Tax ID Number: 54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.*