# Appendix V

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410 Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 217698 | 09/11/2007 | 01-111111 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/06/2007 | KINKLI | Case No. 04-37 |
| **CASE CAPTION** | | |
| Carolina Power & Light Company, et al -v- US of America | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

David M. Kerr, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
Gregory A. Maret

| | | |
|---|---|---|
| Gregory A. Maret | 244 Pages | 1,451.80 |
| Scanning Exhibits | | 98.00 |
| LEF/SBF File | | 25.00 |
| OVERNIGHT/MESSENGER DELY | | 25.00 |
| | **TOTAL DUE >>>>** | **1,599.80** |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

**TAX ID NO. :** 20-2665382

(202) 739-3000 Fax (202) 739-3001

*Please detach bottom portion and return with payment.*

David M. Kerr, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Invoice No.: 217698
Date : 09/11/2007
**TOTAL DUE : 1,599.80**

Job No. : 01-111111
Case No. : Case No. 04-37C
Carolina Power & Light Company, et a

Remit To: **LegaLink, Inc.**
**P.O. Box 630484**
**Baltimore, MD 21263**

LegaLink, Inc. - A Merrill Company
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410 Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 219367 | 09/26/2007 | 01-111112 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/10/2007 | HARMJO | Case No. 04-37 |

**CASE CAPTION**

Carolina Power & Light Company, et al -v- US of America

**TERMS**

Immediate, sold FOB Merrill facility

David M. Kerr, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT & INDEX OF: | | |
| R. Larry Johnson | | |
| Scanning Exhibits | 146 Pages | 518.30 |
| LEF/SBF File | 174.00 Pages | 87.00 |
| Shipping & Handling | | 25.00 |
| | | 15.00 |
| | TOTAL DUE >>>> | 645.30 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

**TAX ID NO. :** 20-2665382

(202) 739-3000 Fax (202) 739-3001

*Please detach bottom portion and return with payment.*

David M. Kerr, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Invoice No. : 219367
Date : 09/26/2007
**TOTAL DUE : 645.30**

Job No. : 01-111112
Case No. : Case No. 04-37C
Carolina Power & Light Company, et a

Remit To: **LegaLink, Inc.**
**P.O. Box 630484**
**Baltimore, MD 21263**