# Appendix VI

**Margaret M. Powell**
*Certified Verbatim Reporter*
6212 Split Rock Trail
Apex, North Carolina 27539
(919) 779-0322
FAX (919) 779-0322
Tax ID # 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

April 28, 2007

Mr. Christopher Carney
Mr. David Kerr
Morgan Lewis & Brockius
1111 Pennsylvania Ave., NW
Washington, D.C. 20004

# INVOICE

For expedited delivery of copy of transcriptsof deposition of
**Louis Wilson**
taken in Raleigh, NC, on April 18 & 19, 2007
In the matter of:
***CP&L v. USA***
Pending in the U.S. Court of Federal Claims
No. 04-037C – Judge Hewitt

Expedited delivery of
One copy, compressed copy, index, exhibits, FedEx s/h

TOTAL AMOUNT DUE........................ **$ 1285.25**

Thank you for your prompt payment,

Margaret M. Powell

Margaret M. Powell, CVR

Enclosures: Transcripts sent via FedEx on 4/24 and 4/26 (Airbill # 859208899041 and 861833824496) and included original deposition transcript with errata sheet for witness to read, correct, sign and return to me for sealing and filing with Mr. Carney; one full-size copy of transcript with exhibits and ASCii disk attached, one compressed transcript with index.

**Margaret M. Powell**
*Certified Verbatim Reporter*
6212 Split Rock Trail
Apex, North Carolina 27539
(919) 779-0322
FAX (919) 779-0322
Tax ID # 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

May 2, 2007

Mr. Brad Fagg
Mr. David Kerr
Mr. Christopher Carney
Morgan Lewis & Brockius
1111 Pennsylvania Ave., NW
Washington, D.C. 20004

# INVOICE

For expedited delivery of copy of transcriptsof deposition of
**Robert Kunita**
taken in Raleigh, NC, on April 24 & 25, 2007
In the matter of:
***CP&L v. USA***
Pending in the U.S. Court of Federal Claims
No. 04-037C – Judge Hewitt

Expedited delivery of
One copy, compressed copy, index, exhibits, FedEx s/h

**TOTAL AMOUNT DUE........................ $ 1903.00**

Thank you for your prompt payment,

Margaret M. Powell

Margaret M. Powell, CVR

Enclosures: Transcripts sent via FedEx on 5/2 (Airbill # 861752279179) and included original deposition transcript with errata sheet for witness to read, correct, sign and return to me for sealing and filing with Mr. Carney; one full-size copy of transcript with exhibits attached, one compressed transcript with index. Transcript transmitted electronically 5/1/07.

**Margaret M. Powell**
*Certified Verbatim Reporter*
6212 Split Rock Trail
Apex, North Carolina 27539
(919) 779-0322
FAX (919) 779-0322
Tax ID # 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

COPY

June 7, 2007

**Original e-mailed to Mr. Kerr today**

Mr. David M. Kerr
Morgan Lewis & Brockius
1111 Pennsylvania Ave., NW
Washington, D.C. 20004

# INVOICE

For expedited delivery of copy of transcriptsof deposition of
**Louis Martin and Daniel Poteralski**
taken in Raleigh, NC, on May 30 & 31, 2007
In the matter of:
***CP&L v. USA***
Pending in the U.S. Court of Federal Claims
No. 04-037C – Judge Hewitt

Expedited delivery of
One copy, compressed copy, index, exhibits, FedEx s/h

**TOTAL AMOUNT DUE........................ $ 1689.40**

Thank you for your prompt payment,

mmp

Margaret M. Powell, CVR

Enclosures: Transcripts sent via FedEx, Airbill #798691079356 containing Original, copy, compressed copy, index, exhibits, errata sheet attached to originals for witness to read, correct, sign, return to reporter for sealing and filing.

**Margaret M. Powell**
*Certified Verbatim Reporter*
6212 Split Rock Trail
Apex, North Carolina 27539
(919) 779-0322
FAX (919) 779-0322
Tax ID # 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

June 23, 2007

Mr. Paul Bessette
Morgan Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, D.C. 20004

# INVOICE

For expedited delivery of copy of transcript of deposition of
**Wayne Worthington**
taken in Raleigh, NC, on June 13 & 14, 2007
In the matter of:
***CP&L v. USA***
Pending in the U.S. Court of Federal Claims
No. 04-037C

Expedited delivery of
One copy, compressed copy, index, exhibits, FedEx s/h

**TOTAL AMOUNT DUE........................ $ 1405.30**

Thank you for your prompt payment,

Margaret M. Powell, CVR

Enclosures: Transcripts sent via UPS tracking numbers: 12211X780 135938282 and 12211X780 136031017 containing Original, copy, compressed copy, index, exhibits, errata sheet attached to original for witness to read, correct, sign, return to reporter for sealing and filing.

**Margaret M. Powell**
*Certified Verbatim Reporter*
6212 Split Rock Trail
Apex, North Carolina 27539
(919) 779-0322
FAX (919) 779-0322
Tax ID # 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

June 21, 2007

Mr. David M. Kerr
Morgan Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, D.C. 20004

# INVOICE

For expedited delivery of copy of transcript of deposition of
**Michael J. Calvello**
taken in Raleigh, NC, on June 14, 2007
In the matter of:
***CP&L v. USA***
Pending in the U.S. Court of Federal Claims
No. 04-037C

Expedited delivery of
One copy, compressed copy, index, exhibits, FedEx s/h

**TOTAL AMOUNT DUE........................ $ 761.00**

Thank you for your prompt payment,

Margaret M. Powell, CVR

Enclosures: Transcripts sent via FedEx, Airbill #799661764047 containing Original, copy, compressed copy, index, exhibits, errata sheet attached to original for witness to read, correct, sign, return to reporter for sealing and filing.

**Margaret M. Powell**
*Certified Verbatim Reporter*
6212 Split Rock Trail
Apex, North Carolina 27539
(919) 779-0322
FAX (919) 779-0322
Tax ID # 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

COPY 7/13/07, 7/24/07

June 23, 2007

Mr. Brad Fagg
Morgan Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, D.C. 20004

# INVOICE

For expedited delivery of copy of transcript of deposition of
**Robert Steven Edwards**
taken in Raleigh, NC, on June 14 & 15, 2007
In the matter of:
***CP&L v. USA***
Pending in the U.S. Court of Federal Claims
No. 04-037C

Expedited delivery of
One copy, compressed copy, index, exhibits, FedEx s/h

**TOTAL AMOUNT DUE........................ $ 2,178.00**

Thank you for your prompt payment,

Margaret M. Powell, CVR

Enclosures: Transcripts sent via FedEx, Airbill # 798703981586 containing Original, copy, compressed copy, index, exhibits, errata sheet attached to original for witness to read, correct, sign, return to reporter for sealing and filing.

**Margaret M. Powell**
*Certified Verbatim Reporter*
6212 Split Rock Trail
Apex, North Carolina 27539
(919) 779-0322
FAX (919) 779-0322
Tax ID # 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

June 22, 2007

Mr. David M. Kerr
Morgan Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, D.C. 20004

# INVOICE

For expedited delivery of copy of transcript of deposition of
**Wayne Britt**
taken in Raleigh, NC, on June 15, 2007
In the matter of:
***CP&L v. USA***
Pending in the U.S. Court of Federal Claims
No. 04-037C

Expedited delivery of
One copy, compressed copy, index, exhibits, FedEx s/h

**TOTAL AMOUNT DUE........................ $ 384.90**

Thank you for your prompt payment,

Margaret M. Powell, CVR

Enclosures: Transcripts sent via FedEx, Airbill #792509566400 containing Original, copy, compressed copy, index, exhibits, errata sheet attached to original for witness to read, correct, sign, return to reporter for sealing and filing.

**Official Reporting Services, LLC**
*524 South Andrews Avenue, Suite 302N*
*Ft. Lauderdale, Florida 33301-2845*
*954-467-8204 Fax 954-467-8214*
*Tax ID 20-5849842*

July 5, 2007

DAVID KERR, ESQ
MORGAN, LEWIS
1111 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004

**Invoice#** 40039222

**Balance:** $871.75

**Re:** CAROLINA POWER & LIGHT VS USA
04-37C
*on* 06/29/07 *Billed* 07/05/07
*by* Louanne Rawls

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF THOMAS LEHMANN TRANSCRIPT - 259 PAGES @3.25PP COPY ONLY VOLUME I - 75 PAGES; VOLUME II - 73 PAGES; VOLUME III - 111 PAGES EMAILED 7/5/07 | 841.75 |
| SENT FED EX 7/5/07 OVERNIGHT | 30.00 |

1.00% per month on unpaid balance

P l e a s e R e m i t - - - > **Total Due:** $871.75

*BALANCE PAST DUE 30 DAYS SHALL BEAR INTEREST.*
*CLIENT AGREES TO PAY ALL COSTS OF COLLECTION.*

ESQUIRE
DEPOSITION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

182144 CASE 01

To:

Morgan, Lewis & Bockius
1111 Pennsylvania Avenue,NW
Washington, DC 20004

| INVOICE NUMBER | DATE |
|---|---|
| 167641EDC | 08/06/07 |

ATTN : Brad Fagg, Esq.

Due Upon Receipt

YOUR REFERENCE NUMBER:

CAPTION:
CAROLINA POWER & LIGHT V. U.S.

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 07/24/07: | | | | |
| ROBERT STEVEN EDWARDS | 1- 380 | 380 PGS @ $2.70 | 1,026.00 | 1CC |
| EXHIBITS & TABS | | | | |
| E-TRANSCRIPT | | 304 @ $0.50 | 152.00 | |
| CONDENSED TRANSCRIPT-NO CHARGE | | | 35.00 | |
| CD/ASCII DISK | | | | |
| SHIPPING & HANDLING - UPS | | | 15.00 | |
| JOB LOCATION: RALEIGH, NC | | | 15.75 | |
| THANK YOU | | | | |

BALANCE DUE

TOTAL 1,243.75 *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 182144 TOT: $1243.75
INVOICE #: 167641EDC
DATE: 08/06/07

Morgan, Lewis & Bockius
Attn: Brad Fagg, Esq.
1111 Pennsylvania Avenue,NW
Washington, DC 20004

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECH...

ESQUIRE
DEPOSITION SERVICES®

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014 Fax: (202)296-8652

182145 CASE 01

To:

Morgan, Lewis & Bockius
1111 Pennsylvania Avenue,NW
Washington, DC 20004

| INVOICE NUMBER | DATE |
|---|---|
| 167643EDC | 08/06/07 |

ATTN : Brad Fagg, Esq.

Due Upon Receipt

YOUR REFERENCE NUMBER:

CAPTION:
CAROLINA POWER & LIGHT V. U.S.

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 07/25/07: | | | | |
| DEAN TIBBITTS | 1- 108 | 108 PGS @ $2.70 | 291.60 | 1CC |
| READ & SIGN | | | | |
| EXHIBITS & TABS | | 108 @ $0.25 | 27.00 | |
| CONDENSED TRANSCRIPT-NO CHARGE | | 344 @ $0.50 | 172.00 | |
| CD/ASCII DISK | | | | |
| SHIPPING & HANDLING - UPS | | | 15.00 | |
| JOB LOCATION: RALEIGH, NC | | | 15.75 | |
| THANK YOU | | | | |

BALANCE DUE

TOTAL 521.35 *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800) 441-3376
Fax (202) 296-8652

Please detach and send with payment

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 182145 TOT: $521.35
INVOICE #: 167643EDC
DATE: 08/06/07

Morgan, Lewis & Bockius
Attn: Brad Fagg, Esq.
1111 Pennsylvania Avenue,NW
Washington, DC 20004

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Riesdorph Reporting Group, Inc.

201 East Kennedy Boulevard • Suite 712
Tampa, Florida 33602
Tel: (813) 222-8963
Fax: (813) 222-8964

| BILL TO |
|---|
| Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Attn: Brad Fagg, Esquire |

| DATE | INVOICE # |
|---|---|
| 7/27/2007 | 39206 |

| RE: | Carolina Power vs. US |
|---|---|
| DATE TAKEN: | 7/26/07 |

| REPORTER | TAX ID # |
|---|---|
| Nathan Perkins | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Michael Culver | |
| Copy of Transcript (226 pages) | 644.10 |
| Exhibits (918 @ .25) | 229.50 |
| Condensed Transcript with Index | 0.00 |
| ASCII Diskette | 0.00 |
| Postage/Delivery | 7.50 |
| Please return copy of Invoice with payment<br><br>We accept Visa, Master Card and American Express | |
| Thank you for using Riesdorph Reporting Group, Inc. | **Total** $881.10 |

# Riesdorph Reporting Group, Inc.

201 East Kennedy Boulevard • Suite 712
Tampa, Florida 33602
Tel: (813) 222-8963
Fax: (813) 222-8964

| BILL TO |
|---|
| Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Attn: Brad Fagg, Esquire |

| DATE | INVOICE # |
|---|---|
| 7/30/2007 | 39214 |

| RE: | Carolina Power vs. US |
|---|---|
| DATE TAKEN: | 7/27/07 |

| REPORTER | TAX ID # |
|---|---|
| Debbie McDonald | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Ted Williams | |
| Copy of Transcript (214 pages) | 609.90 |
| Exhibits (931 @ .25) | 232.75 |
| Condensed Transcript with Index | 0.00 |
| ASCII Diskette | 0.00 |
| Postage/Delivery | 7.50 |
| Please return copy of Invoice with payment<br><br>We accept Visa, Master Card and American Express | |
| Thank you for using Riesdorph Reporting Group, Inc. | **Total** $850.15 |