# In the United States Court of Federal Claims

**No. 04-37 C**

**CAROLINA POWER & LIGHT COMPANY,**
**AND FLORIDA POWER CORPORATION,**

**AMENDED JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed May 19, 2008, and the court's June 19, 2008 Order on defendant's Motion for Reconsideration,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the sum of $82,789,289.00. Costs are awarded to plaintiffs.

John S. Buckley
Acting Clerk of Court

**June 27, 2008** By: s/ Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.