United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

July 14, 2008

Arnold Bradley Fagg, Esq.

Morgan, Lewis & Bockius

1111 Pennsylvania Avenue, NW

Washington, DC 20004

In re: Carolina Power & Light Co v. The United States, No. 04-37 C

Dear Mr. Fagg:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated June 27, 2008, in favor of plaintiffs.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Andrew P. Averbach, Esq., Dept. Of Justice