# In the United States Court of Federal Claims

No. 04-37C
(Filed: August 13, 2008)

| | |
|---|---|
| ************************************** | * |
| CAROLINA POWER & LIGHT COMPANY, and FLORIDA POWER CORPORATION, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ************************************** | * |

**ORDER**

On May 19, 2008, the Clerk of the Court entered judgment for the Plaintiffs in the above captioned case. The Court awarded costs to Plaintiffs. On June 19, 2008, the Court granted in part Defendant's motion for reconsideration and issued an amended judgment for Plaintiffs. Both parties have 60 days after judgment is entered to file an appeal. See Fed. R. App. P. 4(a)(1)(B). On June 18, 2008, before the appeals period had run, Plaintiffs filed a Memorandum in Support of Plaintiffs' Bill of Costs pursuant to Rule 54 of the Court of Federal Claims ("RCFC"). Under RCFC 54, a prevailing party may request the clerk to tax allowable costs by filing a Bill of Costs "within 30 days after the date of final judgment, as defined in 28 U.S.C. § 2412(d)(2)(G)." Final judgment, as defined in § 2412(d)(2)(G), "means a judgment that is *final and not appealable* . . . ." In view of the fact that judgment in this case is not yet "final and not appealable," Plaintiffs' Bill of Costs is premature. The Clerk is directed to return Plaintiffs' Bill of Costs as untimely filed. Plaintiffs may refile their Bill of Costs at an appropriate time after a judgment becomes final.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge